# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| Plaintiff(s): | TGP Communications, LLC ; Jordan Conradson | Defendant(s): | Jack Sellers ; Thomas Galvin ; Bill Gates ; Clint Hickman ; Steve Gallardo ; Stephen Richer ; Rey Valenzuela ; Scott Jarrett ; Megan Gilbertson ; Marcus Milam |

County of Residence: Outside the State of Arizona     County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):                           Defendant's Atty(s):

**Marc John Randazza** ( TGP Communications, LLC ; Jordan Conradson )
**Randazza Legal Group, PLLC**
**2764 Lake Sahara Drive, Suite 109**
**Las Vegas, Nevada 89117**
**702-420-2001**

**David S. Gingras** ( TGP Communications, LLC ; Jordan Conradson )
**Gingras Law Office, PLLC**
**4802 E. Ray Road, #23-271**
**Phoenix, Arizona 85044**
**(480) 264-1400**

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
        Plaintiff: - **N/A**
     Defendant: - **N/A**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **440 Other Civil Rights**

<u>VI.Cause of Action:</u>     **42 U.S.C. § 1983**

<u>VII. Requested in Complaint</u>
Class Action: **No**
Dollar Demand:
Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>/s/ Marc J. Randazza</u>

**Date:** <u>11/12/2022</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**