# EXHIBIT 1

## [TO COMPLAINT]

Maricopa County 2022 Elections Press Pass Webpage

Search

Select Language

# MARICOPA COUNTY 2022 ELECTIONS PRESS PASS



Maricopa County will require an official Press Pass for members of the press to enter its facilities and/or cover events related to the 2022 General Election. Because of logistical and security considerations, it is impossible to give the public and media limitless access to Members of the Board of Supervisors, the County Recorder and election experts for events such as press conferences and availabilities.

## Official Press Pass Criteria

The official press pass will allow a member of the press to attend news conferences or enter the Elections Department's office to conduct interviews, take photos, and/or video.
(see disclaimer below)

"Member of the press" will be evaluated by Maricopa County on the following criteria:

 Is the person requesting press credentials employed by or affiliated with an organization whose principal business is news dissemination?

 Does the parent news organization meet the following criteria?
**a.** It has published news continuously for at least 18 months, and;
**b.** It has a periodical publication component or an established television or radio presence.

  Is the petitioner a paid or full-time correspondent, or if not, is acting on behalf of a student-run news organization affiliated with an Arizona high school, university, or college?

 Is the petitioner or its employing organization engaged in any lobbying, paid advocacy, advertising, publicity, or promotion work for any individual, political party, corporation, or organization?

 Is the petitioner a bona fide correspondent of repute in their profession, and do they and their employing organization exhibit the following characteristics?
  **a.** Both avoid real or perceived conflicts of interest;
  **b.** Both are free of associations that would compromise journalistic integrity or damage credibility;
**c**. Both decline compensation, favors, special treatment, secondary employment, or political involvement where doing so would compromise journalistic integrity; and
**d.** Both resist pressures from advertisers, donors, or any other special interests to influence coverage.

This list is not exhaustive. The time, manner, and place limitations or needs of any one event may require consideration of additional factors.

Members of the news media must submit this form for review.

Each staff member must apply. Maricopa County will not issue a generic pass to a news organization to be used by any staff member.

Please allow at least three days before an event for pass approval.  Passes must be picked up in person at the Maricopa County Tabulation and Elections Center,  510 S. 3rd Ave. Phoenix AZ 85003. Be prepared to show a valid driver license, state ID, or passport to receive credentials.