# EXHIBIT 2

[TO COMPLAINT]

Maricopa County 2022 Elections Press Pass Application

Sea

Select Language

# Form Center



# County Press Pass Registration

**Journalist Full Name***

[First M. Last]

**Phone Number***

[XXX-XXX-XXXX]

**Email Address***

**Address***

**City***

**State***

**Zip Code***

**News Organization***

**Name of Direct Supervisor**

[First M. Last]

**Direct Supervisor Phone Number***

[XXX-XXX-XXXX]

**Direct Supervisor Email Address***

**Dates of Planned Coverage**

**Provide 3 Links to Work Examples***

## Electronic Signature Agreement*

By signing this application for a Maricopa County Press Pass, I certify that I am a journalist without a conflict of interest or association that would compromise my journalistic integrity.

Further, I do not receive compensation or special treatment from advertisers or political organizations that would influence my coverage related to Maricopa County or its elections.

I am not a lobbyist, advertiser, paid advocate or influencer for any individual, political party, corporation, or organization.

☐ I agree.

## Electronic Signature*

[First M. Last]

## Upload Photo for Press Pass*

[Choose File] no file selected

## Important Note:

Please allow at least three days before an event for pass approval.  Passes must be picked up in person at the Maricopa County Tabulation and Elections Center,  510 S. 3rd Ave. Phoenix AZ 85003.

**Be prepared to show a valid driver license, state ID, or passport to receive credentials.**



protected by reCAPTCHA
Privacy - Terms

☑ Receive an email copy of this form.

**Email address**

This field is not part of the form submission.

[Submit]

* indicates a required field

▲ Back to top