# **EXHIBIT 3**

[TO COMPLAINT]

Press Pass Application



**Trey Rothell &lt;tar@randazza.com&gt;**

# Fwd: Online Form Submittal: County Press Pass Registration
1 message

**Marc Randazza** &lt;mjr@randazza.com&gt;                                              Fri, Nov 11, 2022 at 10:26 AM
To: Trey Rothell &lt;tar@randazza.com&gt;

---------- Forwarded message ---------



Begin forwarded message:



-------- Original Message --------
Subject: Online Form Submittal: County Press Pass Registration
Date: 27.09.2022 21:13
From: noreply@civicplus.com
To: Jordanc@thegatewaypundit.com


COUNTY PRESS PASS REGISTRATION

    Journalist Full Name
    Jordan P Conradson

    Phone Number
    6027106527

    Email Address
    Jordanc@thegatewaypundit.com

    Address
    1225 n 36th st #2011

    City
    Phoenix

    State
    AZ

Zip Code
85008

News Organization
The Gateway Pundit

Name of Direct Supervisor
Jim Hoft

Direct Supervisor Phone Number
3143040830

Direct Supervisor Email Address
Jimhoft@gmail.com

Dates of Planned Coverage
September 28 - November 15

Provide 3 Links to Work Examples
https://www.thegatewaypundit.com/2022/09/watch-trump-endorsed-kari-lake-joins-tucker-carlson-italy-elects-first-female-populist-leader-not-attacking-probably-not-truly-representing/
https://www.thegatewaypundit.com/2022/09/fcked-really-dont-real-true-freedom-speech-youtube-star-pro-boxer-jake-paul-responds-gateway-pundit-reporters-question-big-tech-censorship-pre-fig/
https://www.thegatewaypundit.com/2022/09/maricopa-county-appointed-100-democratic-poll-workers-republicans-extremely-flawed-primary-election-eleven-locations-no-republicans/

Electronic Signature Agreement
I agree.

Electronic Signature
Jordan P. Conradson

Upload Photo for Press Pass
6361F7CD-FCF4-4F46-A4E3-EED30BE9D22E.jpeg

Important Note:

Please allow at least three days before an event for pass approval.
Passes must be picked up in person at the Maricopa County Tabulation and Elections Center,  510 S. 3rd Ave. Phoenix AZ 85003 [1].

Be prepared to show a valid driver license, state ID, or passport to
receive credentials.


Links:
------
[1] https://www.google.com/maps/place/510+S+3rd+Ave,+Phoenix,+AZ+85003/@33.442704,-112.0805887,17z/data=!3m1!4b1!4m5!3m4!1s0x872b1189e39b61dd:0xa4b87be3007ea7c8!8m2!3d33.442704!4d-112.0784


--

_____

**Marc John Randazza, JD, MAMC, LLM**\* | **Randazza Legal Group**

2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117
30 Western Avenue, Gloucester, MA 01930
2 S Biscayne Boulevard, Suite 2680, Miami, FL 33131
Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Miami | New England

_____

* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.