# **EXHIBIT 4**

[TO COMPLAINT]

Denial and Appeal Emails

 Jonathon Burns <john@burns-law-firm.com>

## Fwd: Re: Media Credential
1 message

**jordanc@thegatewaypundit.com** <jordanc@thegatewaypundit.com>     Thu, Nov 10, 2022 at 4:51 PM
To: john@burns-law-firm.com

> -------- Original Message --------
> Subject: Re: Media Credential
> Date: 10.11.2022 15:31
> From: jordanc@thegatewaypundit.com
> To: CAO Media - CAOX <CAOMedia@maricopa.gov>
>
> On 30.09.2022 15:55, CAO Media - CAOX wrote:
>> Dear Mr. Conradson,
>>
>> Thank you for applying for a Maricopa County Press Pass.  This email
>> is to notify you that you have been denied a press credential based on
>> the following criteria which is listed on Maricopa.gov:
>>
>>     * #4: You (a) do not avoid real or perceived conflicts of interest
>> and (b) are not free of associations that would compromise
>> journalistic integrity or damage credibility. Therefore, you are not a
>> bona fide correspondent of repute in your profession.
>>
>> If you would like to appeal this decision, please reply to this email
>> stating the reasons it should be reconsidered.
>>
>> Further, any press conference about the 2022 Election will be streamed
>> to a Maricopa County YouTube channel and you are welcome to view it.
>>
>> Thank you,
>>
>> Elections Command Center

Hello,

I applied for a media credential recently and I was denied. The denial of my request was sent to JordanC@thegatewaypundit.com. I am writing you to appeal this denial, as it violates my First Amendment rights to free speech and free press. Your denial of press credentials to me and my organization is a text-book impermissible content-based prior restraint of speech and in direct violation of my rights.

I will be coming in shortly to attend a press conference and receive my credentials.

Thank you,

Jordan Conradson