Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
ecf@randazza.com

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119
Tel: 314-329-5040
Fax: 314-282-8136
TBLF@pm.me

Attorneys for Plaintiffs
TPG Communications, LLC and Jordan Conradson

*pro hac vice forthcoming*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TGP Communications, LLC, d/b/a The Gateway Pundit, a Missouri limited liability company; and Jordan Conradson, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Jack Sellers, Thomas Galvin, Bill Gates, Clint Hickman, and Steve Gallardo, in their respective official capacities as members of the Maricopa County Board of Supervisors; Stephen Richer, in his official capacity as the Maricopa County Recorder; Rey Valenzuela and Scott Jarrett, in their official | Case No. _____<br><br><br>**CERTIFICATE OF SERVICE** |

capacities as Maricopa County Election Directors; and Megan Gilbertson and Marcus Milam, in their official capacities as Maricopa County Communications Officers,

Defendants.

## CERTIFICATE OF SERGICE

Plaintiffs TGP Communications, LLC, d/b/a The Gateway Pundit ("TGP") and Jordan Conradson ("Conradson") (together, "Plaintiffs") file this Certificate of Service and state that on November 12, 2022, copies of Plaintiffs' Complaint and Emergency *Ex Parte* Motion for a Temporary Restraining Order are being served on Defendants via electronic mail at the addresses identified below:

Jack Sellers
sellersj@mail.maricopa.gov

Thomas Galvin
District2@maricopa.gov

Bill Gates
district3@mail.maricopa.gov

Clint Hickman
chickman@mail.maricopa.gov

Steve Gallardo
district5@mail.maricopa.gov

Stephen Richer
Recorder@risc.maricopa.gov

Rey Valenzuela
rvalenzuela@risc.maricopa.gov
voterinfo@risc.maricopa.gov

Scott Jarrett
SJarrett@risc.maricopa.gov
voterinfo@risc.maricopa.gov

Megan Gilbertson
mgilbertson@risc.maricopa.gov
CAOMedia@maricopa.gov

Marcus Milam
mmilam@risc.maricopa.gov
CAOMedia@maricopa.gov

Dated: November 12, 2022.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Ste. 109
Las Vegas, Nevada 89117

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119

Attorneys for Plaintiffs
TPG Communications, LLC and
Jordan Conradson

*pro hac vice forthcoming

- 3 -
Certificate of Service