# EXHIBIT 1

[TO MOTION FOR TEMPORARY RESTRAINING ORDER]


Denial and Appeal Emails



Jonathon Burns <john@burns-law-firm.com>

## Fwd: Re: Media Credential
1 message

**jordanc@thegatewaypundit.com** <jordanc@thegatewaypundit.com>   Thu, Nov 10, 2022 at 4:51 PM
To: john@burns-law-firm.com

-------- Original Message --------
Subject: Re: Media Credential
Date: 10.11.2022 15:31
From: jordanc@thegatewaypundit.com
To: CAO Media - CAOX <CAOMedia@maricopa.gov>

On 30.09.2022 15:55, CAO Media - CAOX wrote:
> Dear Mr. Conradson,
>
> Thank you for applying for a Maricopa County Press Pass.  This email
> is to notify you that you have been denied a press credential based on
> the following criteria which is listed on Maricopa.gov:
>
>     * #4: You (a) do not avoid real or perceived conflicts of interest
> and (b) are not free of associations that would compromise
> journalistic integrity or damage credibility. Therefore, you are not a
> bona fide correspondent of repute in your profession.
>
> If you would like to appeal this decision, please reply to this email
> stating the reasons it should be reconsidered.
>
> Further, any press conference about the 2022 Election will be streamed
> to a Maricopa County YouTube channel and you are welcome to view it.
>
> Thank you,
>
> Elections Command Center

Hello,

I applied for a media credential recently and I was denied. The denial of my request was sent to JordanC@thegatewaypundit.com. I am writing you to appeal this denial, as it violates my First Amendment rights to free speech and free press. Your denial of press credentials to me and my organization is a text-book impermissible content-based prior restraint of speech and in direct violation of my rights.

I will be coming in shortly to attend a press conference and receive my credentials.

Thank you,

Jordan Conradson