Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
ecf@randazza.com

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119
Tel: 314-329-5040
Fax: 314-282-8136
TBLF@pm.me

Attorneys for Plaintiffs
TPG Communications, LLC and Jordan Conradson

*pro hac vice forthcoming

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications, LLC, d/b/a The Gateway Pundit, a Missouri limited liability company; and Jordan Conradson, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Jack Sellers, Thomas Galvin, Bill Gates, Clint Hickman, and Steve Gallardo, in their respective official capacities as members of the Maricopa County Board of Supervisors; Stephen Richer, in his official capacity as the Maricopa County Recorder; Rey Valenzuela and Scott Jarrett, in their official | Case No. 2:22-cv-01925-JJT<br><br>**SECOND CERTIFICATE OF SERVICE** |

capacities as Maricopa County Election Directors; and Megan Gilbertson and Marcus Milam, in their official capacities as Maricopa County Communications Officers,

Defendants.

## SECOND CERTIFICATE OF SERVICE

Plaintiffs TGP Communications, LLC, d/b/a The Gateway Pundit and Jordan Conradson file this Certificate of Service and state that on November 12, 2022, copies of Plaintiffs' Complaint and Emergency *Ex Parte* Motion for a Temporary Restraining Order were served on Defendants via electronic mail at the addresses identified below at approximately 12:13 P.M. MST:

| | |
|---|---|
| Jack Sellers<br>sellersj@mail.maricopa.gov | Thomas Galvin<br>District2@maricopa.gov |
| Bill Gates<br>district3@mail.maricopa.gov | Clint Hickman<br>chickman@mail.maricopa.gov |
| Steve Gallardo<br>district5@mail.maricopa.gov | Stephen Richer<br>Recorder@risc.maricopa.gov |
| Rey Valenzuela<br>rvalenzuela@risc.maricopa.gov<br>voterinfo@risc.maricopa.gov | Scott Jarrett<br>SJarrett@risc.maricopa.gov<br>voterinfo@risc.maricopa.gov |
| Megan Gilbertson<br>mgilbertson@risc.maricopa.gov<br>CAOMedia@maricopa.gov | Marcus Milam<br>mmilam@risc.maricopa.gov<br>CAOMedia@maricopa.gov |

*See* **Exhibit 1**.

Additionally, on November 12, 2022, at approximately 1:57 P.M. MST, counsel for Plaintiffs received a telephone voicemail from attorney Thomas Liddy of the Maricopa County Attorney's Office indicating that he represents the named Defendants in this action. Shortly thereafter, at approximately 2:09 P.M. MST, counsel for Plaintiffs transmitted an

email containing copies of Plaintiffs' Complaint and Emergency *Ex Parte* Motion for a Temporary Restraining Order to Mr. Liddy via electronic mail at the address liddyt@mcao.maricopa.gov, which was provided by Mr. Liddy in his telephone voicemail. *See* **Exhibit 2**.

On November 14, 2022, the Clerk of this Court docketed this case, assigned a case number, and assigned a District Judge. At approximately 10:58 A.M. MST, counsel for Plaintiffs transmitted file-stamped copies of Dkt. Nos. 1 through 8 to counsel for Defendants, Mr. Liddy, via electronic mail. *See* **Exhibit 3**.

Plaintiffs are working diligently to formally serve the documents forthwith upon Defendants pursuant to Fed. R. Civ. P. 4 as soon as possible.

Dated: November 14, 2022.    Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Ste. 109
Las Vegas, Nevada 89117

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119

Attorneys for Plaintiffs
TPG Communications, LLC and
Jordan Conradson

*pro hac vice forthcoming*

Case No. 2:22-cv-01925-JJT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2022, a true and correct copy of the foregoing document is being served upon counsel for Defendants via electronic mail and U.S. Mail at the following address:

Thomas Liddy
Maricopa County Attorney's Office
225 West Madison Street
Phoenix, AZ 85003
<liddyt@mcao.maricopa.gov>

/s/ Marc J. Randazza
MARC J. RANDAZZA