# **EXHIBIT 1**

Email to Defendants

11/12/22, 1:19 PM Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

Case 2:22-cv-01925-JJT Document 9-1 Filed 11/14/22 Page 2 of 4



Trey Rothell <tar@randazza.com>

# SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona
2 messages

**Trey Rothell** <tar@randazza.com>                                                                  Sat, Nov 12, 2022 at 11:12 AM
To: sellersj@mail.maricopa.gov, District2@maricopa.gov, district3@mail.maricopa.gov, chickman@mail.maricopa.gov, district5@mail.maricopa.gov, Recorder@risc.maricopa.gov, rvalenzuela@risc.maricopa.gov, voterinfo@risc.maricopa.gov, SJarrett@risc.maricopa.gov, mgilbertson@risc.maricopa.gov, mmilam@risc.maricopa.gov
Cc: Marc Randazza <mjr@randazza.com>, david@gingraslaw.com, john@burns-law-firm.com, staff@randazza.com

Dear Sir or Madam,

This firm represents TGP Communications, LLC and Jordan Conradson. We have initiated a lawsuit against you which has been filed in the United States District Court for the District of Arizona. Plaintiffs are seeking emergency temporary relief. Copies of the pleadings and papers are attached as they have been submitted to the Court.

Please forward these documents to any attorney that may be representing you in this action and ask that they reach out to our firm as soon as possible.

The documents are pending processing by the Clerk's office, and a case number has not yet been assigned. Our office will forward that information to you or your attorney once that has been completed.

Thank you for your attention to this matter.

**Trey A. Rothell**\* | **Randazza Legal Group, PLLC**
2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
Tel: (702) 420-2001 | Email: tar@randazza.com

\* Licensed to practice law in Nevada.

**14 attachments**

- 📄 **ECF Filing Confirmation.pdf**
  132K
- 📄 **Civil Cover Sheet.pdf**
  154K
- 📄 **TGP AZ Complaint.pdf**
  198K
- 📄 **Ex 1 - Press Pass Page.pdf**
  197K
- 📄 **Ex 2 - Press Pass Application.pdf**
  155K
- 📄 **Ex 3 - Completed Registration Form.pdf**
  257K
- 📄 **Ex 4 - Denial and Appeal Email.pdf**
  118K
- 📄 **Ex 5 - Burns Letter.pdf**
  278K
- 📄 **TGP AZ Mot TRO.pdf**
  334K
- 📄 **Ex 1 - Denial and Appeal Email.pdf**
  110K

11/12/22, 1:19 PM Randazza Legal Group Mail - SERVICE OF CURRENT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

Case 2:22-cv-01925-JJT Document 9-1 Filed 11/14/22 Page 3 of 4

- **Conradson Declaration.pdf**
  214K

- **Hoft Declaration.pdf**
  238K

- **TGP AZ Certificate of Service.pdf**
  117K

- **TGP AZ Corp Disclosure Statement.pdf**
  124K

---

**Trey Rothell** <tar@randazza.com>                                          Sat, Nov 12, 2022 at 1:08 PM
To: liddyt@mcao.maricopa.gov
Cc: Marc Randazza <mjr@randazza.com>, David Gingras <david@gingraslaw.com>, john@burns-law-firm.com, staff@randazza.com

Mr. Liddy,

Thank you for reaching out to us by telephone. We confirm receipt of your message and your confirmation of representation of the defendants.

Our prior and only email to the parties is included below. We will cease any direct contact with the Defendants pursuant to your request.

We are still awaiting processing of the filing by the Clerk's office. In other words, the documents have been submitted for filing, but no judge has been assigned and no case number has assigned. We will update you once that has happened.

Please let us know if you are willing to accept service on behalf of the Defendants or direct us to where we can make personal service on a person authorized to accept service. If you are willing to accept service, we will send over the formal request and waiver. For the purpose of Plaintiffs' request for emergency injunctive relief, please confirm receipt of the attached documents.

We would, of course, be willing to open a line of communication between your office and ours in order to obviate the need for court intervention. If you would like to arrange a call, our team is copied on this email and we would be happy to set something up.

Thank you,

**Trey A. Rothell*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
Tel: (702) 420-2001 | Email: tar@randazza.com

* Licensed to practice law in Nevada.
[Quoted text hidden]

---

### 14 attachments

- **ECF Filing Confirmation.pdf**
  132K

- **Civil Cover Sheet.pdf**
  154K

- **TGP AZ Complaint.pdf**
  198K

- **Ex 1 - Press Pass Page.pdf**
  197K

- **Ex 2 - Press Pass Application.pdf**
  155K

- **Ex 3 - Completed Registration Form.pdf**
  257K

- **Ex 4 - Denial and Appeal Email.pdf**

Case 2:22-cv-01925-JJT Document 9-1 Filed 11/14/22 Page 4 of 4

118K

Ex 5 - Burns Letter.pdf
278K

TGP AZ Mot TRO.pdf
334K

Ex 1 - Denial and Appeal Email.pdf
110K

Conradson Declaration.pdf
214K

Hoft Declaration.pdf
238K

TGP AZ Certificate of Service.pdf
117K

TGP AZ Corp Disclosure Statement.pdf
124K