# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications LLC, *et al.*, | No. CV-22-01925-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Jack Sellers, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Corrected Emergency *Ex Parte* Motion for a Temporary Restraining Order (Doc. 7). Upon review, the Court will require an expedited response from Defendants and will set a hearing.

**IT IS HEREBY ORDERED** that Defendants shall file a Response to Plaintiff's Corrected Emergency *Ex Parte* Motion for a Temporary Restraining Order (Doc. 7) by no later than **5:00 PM** (Arizona time)**, November 16, 2022**.

**IT IS FURTHER ORDERED** setting a hearing on the Motion for a Temporary Restraining Order for Thursday, **November 17, 2022, at 10:00 AM** (Arizona time) in Courtroom 505, 401 W. Washington Street, Phoenix, AZ 85003 before Judge John J. Tuchi. Each side shall have 60 minutes to present whatever evidence or arguments they wish to present.

1   **IT IS FURTHER ORDERED** that Counsel for Plaintiffs shall serve a copy of this
2   Order on Defendants forthwith.

3   Dated this 14th day of November, 2022.

        Honorable John J. Tuchi
        United States District Judge