Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Tel: (702) 420-2001
ecf@randazza.com

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119
Tel: 314-329-5040
Fax: 314-282-8136
TBLF@pm.me

Attorneys for Plaintiffs
TPG Communications, LLC and Jordan Conradson

*pro hac vice forthcoming

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications, LLC, *et al.*, | Case No. 2:22-cv-01925-JJT |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE RE: ORDER (DKT. NO. 10)** |
| Jack Sellers, *et al.*, | |
| Defendants. | |

Plaintiffs TPG Communications, LLC, d/b/a The Gateway Pundit and Jordan Conradson file this Certificate of Service and state that on November 14, 2022 at approximately 4:01 PM MST counsel for Plaintiffs received service of this Court's Order

1  (Dkt. No. 10) setting a briefing schedule on Plaintiffs' Corrected Emergency *Ex Parte*
2  Motion for a Temporary Restraining Order (Dkt. No. 7) and setting a hearing.

3  At approximately 4:12 P.M. MST, counsel for Plaintiffs transmitted a copy of the
4  Court's Order via electronic mail to counsel for Defendants, Thomas Liddy, at the address
5  <liddyt@mcao.maricopa.gov>. *See* **Exhibit 1**.

6  Additionally, Plaintiffs have transmitted a copy of Plaintiffs' Complaint (ECF No.
7  1), Plaintiffs' Corrected Emergency *Ex Parte* Motion for a Temporary Restraining Order
8  (Dkt. No. 7), and this Court's Order (Dkt. No. 10) via priority overnight FedEx which is
9  scheduled to arrive at the Maricopa County Attorney's Office before 10:30 A.M. MST on
10 November 15, 2022.

11 Plaintiffs have engaged a process server to personally serve the pleadings and
12 motion in this matter and are awaiting confirmation that the documents have been formally
13 served. Plaintiffs will update the Court on the status of formal service as soon as possible.

14 Dated: November 14, 2022.                Respectfully submitted,

15                                          /s/ Marc J. Randazza
                                            Marc J. Randazza, #027861
16                                          RANDAZZA LEGAL GROUP, PLLC
                                            4974 S. Rainbow Blvd., Suite 100
17                                          Las Vegas, Nevada 89118

18                                          David S. Gingras, #021097
                                            GINGRAS LAW OFFICE, PLLC
19                                          4802 E. Ray Road, #23-271
                                            Phoenix, AZ 85044
20
                                            John C. Burns, MBE# 66462*
21                                          BURNS LAW FIRM
                                            P.O. Box 191250
22                                          Saint Louis, MO 63119

23                                          Attorneys for Plaintiffs
                                            TPG Communications, LLC and
24                                          Jordan Conradson

25                                          *pro hac vice forthcoming*

Case No. 2:22-cv-01925-JJT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2022, a true and correct copy of the foregoing document is being served upon counsel for Defendants via electronic mail and U.S. Mail at the following address:

Thomas Liddy
Maricopa County Attorney's Office
225 West Madison Street
Phoenix, AZ 85003
<liddyt@mcao.maricopa.gov>

/s/ Marc J. Randazza
MARC J. RANDAZZA