# **EXHIBIT 1**

Email to Thomas Liddy,
Maricopa County Attorney's Office

11/14/22, 3:37 PM                                Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

Case 2:22-cv-01925-JJT Document 11-1 Filed 11/14/22 Page 2 of 4



Trey Rothell <tar@randazza.com>

# SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

**Trey Rothell** <tar@randazza.com>                                                                                                          Mon, Nov 14, 2022 at 3:12 PM
To: "Thomas Liddy (MCAO)" <liddyt@mcao.maricopa.gov>
Cc: Marc Randazza <mjr@randazza.com>, David Gingras <david@gingraslaw.com>, "john@burns-law-firm.com" <john@burns-law-firm.com>, "staff@randazza.com" <staff@randazza.com>, "Joseph Vigil (MCAO)" <vigilj@mcao.maricopa.gov>, "Joseph Branco (MCAO)" <brancoj@mcao.maricopa.gov>

Mr. Liddy,

Please find attached an Order issued by the Court in this matter.

The Court requires a response from Defendants by no later than 5:00 PM (Arizona time), November 16, 2022 and set a hearing for Thursday, November 17, 2022, at 10:00 AM (Arizona time) in Courtroom 505, 401 W. Washington Street, Phoenix, AZ 85003 before Judge John J. Tuchi.

Thank you,

**Trey A. Rothell**\* | **Randazza Legal Group, PLLC**
4974 S. Rainbow Blvd., Suite 100, Las Vegas, NV 89118
Tel: (702) 420-2001 | Email: tar@randazza.com

\* Licensed to practice law in Nevada.
On Nov 14, 2022, 10:23 AM -0800, Trey Rothell <tar@randazza.com>, wrote:

> Mr. Liddy,
>
> Please find attached a filed Second Certificate of Service regarding emailed service in this matter.
>
> Thank you,
>
> **Trey A. Rothell**\* | **Randazza Legal Group, PLLC**
> 2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
> Tel: (702) 420-2001 | Email: tar@randazza.com
>
> \* Licensed to practice law in Nevada.
> On Nov 14, 2022, 9:58 AM -0800, Trey Rothell <tar@randazza.com>, wrote:
>
>> Mr. Liddy,
>>
>> Thank you. We are moving forward with personal service today as requested. Please find attached copies of all current file-stamped copies in the meantime.
>>
>> The case number is **2:22-cv-01925-JJT**.
>>
>> Thank you,
>>
>> **Trey A. Rothell**\* | **Randazza Legal Group, PLLC**
>> 2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
>> Tel: (702) 420-2001 | Email: tar@randazza.com
>>
>> \* Licensed to practice law in Nevada.
>> On Nov 12, 2022, 1:39 PM -0800, Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>, wrote:
>>
>>> Service is at the Clerk of the Board of Supervisors, 301 W. Jefferson St., 10th Floor, Phoenix, AZ 85003

11/14/22, 3:37 PM  Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

Case 2:22-cv-01925-JJT Document 1-1 Filed 11/14/22 Page 3 of 4

**From:** Trey Rothell <tar@randazza.com>
**Sent:** Saturday, November 12, 2022 2:09 PM
**To:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>
**Cc:** Marc Randazza <mjr@randazza.com>; David Gingras <david@gingraslaw.com>; john@burns-law-firm.com; staff@randazza.com
**Subject:** Fwd: SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

Mr. Liddy,

Thank you for reaching out to us by telephone. We confirm receipt of your message and your confirmation of representation of the defendants.

Our prior and only email to the parties is included below. We will cease any direct contact with the Defendants pursuant to your request.

We are still awaiting processing of the filing by the Clerk's office. In other words, the documents have been submitted for filing, but no judge has been assigned and no case number has assigned. We will update you once that has happened.

Please let us know if you are willing to accept service on behalf of the Defendants or direct us to where we can make personal service on a person authorized to accept service. If you are willing to accept service, we will send over the formal request and waiver. For the purpose of Plaintiffs' request for emergency injunctive relief, please confirm receipt of the attached documents.

We would, of course, be willing to open a line of communication between your office and ours in order to obviate the need for court intervention. If you would like to arrange a call, our team is copied on this email and we would be happy to set something up.

Thank you,


**Trey A. Rothell*** | **Randazza Legal Group, PLLC**

2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117

Tel: (702) 420-2001 | Email: tar@randazza.com


* Licensed to practice law in Nevada.

---------- Forwarded message ----------
**From:** Trey Rothell <tar@randazza.com>
**Date:** Nov 12, 2022, 11:12 AM -0800
**To:** sellersj@mail.maricopa.gov, District2@maricopa.gov, district3@mail.maricopa.gov, chickman@mail.maricopa.gov, district5@mail.maricopa.gov, Recorder@risc.maricopa.gov, rvalenzuela@risc.maricopa.gov, voterinfo@risc.maricopa.gov, SJarrett@risc.maricopa.gov, mgilbertson@risc.maricopa.gov, mmilam@risc.maricopa.gov
**Cc:** Marc Randazza <mjr@randazza.com>, david@gingraslaw.com, john@burns-law-firm.com, staff@randazza.com
**Subject:** SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

> Dear Sir or Madam,
>
> This firm represents TGP Communications, LLC and Jordan Conradson. We have initiated a lawsuit against you which has been filed in the United States District Court for the District of Arizona. Plaintiffs are

11/14/22, 3:37 PM        Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | BCP Communications, LLC v. Seiden, et al. | District of Arizona

Case 2:22-cv-01925-JJT Document 11-1 Filed 11/14/22 Page 4 of 4

seeking emergency temporary relief. Copies of the pleadings and papers are attached as they have been submitted to the Court.

Please forward these documents to any attorney that may be representing you in this action and ask that they reach out to our firm as soon as possible.

The documents are pending processing by the Clerk's office, and a case number has not yet been assigned. Our office will forward that information to you or your attorney once that has been completed.

Thank you for your attention to this matter.

**Trey A. Rothell*** | **Randazza Legal Group, PLLC**

2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117

Tel: (702) 420-2001 | Email: tar@randazza.com


* Licensed to practice law in Nevada.

---


**010 - Order.pdf**
80K