Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Tel: (702) 420-2001
ecf@randazza.com

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119
Tel: 314-329-5040
Fax: 314-282-8136
TBLF@pm.me

Attorneys for Plaintiffs
TPG Communications, LLC and Jordan Conradson

*pro hac vice forthcoming*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Jack Sellers, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-01925-JJT <br><br> **PLAINTIFFS' NOTICE OF FILING LIST OF WITNESSES** |

Plaintiffs TPG Communications, LLC d/b/a The Gateway Pundit, and Jordan Conradson ("Plaintiffs") hereby file their list of witnesses expected to appear and testify at the hearing on Plaintiffs' Corrected Emergency *Ex Parte* Motion for a Temporary Restraining Order (Dkt. No. 7) scheduled in this matter on November 17, 2022, at

10:00 a.m. This list of witnesses is provided for the purposes of scheduling only. Plaintiff reserves the right to call additional witnesses as necessary, should a compelling need arise.

**Plaintiffs' List of Witnesses:**

1. Joe Hoft, Vice President of TGP Communications, LLC
2. Jordan Conradson

Plaintiffs reserve the right to call and/or examine any witness called by any other party.

Dated: November 15, 2022.   Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044

John C. Burns, MBE# 66462*
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119

Attorneys for Plaintiffs
TPG Communications, LLC and
Jordan Conradson

*pro hac vice forthcoming*

Case No. 2:22-cv-01925-JJT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 15, 2022, a true and correct copy of the foregoing document is being served upon counsel for Defendants via electronic mail and U.S. Mail at the following address:

Thomas Liddy
Maricopa County Attorney's Office
225 West Madison Street
Phoenix, AZ 85003
<liddyt@mcao.maricopa.gov>

/s/ Marc J. Randazza
Marc J. Randazza