Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Tel: (702) 420-2001
ecf@randazza.com

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119
Tel: 314-329-5040
Fax: 314-282-8136
TBLF@pm.me

Attorneys for Plaintiffs
TPG Communications, LLC and Jordan Conradson

*pro hac vice forthcoming

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Jack Sellers, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-01925-JJT<br><br>**NOTICE OF FILING EXHIBITS IN SUPPORT OF EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR JUDICIAL NOTICE** |

Plaintiffs TGP Communications, LLC d/b/a The Gateway Pundit and Jordan Conradson ("Plaintiffs") file the attached exhibits in support of to its Emergency *Ex Parte* Motion for Temporary Restraining Order (Dkt. No. 7) and the hearing set thereupon for November 17, 2022.

| Exh. # | Date | Author | Title |
|---|---|---|---|
| 1 | 05/06/2021 | Jim Hoft | "Why Are You Working So Hard to Shut the Audit Down? What Are You Hiding" – TGP Reporter Confronts AZ Secretary of State Katie Hobbs — Katie Hobbs Runs! (VIDEO) |
| 2 | 09/20/2021 | Jordan Conradson | EXCLUSIVE… Maricopa County Supervisor Steve Chucri Caught in Leaked Recording: The Maricopa County Voting Machine Company Audit and Recount – "Was Pretty BULLSH*T By The Way" (AUDIO) |
| 3 | 09/21/2021 | Jordan Conradson | EXCLUSIVE: Maricopa County Supervisor Steve Chucri on 2020 Election in Leaked Recording: "I Think It Was Done Through DEAD PEOPLE Voting. I Think IT WAS MULTIFACETED – BALLOT HARVESTING" (AUDIO) |
| 4 | 09/21/2021 | Jordan Conradson | BREAKING: Maricopa County Supervisor Steve Chucri RESIGNS From Office After TGP Exposé: "There Was No Cover-Up, The Election Was Not Stolen. Biden Won." |
| 5 | 09/23/2021 | Jordan Conradson | BREAKING: County Supervisor Steve Chucri Leaked Audio: "I've Had DEMOCRATS Telling Me They Don't Have Confidence, They Don't Like DOMINION – Why In The World Would Governor Ducey Really Say No To Giuliani?" |
| 6 | 09/23/2021 | Jordan Conradson | Leaked Audio… Maricopa County Supervisor Steve Chucri: "Dominion, Whether They're Right or Wrong… The Damage Is Done" |
| 7 | 09/27/2022 | Jordan Conradson | BREAKING: Maricopa County Creates "Ministry Of Truth" To Silence The Gateway Pundit – Now Requiring Official Press Pass For Media "To ENTER ITS FACILITIES And/Or Cover Events Related To The 2022 General Election" |
| 8 | 12/04/2021 | Jordan Conradson | EXCLUSIVE: Former Maricopa County Recorder Steve Chucri Full January Phone Call With We The People AZ Alliance: "I Think It Was DONE Through |

| | | | Dead People Voting; I Think It Was Multifaceted" (AUDIO) |
|---|---|---|---|
| 9 | 03/23/2022 | Jordan Conradson | MUST SEE VIDEO: Arizona Secretary of State Katie Hobbs RUNS From TGP's Jordan Conradson AGAIN— Won't Answer Questions At Free and Fair Elections Event |
| 10 | 10/01/2022 | Jordan Conradson | BREAKING: Maricopa County 's Ministry of Truth BLOCKS The Gateway Pundit Reporter Access To 2022 Midterm Election Coverage In County |

To the extent necessary, Plaintiffs request that the Court take judicial notice of these articles published on The Gateway Pundit relating to Maricopa County, its elections, and its officials.

Under Federal Rule of Evidence 201(b), a court may judicially notice a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.'" *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 593, n.11 (2007). Judicial notice is proper for the purpose of acknowledging that certain information was published on a party's website even where the facts contained within them are in dispute. *See Thermolife Int'l LLC v. BPI Sports LLC*, No. CV-20-02091-PHX-SPL, 2021 U.S. Dist. LEXIS 31700, at *6 (D. Ariz. Feb. 19, 2021).

Plaintiffs solely request judicial notice of the existence of the articles and of the subject matter discussed therein. These articles have a direct relation to the matters at issue in Plaintiffs' Motion, as they relate to The Gateway Pundit and Jordan Conradson's past and continued reporting on issues relating to Maricopa County and its elections. Plaintiffs do not extend their request to the veracity of any claims made in the article or otherwise ask the Court to wade into matters that could be subject to factual dispute.

Dated: November 15, 2022.    Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044

John C. Burns, MBE# 66462*
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119

Attorneys for Plaintiffs
TPG Communications, LLC and
Jordan Conradson

*pro hac vice forthcoming

Case No. 2:22-cv-01925-JJT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 15, 2022, a true and correct copy of the foregoing document is being served upon counsel for Defendants via electronic mail and U.S. Mail at the following address:

Thomas Liddy
Maricopa County Attorney's Office
225 West Madison Street
Phoenix, AZ 85003
<liddyt@mcao.maricopa.gov>

/s/ Marc J. Randazza
MARC J. RANDAZZA