# Exhibit 1

Article: "Why Are You Working So Hard to Shut the Audit Down? What Are You Hiding" – TGP Reporter Confronts AZ Secretary of State Katie Hobbs — Katie Hobbs Runs! (VIDEO)"

*The Gateway Pundit*
May 6, 2021

# "Why Are You Working So Hard to Shut the Audit Down? What Are You Hiding" – TGP Reporter Confronts AZ Secretary of State Katie Hobbs – Katie Hobbs Runs! (VIDEO)

By **Jim Hoft**
Published May 6, 2021 at 5:02pm
5790 Comments



Earlier this afternoon The Gateway Pundit reporter confronted far left Arizona Secretary of State Katie Hobbs following her interview with local news.

Hobbs has been working day and night to interfere with, slander, and attempt to shut down the Senate Audit of the Maricopa County ballots and voting machines.

Jordan did not let the opportunity to question Hobbs to pass him by.

**Jordan Conradson** told The Gateway Pundit this afternoon asked to speak to Hobbs and her assistant blocked me. Then when they started walking away "I was like f*ck it and ran after her."



> **Jordan Conradson:** "Secretary Hobbs, why are you sending top Democrat operatives into Arizona audit and hiding it from the officials?... Why are you working so hard to shut the audit down?... What are you hiding?... Isn't it your job to be nonpartisan?... You called this a Republican audit, this is an audit for the people... Secretary Hobbs, do you have any comments?"

**Katie Hobbs ran and refused to answer a SINGLE QUESTION!**

WATCH:



**Submit a Correction**



**Jim Hoft**

More Info | Recent Posts | Contact

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and



will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!

**Gateway** Pundit
*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

Home
About
Advertise
Privacy
Facebook

GETTR
YouTube
Terms
Contact

