# Exhibit 3

Article: "EXCLUSIVE: Maricopa County Supervisor Steve Chucri on 2020 Election in Leaked Recording: "I Think It Was Done Through DEAD PEOPLE Voting. I Think IT WAS MULTIFACETED – BALLOT HARVESTING" (AUDIO)"

*The Gateway Pundit*
September 21, 2021

# EXCLUSIVE: Maricopa County Supervisor Steve Chucri on 2020 Election in Leaked Recording: "I Think It Was Done Through DEAD PEOPLE Voting. I Think IT WAS MULTIFACETED – BALLOT HARVESTING" (AUDIO)

By Jordan Conradson
Published September 21, 2021 at 1:29pm
3374 Comments



**Maricopa County Supervisor Steve Chucri has been busted in leaked audio recordings where he tells the truth about the Maricopa County 2020 election.**

Chucri said that the extremely small-scale audit, performed by Maricopa County and used to declare this election was free and fair, was actually "**pretty bullshit**".

> EXCLUSIVE… Maricopa County Supervisor Steve Chucri Caught in Leaked Recording: The Maricopa County Voting Machine Company Audit and Recount – "Was Pretty BULLSH*T By The Way" (AUDIO)

The Gateway Pundit has been reporting this for months.

> **How Can the Government Agency Certifying Elections (the EAC) Maintain Its Independence When Its CIO Previously Worked for 10 Years for Dominion Voting Systems?**

In a March 22nd meeting with **We The People AZ Alliance**, Chucri told Shelby Busch and Steve Robinson that his colleague **Clint Hickman** "didn't have the guts" to do a real audit.



"**I should have never believed what I was being told",** Chucri said after believing that they could only audit approximately 47,000 ballots out of nearly 2.1 million.

Chucri knew that Maricopa County needed a comprehensive full forensic audit to find the truth.

In a recorded phone call on January 22, Chucri shared what he really thinks happened before he agreed to perform an audit of only 2% of the ballots, and fought against audit efforts in unity with the Maricopa County Board of Supervisors.



> **Chucri: I think it was done through dead people voting. I think it was multifaceted.**
>
> Busch: They threw everything but the kitchen sink at these elections. The information, the data we have is incredible. USA Today has put out a hit piece on our organization stating that the information we provided at our rally was conspiracy and unfounded truth. We have the evidence. We have the voter rolls. We have it, but they don't want to admit it and you're right it was multi-layered. It was dead voters
>
> **Chucri: Ballot harvesting, ballot harvesting!**

Steve Chucri knew exactly what types of security issues were encountered, yet he did nothing to look into this.

**Instead, he continues to aid the Supervisors and crooked Secretary of State Katie Hobbs in their cover-up of this fraudulent election.**

They tried to prevent a **canvass** because they knew we would find issues like lost votes, and ghost votes, or phantom voters.



x

> **WATCH – HUGE: Liz Harris On Steve Bannon's War Room: Arizona Canvassing Efforts – WHERE DID THESE VOTES GO?! 173,104 LOST VOTES – 96,389 GHOST VOTES**

Chucri knew that this was a fraudulent election.

The Arizona audit **report**, to be released on Friday, will show us what else he knew about.

> **BREAKING: FINAL AZ Audit Report Hearing Scheduled – Results To Be Released NEXT FRIDAY Sept. 24th at 1:00 PM**

**Chucri needs to come forward.**

**Submit a Correction**



Jordan Conradson

Recent Posts | Contact

Turncoat Mike Pence Teases Potential 2024 Run Against President Trump

PATRIOTS IN ARIZONA: Document Your Affidavit Of Corrupted Voting Experience HERE

Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"

(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered

BREAKING: Another Absolutely Fraudulent Ballot Drop Makes Katie Hobbs Arizona Governor - Demons Stole Arizona!

See more...



x

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

Home
About
Advertise
Privacy
Facebook

GETTR
YouTube
Terms
Contact

