# Exhibit 4

Article: "BREAKING: Maricopa County Supervisor Steve Chucri RESIGNS From Office After TGP Exposé: "There Was No Cover-Up, The Election Was Not Stolen. Biden Won.""

*The Gateway Pundit*
September 21, 2021

# BREAKING: Maricopa County Supervisor Steve Chucri RESIGNS From Office After TGP Exposé : "There Was No Cover-Up, The Election Was Not Stolen. Biden Won."

By **Jordan Conradson**
Published September 21, 2021 at 10:44pm
10648 Comments



**Maricopa County Supervisor Steve Chucri has announced his resignation from office effective November 5.**

Yesterday, The Gateway Pundit reported that Steve Chucri said the Maricopa County-led post-election audit was "bullsh*t".

He also **stated** that his colleagues, Supervisors Bill Gates and Jack Sellers may just be afraid of an audit because they had close races.

> EXCLUSIVE… Maricopa County Supervisor Steve Chucri Caught in Leaked Recording: The Maricopa County Voting Machine Company Audit and Recount – "Was Pretty BULLSH*T By The Way" (AUDIO)

We also reported that Chucri believes there was "**multifaceted**" election fraud, with dead voters and ballot harvesting.

> EXCLUSIVE: Maricopa County Supervisor Steve Chucri on 2020 Election in Leaked Recording: "I Think It Was Done Through DEAD PEOPLE Voting. I Think IT WAS MULTIFACETED – BALLOT HARVESTING" (AUDIO)



Chucri threw Supervisor Clint Hickman under the bus for their "bullsh*t" audit where they only audited 2% of the ballots.

**He said that his biggest mistake was believing Hickman that they could not audit more than 2% of the ballots, and that Hickman "just didn't have the guts".**

> **EXCLUSIVE: Maricopa County Supervisor Steve Chucri In Leaked Recording on Fellow Supervisor: Hickman "Just Didn't Have The Guts" – LIED To Stonewall A REAL Audit (AUDIO)**

Now that we have exposed his behind-the-scenes rhetoric, which is inconsistent with his actions and public statements, Steve Chucri is quitting.

> It's hard to believe I have been involved in Arizona politics now for 28 years. When I first ran for Maricopa County Supervisor in 2012, I campaigned to bring civility, innovation and most importantly, a business mindset to government making it "Best in Class". We got off to a wonderful start and have had many successes. Successes that I will always be proud to have played a role in.



x

> Unfortunately, the political landscape changed for the worst this year. The environment is wrought with toxicity – and all civility and decorum no longer seem to have a place. **The fixation with the 2020 election results and aftermath have gotten out of control. In recent days it has come to light that I was secretly recorded in conversations regarding differences with some of my colleagues about an audit of the 2020 election. The comments I made were during a very turbulent time.** My colleagues have every right to be both angry and disappointed with me. I should not have made such statements and offer my colleagues heartfelt apologies.
>
> **I do not want to perpetuate the very problem I ran to eliminate several years ago. While I have had my differences with my colleagues, I have known them to be good, honorable and ethical men. The picture some individuals are trying to paint about a cover up, scam and other nonsense about my colleagues and myself is simply false. There was no cover-up, the election was not stolen. Biden won.**
>
> While the comments were critical, it doesnt change the fact that I have had the pleasure and honor to serve with these fine men and the dedicated employees of Maricopa County. It has also been my honor to represent my District 2 constituents for 9 years. It is time for me to step aside and let the County and my colleagues meet the true potential of being the 4th largest and fastest growing county in America.
>
> **Effective November 5, 2021 I will resign my office.**

He doesn't believe that Joe Biden won. Chucri thinks it was done through dead people voting, and ballot harvesting.

Notice how he doesnt even deny anything he said but covers it with more lies.

**Truly, Steve was bullied and silenced by his peers because he pushed for a full forensic audit, and he just wanted to be Chairman of the board.**

Why would we believe that he wasn't bullied into this resignation?

He does not sincerely believe anything he is saying about his colleagues and we will reveal this over the coming days.



x

The Arizona Audit report will be released this week as well.

> **BREAKING: FINAL AZ Audit Report Hearing Scheduled – Results To Be Released NEXT FRIDAY Sept. 24th at 1:00 PM**

**Resignation is not good enough. Steve needs to come clean.**

**Submit a Correction**

 Jordan Conradson

Recent Posts | Contact

Turncoat Mike Pence Teases Potential 2024 Run Against President Trump

PATRIOTS IN ARIZONA: Document Your Affidavit Of Corrupted Voting Experience HERE

Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"

(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered

BREAKING: Another Absolutely Fraudulent Ballot Drop Makes Katie Hobbs Arizona Governor - Demons Stole Arizona!

See more...

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!



x

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

GETTR

YouTube

Terms

Contact

