# Exhibit 5

Article: "BREAKING: County Supervisor Steve Chucri Leaked Audio: "I've Had DEMOCRATS Telling Me They Don't Have Confidence, They Don't Like DOMINION – Why In The World Would Governor Ducey Really Say No To Giuliani?""

*The Gateway Pundit*
September 23, 2021

# BREAKING: County Supervisor Steve Chucri Leaked Audio: "I've Had DEMOCRATS Telling Me They Don't Have Confidence, They Don't Like DOMINION – Why In The World Would Governor Ducey Really Say No To Giuliani?"

By Jordan Conradson
Published September 23, 2021 at 6:35pm
310 Comments



**The Gateway Pundit has obtained exclusive audio recordings of Maricopa County Recorder Steve Chucri expressing his doubts in the election and his despise for his colleagues.**

Chucri says many hateful things about his colleagues who fought against a full forensic audit of the 2020 election because he knows that there was fraud in 2020 and they are trying to sweep it under the rug.

In one recording Chucri states that he believes "**multifaceted**" election fraud occurred with dead voters and illegal ballot harvesting.

> **Maricopa County Board of Supervisors' Chairman, Jack Sellers, Has Close Ties with China – Is This Why He's Fighting So Hard Against the Senate's 2020 Election Audit in Maricopa County?**

In another, he admits that the Maricopa County audit of the 2020 election was "**bullsh*t**" and that his colleagues were too scared to do an audit.

Supervisor Bill Gates "has the backbone of a plastic fork" according to Chucri.

Supervisor Clint Hickman "just didn't have the guts" either.



> **BREAKING – LEAKED AUDIO: Maricopa County Supervisor Steve Chucri Admits: "I DON'T FEEL COMFORTABLE WITH DOMINION" – And County Recorder Stephen Richer AGREES!**

In this release, Steve Chucri gives his true feeling about the public perception of the election.

He also says that his colleagues do not have a backbone again and loops Governor Doug Ducey into the conversation, saying it looks like Ducey has something to hide.

> **January**
>
> **Chucri: People are trying to say "oh this is the far right, these are just the Trumpers." No it's not! This is middle-of-the-road republicans too like my 82-year-old mother, my contractor building a house for me, same thing! I've had Democrats telling me they don't have confidence, they don't like this Dominion. So look, I think we have to do an audit to see what happened or didn't happen.**
>
> **March**
>
> **I still think even though all of these audits have been done, I still think there's a lot of uneasiness not even from Republicans. I'm just talking about people you don't even know, I don't even know, they're just your average Arizonan that still has doubts, like my mother.**
>
> **I've even had democrats email me about it.**
>
> **They just don't have backbone. Why in the world would Governor Ducey really say "no" to sit down with Guliani. I mean it only makes it look like you have something to hide.**

A majority in the country knows that this election is not what Maricopa County pretends.

How could Steve do this to his own mother?

In another audio recording, published earlier today, Steve Chucri acknowledges that elections problems occurred in all of the states that used



x

Dominion "**so it's not just like it was an isolated incident with no proof.**"

He also rips into his colleagues and attorneys for preventing this audit, giving us more clues into what was happening behind the scenes.

> **BREAKING – LEAKED AUDIO: Maricopa County Supervisor Steve Chucri Admits: "I DON'T FEEL COMFORTABLE WITH DOMINION" – And County Recorder Stephen Richer AGREES!**

**The Supervisors knew this election was stolen and they did nothing!**

**Submit a Correction**



Jordan Conradson

Recent Posts | Contact

Turncoat Mike Pence Teases Potential 2024 Run Against President Trump

PATRIOTS IN ARIZONA: Document Your Affidavit Of Corrupted Voting Experience HERE

Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"

(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered

BREAKING: Another Absolutely Fraudulent Ballot Drop Makes Katie Hobbs Arizona Governor - Demons Stole Arizona!

See more...

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one.



Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!

x

**Gateway Pundit**
*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

Home
About
Advertise
Privacy
Facebook

GETTR
YouTube
Terms
Contact

