# Exhibit 6

Article: "Leaked Audio… Maricopa County Supervisor Steve Chucri: "Dominion, Whether They're Right or Wrong… The Damage Is Done"

*The Gateway Pundit*
September 23, 2021

# Leaked Audio… Maricopa County Supervisor Steve Chucri: "Dominion, Whether They're Right or Wrong… The Damage Is Done"

By Jordan Conradson
Published September 23, 2021 at 9:58pm
948 Comments



The Gateway Pundit has more leaked audio of Maricopa County Supervisor Steve Chucri talking about his desire for an Arizona Senate audit of the fraudulent election his colleagues' contempt for the voters.

Chucri said many horrible things about his colleagues, the election, and he actually admitted that County-led audit was "bullsh*t".

These releases have totally destroyed the County's false narrative about their "bullsh*t" audit being legitimate.

> EXCLUSIVE… Maricopa County Supervisor Steve Chucri Caught in Leaked Recording: The Maricopa County Voting Machine Company Audit and Recount – "Was Pretty BULLSH*T By The Way" (AUDIO)

Chucri also said that he had democrats emailing him because they did not feel comfortable with Dominion.

He agreed with them and so did Maricopa County Recorder Stephen Richer.

> BREAKING – LEAKED AUDIO: Maricopa County Supervisor Steve Chucri Admits: "I DON'T FEEL COMFORTABLE WITH DOMINION" – And County Recorder Stephen Richer AGREES!

This "multifaceted" election fraud with dead voters and ballot harvesting did not just occur in Arizona though. Steve Chucri said that this was a



**nationwide** problem affecting states like Georgia, Michigan, and others.

These recordings came from **We The People AZ Alliance's** Steve Robinson and Shelby Busch.

Steve has **resigned** from office effective November 5th because he could not take the heat.

This recording from March gives us more from Steve Chucri uncensored.

> **Chucri:** We really gotta crackdown on the ballot harvesting and some of these things.
>
> I agree with you on Dominion, I agree with you on the mask mandate and I agree with you we should have never fought.
>
> **We aren't going to investigate one of our own. Why would we fight a third party meaning the legislature to come in? If we feel so confident about our audit why wouldn't we bring someone else in to look at it? What is the problem and harm in that?**
>
> **After I met with Guliani after we were all there together "we're not going to have a problem with an audit. Are you kidding me?" Oh my god was I wrong?**
>
> I said shame on us for you having to do what you've done.
>
> **Tom Liddy really overstepped his bounds.** In fact, I'm going to have some conversations with the County Attorney. Attorneys should give input and that's it. They shouldn't talk between you and I as supervisors and something I tell you intercedes, that's just wrong. **And Tom Liddy was arrogant.**
>
> What do you gain from fighting all the time? You don't gain anything. The lawyers win because they're getting paid all the money but you don't gain anything and so I said to my colleagues, why would we fight our own Senate? Now, look warren Peterson can lead with his chin and he can be a cocky SOB.



Put yourself in my position, the only voice that was opposing all of them and really our county attorney's office. It just made no sense to do what they did.

I think one thing Karen did learn is it ain't easy to find a good auditor that's credentialed and everything else. As much as I like Colonel Waldron, I don't think he's a crazy nutjob like some are trying to put him out. That guy's very sharp. I think the term Patriot has been overused but he's a good American. I grew up in the car business, I've been screwed by the best so I know the bad actors out there. He is not a bad actor.

**Richer's been good. He caught on about what Liddy was doing very quickly and it was me and him against the other supervisors.**

**If we didn't pick somebody and the Senate did, of their own volition, I think that's smart just like I go back to the MCSO thing. You don't bring in your same department to investigate one of your own. You bring an outside department in to do it and that's what I've always been supportive of.**

**Robinson: Everybody feels like the Board of Supervisors protected the County but none of them protected the voter base, the people.**

**CHUCRI: THAT'S A GOOD WAY TO PUT IT.**

Which is sad which we all should be celebrating because we actually took elections back from Adrian Fontes who is a very bad dude.

Liddy kept pointing to his record of wins, and that's dangerous. That's not why we're in this business.

I think Gates knows this could be it for him, so maybe that will help him come around, which is sad, it shouldn't cost you an election to come and do the right thing. It should be the right thing and whatever happens, happens. Jack is Jack.

I think I was too nice to my colleagues by not being more vocal, to not put them in a bad spot, but I'm done, but I'm done.

But let's say there's nothing wrong with Dominion, it's like Tylenol in the '80s. Remember when somebody laced Tylenol? how long did it



take for them to build that credibility back? And so I don't care if anything is found or not found on Dominion it's gonna be so hard to build that credibility back for next year. And then we're right back in the same place.

Well, I'll tell you what you've got my support on that because I totally agree with you just because of the sheer fact that so many of the public has a doubt about it.

**At a minimum, I'm happy to say that I would like to see an RFP for a new company to come in because so much doubt has been cast on Dominion that no matter where your political stripes might lay, because I've heard from Democrats and Republicans that are concerned about Dominion.**

At some point, they're gonna see it.

None of them will get re-elected.

**I have already brought to my colleagues' attention primarily Jack since he's current Chairman, that we need to look at something else for tabulation next year, because Dominion, whether they're wrong, right, or indifferent it is what it is. The damage is already done.**



x

> Jack Sellers, Chairman of the Maricopa County Board of Supervisors
>
> **Busch:** They will be calling for heads on a swivel
>
> **Chucri:** Rightfully so because that would mean whoever we had as auditors were horrible and we picked them…

It seems like Tom Liddy owns the Board of Supervisors and calls all of the shots. What is going on here?

Why did Chucri vote unanimously with the Board of Supervisors to spend $2.8 million on brand new Dominion voting machines after the old machines were audited?

> **How Can the Government Agency Certifying Elections (the EAC) Maintain Its Independence When Its CIO Previously Worked for 10 Years for Dominion Voting Systems?**

Supervisor Bill Gates claims that all of this is "elections misinformation" but we have it from the horse's mouth.



> Georgia's Corrupt Republican Leadership Gave Joe Biden Win By Less Than 12,000 Votes – Yet 460,000 Drop Box Ballots STILL MISSING Chain of Custody Documentation Required by Law

**To Steve Chucri:**

These people silenced you and prevented you from doing the right thing, and look who paid the price.

Your political career is over and you are now the most unpopular man in Arizona, but anybody can be redeemed.

**Come clean, Steve. Make this right.**

**Submit a Correction**



**Jordan Conradson**

Recent Posts | Contact

**Turncoat Mike Pence Teases Potential 2024 Run Against President Trump**

**PATRIOTS IN ARIZONA: Document Your Affidavit Of Corrupted Voting Experience HERE**

**Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"**

**(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered**

**BREAKING: Another Absolutely Fraudulent Ballot Drop Makes Katie Hobbs Arizona Governor - Demons Stole Arizona!**

See more...

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and



will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!

x

**Gateway** Pundit
*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

**Home**
**About**
**Advertise**
**Privacy**
**Facebook**

**GETTR**
**YouTube**
**Terms**
**Contact**

