# Exhibit 7

Article: "BREAKING: Maricopa County Creates "Ministry Of Truth" To Silence The Gateway Pundit – Now Requiring Official Press Pass For Media "To ENTER ITS FACILITIES And/Or Cover Events Related To The 2022 General Election""

*The Gateway Pundit*
September 27, 2021

# BREAKING: Maricopa County Creates "Ministry Of Truth" To Silence The Gateway Pundit – Now Requiring Official Press Pass For Media "To ENTER ITS FACILITIES And/Or Cover Events Related To The 2022 General Election"

By Jordan Conradson
Published September 27, 2022 at 9:32pm
1087 Comments



**Maricopa County is already covering its tracks ahead of the 2022 General Election with what some are calling a "Ministry of Truth" to prevent real media and honest questions.**

"Maricopa County will require an official Press Pass for members of the press to enter its facilities and/or cover events related to the 2022 General Election," **stated** a new order from the County.

In order to register for a press credential, reporters must provide the following information, agree and sign their name attesting to the following:

> By signing this application for a Maricopa County Press Pass, I certify that I am a journalist without a conflict of interest or association that would compromise my journalistic integrity.
>
> Further, I do not receive compensation or special treatment from advertisers or political organizations that would influence my coverage related to Maricopa County or its elections.



> I am not a lobbyist, advertiser, paid advocate or influencer for any individual, political party, corporation, or organization.



Therefore, no left-wing media outlet should be allowed to cover the election. However, that is probably not the case.

This is part of an announcement of the newly formed "Elections Command Center to Share Info with Voters, Combat Disinformation."

The Gateway Pundit previously reported on these same tactics employed by the Biden Regime. After announcing the Biden Regime's failed "**disinformation governance board**," the White House later announced a new program called "the White House Task Force to Address Online Harassment and Abuse." This was created to "address" (silence) what the government deems to be "online harassment, abuse, and disinformation campaigns."

> **'Ministry of Truth' 2.0: Kamala Harris to Lead New Task Force Targeting "Online Harassment, Abuse, and Disinformation Campaigns"**

**Maricopa County** shared the following message on Twitter announcing the newly formed "Command Center."





x

2:38 PM · Sep 27, 2022

♥ 19    💬 Reply    🔗 Copy link

Read 42 replies

The official **announcement** states,

> ### Maricopa County Forms Elections Command Center to Share Info with Voters, Combat Disinformation
>
> Six elected officials and a team of elections and communications professionals are coming together as one ahead of the 2022 November General Election in Maricopa County. Today, Board of Supervisors Chairman Bill Gates and Recorder Stephen Richer established the "2022 Elections Command Center" which will serve as a central hub of information for the weeks leading up to and following the Nov. 8 General Election.
>
> "At the beginning of the year, I promised we would run the most transparent elections this county has seen, and I'm proud of what the Board of Supervisors, the Recorder's Office, and our elections team have done to date," said Chairman Bill Gates, District 3. "The Command Center will further deliver on that promise by creating a structure that allows us to reach more people, faster, with factual information about how elections are run and how people can successfully participate."
>
> "We ran a terrific Primary Election, but because of our 'continuous improvement' work ethic, we will have an incredible communications team assembled that will allow us to better respond to constituent concerns and combat misinformation during the General Election," said Maricopa County



Recorder Stephen Richer.  "I look forward to partnering with the Board of Supervisors to make this a great election for Maricopa County voters."

The Elections Command Center will bring together communicators and subject matter experts from the Elections Department, Recorder's Office, County Manager's Office, and other county agencies for the following purposes:

- Clear, consistent communication about voting deadlines and election processes to Maricopa County's more than 2.4 million eligible voters which enables them to cast their ballot in the way they choose.
- Outreach and response to local, national, and international media covering Arizona elections
- Quick and accurate response to mis-, dis-, and mal-information related to the administration of elections in Maricopa County
- Updates on tabulation and reporting of results following Election Day

**Starting today, all media requests related to the November General Election in Maricopa County should be directed to the Elections Command Center using the following email address: media@risc.maricopa.gov.** This applies to requests for interviews as well. The Elections Command Center will host regular news conferences in October and November for credentialed media.  Reporters interested in getting credentialed can **apply here**.  News conferences will also be streamed live via social media for members of the public.

For reliable information about Maricopa County election administration, visit **elections.maricopa.gov** and follow Maricopa County, Maricopa County Elections Department, and Maricopa County Recorder's Office on **social media**.

