# Exhibit 8

Article: "EXCLUSIVE: Former Maricopa County Recorder Steve Chucri Full January Phone Call With We The People AZ Alliance: "I Think It Was DONE Through Dead People Voting; I Think It Was Multifaceted" (AUDIO)"

*The Gateway Pundit*
*December 4, 2021*

## EXCLUSIVE: Former Maricopa County Recorder Steve Chucri Full January Phone Call With We The People AZ Alliance: "I Think It Was DONE Through Dead People Voting; I Think It Was Multifaceted" (AUDIO)

By Jordan Conradson
Published December 4, 2021 at 7:45am
219 Comments



Former Maricopa County Supervisor Steve Chucri (left) Supervisor Bill Gates (right)

**In September, The Gateway Pundit broke segments of undercover audio recordings featuring former Maricopa County Supervisor Steve Chucri revealing his true feelings about the 2020 Presidential Election, Dominion, and a full forensic audit of Maricopa County's 2020 election.**

Chucri was busted on record, saying exactly what we have been reporting for a year now and he revealed the real reason that his colleagues were opposed to an audit: They were scared!

> EXCLUSIVE: Maricopa County Supervisor Steve Chucri In Leaked Recording on Fellow Supervisor: Hickman "Just Didn't Have The Guts" – LIED To Stonewall A REAL Audit (AUDIO)



x

Just one day after TGP began to break this news, Steve Chucri resigned from office in shame and embarrassment, and he completely flopped on his prior statements.

On Friday the Board of Supervisors **interviewed** seven applicants to fill Chucri's vacancy on the board.

> **BREAKING: Maricopa County Supervisor Steve Chucri RESIGNS From Office After TGP Exposé : "There Was No Cover-Up, The Election Was Not Stolen. Biden Won."**

The Arizona Senate and CyberNinjas' audit concluded over **700,000** ballot discrepancies, extremely high adjudication rates, loose signature verification, and videographic evidence of individuals deleting elections records before the 22-month statutory deadline. In other words, the election never should have been certified.

Joe Biden was declared the winner of Arizona by less than 10,500 votes.

**It has now been 70 days since these results were presented to the Nation and Arizona Attorney General Mark Brnovich.**

> **Arizona Election Fraud: 2 Months After They Were Identified Illegally Deleting 2020 Election Records, Three Individuals Remain Unpunished, Unidentified and Uncharged by AG Mark Brnovich**

**Since receiving the "gift of an audit", a formal criminal investigation has been opened but we have seen no action.**

The audio recording from January gives more background on Chucri's understanding of voters' election integrity concerns, Chucri's concerns with Dominion, and his fight with his colleagues and lawyers, which cost him a leadership position on the board.

**In January, Steve Chucri was pro-audit, pro-transparency, and pro-accountability. He knew that Dominion Voting Machines were questionable and he knew that his constituents wanted answers.**

**Chucri voted against defying the Arizona Senate's subpoenas and as a result, he lost his opportunity to chair the board as Vice Chairman. He**



told Steve Robinson and Shelby Busch that he was extremely "disappointed" in his colleagues for their staunch opposition to a joint audit of the 2020 election.

He then told Steve and Sheby in January, "**I am persona non grata right now with my colleagues. I was passed over… because of my opposition to this**."

**They chose Bill Gates, who Chucri later asserted "has the backbone of a plastic fork", to lead the board as Vice Chairman.**

It appears that Bill Gates was chosen for this position either because he was involved in the election debacle, or he was scared that he lost, as Steve Chucri said in March.

**It is evident Chucri held beliefs that the Board of Supervisors was scared to do a real audit since January, which he later confirms in March when he stated that his colleagues "got scared" because they won by very slim margins.**

**In January, Chucri states, "I don't know how tough my colleagues will be on making sure we have certain things looked into… this can't be window dressing. It's got to be a real audit."**

As Chucri then said, in reference to his colleagues, "They just want to follow the gospel truth of whatever legal counsel is telling them." This would make sense if you were committing a crime but they owe constituents accountability and transparency.

### January 22nd Phone Call

**1:49 Chucri:** As it relates to acquiring the Dominion software, at the time we did we weren't aware of what happened in Texas. Or else I would have given serious pause to that. I don't even think we can use this… in 2022. Too much damage has been done by way of perception of it.

**2:45 Chucri:** I'm incredibly frustrated, I'm the most disappointed I've ever been with my colleagues in the eight years I've been in office that they wanted to fight this and now they're finally coming around after two months.