Arizona GOP Chairwoman Dr. Kelli Ward told The Gateway Pundit,

**Ward: Suppression of the free press by a government entity is a clear violation of the First Amendment. Arizona does not want or need its own "Ministry of Truth." Again, what is Maricopa County trying to hide? Especially regarding elections?**

Liberal Hack journalist Jen Fifield, the same "reporter" who got **smacked down by Save America attorney Christina Bobb** and **Vernon Jones** at the



Arizona audit, hinted that this new Ministry of Truth was designed specifically to target The Gateway Pundit correspondent Jordan Conradson for "trying to listen in" on Fake News reporters' conversations and asking questions that "intimidate public officials."

This is because of the incredibly botched 2022 Primary Election in Maricopa County. The Gateway Pundit previously **reported** on the election day incompetence in Maricopa County, where Republican voters were turned away from the polls due to printer malfunctions and ballots not being available while facing other issues stemming from the County's shady felt-tipped pen recommendation.

**We also reported that 145 more Democratic activists than Republicans were hired by the RINO-controlled County to watch the polls, which is likely illegal.**

> **BREAKING: Maricopa County Election Day Incompetence – PRINTERS NOT WORKING, Voters Told They've ALREADY VOTED, Polling Locations Not Seen On AZSOS Webpage – UPDATES**

They truly are intimidated by our real questions.





Abe Hamadeh's War Room account came to our defense and declared they "proudly stand in journalistic solidarity" with The Gateway Pundit correspondent Jordan Conradson and The Western Journal's Olivia Brown.





@CraigHarrisUSAT · **Follow**

Replying to @AbeWarRoom and @JenAFifield

Nope. Pretty common process. Gov. @DougDucey, for example, only allows accredited, legitimate media members to attend certain briefings, and the @Suns don't let any random bloggers or self-proclaimed media members attend practices or have locker room access.

X

**Abe Hamadeh War Room**
@AbeWarRoom · **Follow**

Sure, @CraigHarrisUSAT.

We're sure this process won't be used to shut out any form of dissenting media.

And if is it, we're sure you'll proudly stand in journalistic solidarity with people like @ConradsonJordan & @oliviaintheusa, who refuse to walk the party line.

4:18 PM · Sep 27, 2022

9 Reply Copy link

**Read 3 replies**

Stephen Richer also boasted about the County's suppression of The Gateway Pundit, and grassroots activist Merissa Hamilton slammed his Orwellian tactics.

**Stephen Richer—Maricopa Cnty Recorder (prsnl ac...** · Sep 2
@stephen_richer · **Follow**

Watch on Twitt

GIF

**Jen Fifield** @JenAFifield

County elections getting all fancy. Really gonna miss The Gatewa Pundit rolling in and trying to listen in on legitimate reporter conversations/intimidate public officials.

GP







X

**Merissa Hamilton** 🗳️ ⛽ 🗽
@merissahamilton · **Follow**

How very 1984 of @maricopacounty to create a Ministry of Truth policy

5:07 PM · Sep 27, 2022

❤️ 20 Reply Copy link

Kelli Ward slammed Maricopa County for discriminating against the free press on Twitter.

**Dr. Kelli Ward** 🇺🇸
@kelliwardaz · **Follow**

Maricopa County discriminating against the free press. How quaint. #1A

**Jen Fifield** @JenAFifield
County elections getting all fancy. Really gonna miss The Gateway Pundit rolling in and trying to listen in on legitimate reporter conversations/intimidate public officials.

GP







This all comes after former Maricopa County Supervisor Steve Chucri resigned because The Gateway Pundit released undercover audio tapes where he admits that he does not feel comfortable with Dominion Voting Machines and that County Recorder Stephen Richer agreed with him.

> **BREAKING – LEAKED AUDIO: Maricopa County Supervisor Steve Chucri Admits: "I DON'T FEEL COMFORTABLE WITH DOMINION" – And County Recorder Stephen Richer AGREES!**

The same leftist news organizations promulgating conspiracy theories about "Russian collusion" in the 2016 Presidential Election will be allowed in, but likely not The Gateway Pundit and other conservative truth-telling outlets.

**Contact Maricopa County now to demand free and fair press coverage during the 2022 Election.**

**Submit a Correction**



Jordan Conradson

Recent Posts | Contact

Turncoat Mike Pence Teases Potential 2024 Run Against President Trump

PATRIOTS IN ARIZONA: Document Your Affidavit Of Corrupted Voting Experience HERE

Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"

(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered

BREAKING: Another Absolutely Fraudulent Ballot Drop Makes Katie Hobbs Arizona Governor - Demons Stole Arizona!

See more...



x

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!

**Gateway** Pundit
*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

Home
About
Advertise
Privacy
Facebook

GETTR
YouTube
Terms
Contact