**4:08 Chucri:** Claims Merissa Hamilton's Dominion RFP (vetting process) analysis was "flat out wrong"

**4:40 Chucri:** "The biggest regret is, we found out after the fact that we had already agreed to go with them, that's when we found out about Texas it was too late. "

**6:05 Chucri:** Elections Director Scott Jarrett, Adrian Fontes (later referred to as a scumbag, Stephen Richer ran a campaign on Fontes' criminal actions), and Jesse Moore chose Dominion Voting Machines

**8:35: Chucri:** "I'm all about transparency. This was a screw up. We should have known about what happened in Texas. I knew about Soros owning some other kind of software. Do you remember some other kind of tabulation? people were warning me about that." (Smartmatic) So two years ago when I told my constituents, I'm going to do everything in my power to take back elections and our authority **from Adrian Fontes when he screwed up in 2018**, never in a million years would I have thought I'd see this. And that's when the Soros issue came up but I never connected Smartmatic to Dominion. But I can tell you right now that I just think so much damage has been done with Dominion in voter confidence. And I'm taking about, you know **people are trying to say this is the far right, these are just the Trumpers… No it's not. This is middle of the road Republicans too like my mother, who's 82 years old. She's like, "honey I don't trust voting anymore." My mom said that, 82-year-old mother, my contractor building the house for me same thing. I've had Democrats write me and say they don't have confidence, they don't like this Dominion.** I think we have to do this audit to see what happened or didn't happen but I gotta tell you something**, I don't know if I have confidence to be able to use this software in 2022. I told that to my colleagues**.

**11:22 Chucri:** "What I like about this is the fact that we are going to work with Senator Fann and others, so it's not just going to be us. This is going to be a joint effort and I'm embarrassed to say that my colleagues were challenging the legislature on the subpoenas. If we could do this in a joint venture and talk to warren Peterson and Karen Fann and say we're demanding this**, because I don't know how tough my colleagues will be on making sure we have certain things looked into and I want to make



sure we have a lot of things looked into. this can't be window dressing. It's got to be a real audit."

**12:09 Shelby Busch:** Who is making the final decision on who does the audit? Is it a joint decision between the BOS and the Senate or does one hold the authority over the other?

**12:25 Chucri:** Shelby, what I understand right now, and you have to remember something. **I am persona non grata right now with my colleagues. I was passed over; I was supposed to be vice chairman. They chose Mr. Gates because of my opposition to this**. Now, they're not saying that's why. They're just saying they thought I was really busy, and I couldn't do both which is horse sh*t. But they passed over me because of my position on this. **So, you got to remember there's a lot of politics at play, so I didn't get all the information… What I'm going to be pushing is that we do a joint audit and we work together on this, and we compile a laundry list of things we're going to check**… My effort would be to have us do it jointly because that way I think we can have more done vs. just, because remember I want a laundry list of stuff done. **My colleagues might say were only doing A through B when I want A through F or longer. I think that doing it in a joint intentional effort with the legislature, we'll have a better audit.** I'll know more on Monday and that's what I'm going to push for, that we do it together and we both agree on the scope of the work.

**14:30 Chucri:** I have never been this disappointed in my colleagues, I've never been this disappointed. Like I told you earlier, it shouldn't be this hard. **But, do you agree with me that there is no way we can use Dominion? Even if this audit comes back clear, in two years, that we have to start anew?**

**16:20 Shelby Busch:** notifies Chucri that Micharl Fonteras signed the contract with Dominion Voting Machines. "He has been implicated in multiple states for accessing tabulation systems inside of the Recorder's office and having miraculous shifts in votes. Used to be on the election integrity committee for Denver Colorado. He brought in Soros' Smartmatic, and Denver had the most disastrous election in U.S. history. And then he went on to work for Dominion. And he's the man that signed the contract with you guys. These are the things that we as investigative citizens, we see these things and then we look at our Board of Supervisors, our Senate



x

and these various people. **And we say, how can we as citizens, spending such little time out of our lives know these things when the people we elect to represent us don't? And that's where things get a little messy right?"**

**17:30 Chucri: 100%**

**17:50 Chucri: What legal counsel said, is that we can't push this while were in litigation, which I think is BS.** I told them I think it's BS. And that's why I voted against it and between the 4 of us, I challenged our legal counsel to where we were yelling at each other. **You know who's really understanding this? Stephen richer you should have a conversation with Steven richer. He'll verify everything I'm telling you. He's already frustrated and he's only been in office 5 days.** They're gloving on. Some folks always want to be right or they make it about themselves and that's what my colleagues are doing unfortunately. Instead of making the decision for themselves, they just want to follow the gospel truth of what legal counsel is telling them. And I just don't understand it. I'm telling you the honest to God truth, that's it. And they want to fight. They're mad that they were subpoenaed. I'm embarrassed that we had to be subpoenaed. I'm embarrassed, shame on us!

**19:48 Chucri: "**They want to fight and they want to be proven right, when I want to say, hey guys, yeah we might have pulled off an election by way of logistics but there's some questions and concerns about the software and we should look into it. Don't just try to defend something because we don't know if it's good or bad we're not techno geeks we don't know anything about this. So let's turn it over to professionals who did it, who have seen something. **And it's not just Arizona, it's Georgia, it was Michigan, it was all these other states, so it's not just like it was an isolated incident with no proof.** I think that's the answer **because I'll tell you what I question this.** If you remember about a month ago, actually Clint Hickman had 2 auditors come out here and I don't know if you guys heard this story. And I said, good let's get them going and **our legal counsel said no we still don't think we should.** And I said, why in the hell did we **spend money** to get 2 auditors out here and then **send them back**? That was a stupid ass decision. Clint Hickman and I have not had a personal conversation since then."



**21:02 Busch:** "You guys have already turned over quite a bit of evidence for review. And there's a lot of evidence already in the hands of the senate and others for review. I'm unaware of that. Is that true and if so what was turned over?"

**21:37 Chucri:** "We handed over some things… that they've asked for… but **it's not an audit of the machines. You know? it's not an audit of the machines. It would be like you asking me for some help. You need $10,000 and I give you 200 bucks. That's not helping you, that's not helping you.**

**22:17 Chucri:** (Col. Phil Waldron) **"**I like him a lot. He's a great guy. I really like him…  He's a decent guy, 100%."

**26:17 Busch:** "People are frustrated and they want real answers, and a softball audit is not going to satisfy the appetite of the frustrated, disenfranchised voters right now."

**22:17 Chucri:** "**No, I think we need a real audit to see what happened in this past election and then I think we need to find a different tabulation company for 2022**. I think that's the best thing we can do for voter confidence."

**27:55 Chucri:** "**I think it was done through dead people voting I think it was multifaceted. I think there is a lot of clean-up we have to do… Ballot harvesting, ballot harvesting!**"

**30:45 Chucri:** "You'll hear me on Wednesday if it's not on the agenda, you wait until the end of the meeting and I'll say it, you'll hear me loud and clear."

**30:55 Chucri:**  "You know what I find really interesting? Is Hickman, who I asked for two freakin months to bring it up for a vote. And now he's doing this apology tour bullshit. It pisses me off. He had every chance to do it. **And then they got mad at me for voting against going against the legislature on these subpoenas and going to court?** I just think that's hypocrisy it really ticks me off"

**31:50 Chucri:** "**I do agree that I think this has to be looked at to make sure this election was not what some believe it is.** We have to get to the



> bottom of whether or not this system is compromised, plain and simple. I think equally important and more important is for future elections for people to have the confidence in their vote. They will not have confidence in dominion software, even if we find nothing and it was perfect, the damage is already done to their reputation. **The damage is already done so I just don't think we can use it in 2022. And I don't see how I can support it… When it comes to ones right to vote, I don't care what it costs but I'm going to always spend what we need to spend to ensure that somebody's vote is counted."**

**Why was legal counsel so opposed to an audit? Were they worried it might prove law violations?**

**Contact Arizona Attorney General Mark Brnovich now and demand a complete investigation and arrests for the treasonous officials who stole our voices.**

Stay tuned for the March conversation.





x

**Contact AG Mark Brnovich**

**Submit a Correction**



**Jordan Conradson**

Recent Posts | Contact

Turncoat Mike Pence Teases Potential 2024 Run Against President Trump

PATRIOTS IN ARIZONA: Document Your Affidavit Of Corrupted Voting Experience HERE

Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"

(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered

BREAKING: Another Absolutely Fraudulent Ballot Drop Makes Katie Hobbs Arizona Governor - Demons Stole Arizona!

See more...

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!



x

**Gateway** Pundit
*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

**Home**
**About**
**Advertise**
**Privacy**
**Facebook**

**GETTR**
**YouTube**
**Terms**
**Contact**