# Exhibit 9

Article: "MUST SEE VIDEO: Arizona Secretary of State Katie Hobbs RUNS From TGP's Jordan Conradson AGAIN— Won't Answer Questions At Free and Fair Elections Event"

*The Gateway Pundit*
March 23, 2022

# MUST SEE VIDEO: Arizona Secretary of State Katie Hobbs RUNS From TGP's Jordan Conradson AGAIN – Won't Answer Questions At Free and Fair Elections Event

By Jordan Conradson
Published March 23, 2022 at 8:35pm
266 Comments



On Tuesday night, Arizona Talks hosted an event in Phoenix, Arizona, with guest speakers including radical leftist Arizona Secretary of State Katie Hobbs, RINO Maricopa County Recorder Stephen Richer, political operative turned fake news reporter Garrett Archer and Arizona State Senator Raquel Teran.

Maricopa County and Secretary of State Katie Hobbs are currently under investigation for the elections law violations and hundreds of thousands of ballot discrepancies discovered by the Maricopa County election audit.

They're all working together with nonprofits to cover up the rigged 2020 Presidential Election.

Like Maricopa County Supervisor Bill Gates, who recently appeared on a John McCain Institute video seminar with Soros-funded Michigan Secretary of State Jocelyn Benson, Stephen Richer is cooperating with Soros-funded Katie Hobbs to cover up the stolen 2020 election. Strange!





**EXCLUSIVE: Maricopa County Supervisor Bill Gates Continues to Play Victim and Refuses to Turn Election Routers Over to Inspectors… Why Is That? (VIDEO)**

Maricopa County Chairman Bill Gates, Michigan Secretary of State Jocelyn Benson, and Pasco County Supervisor Brian Corely recently chaired a McCain Institute panel titled, "Defending American Democracy: When Local Elections Are Threatened, What Are The National Implications?". The Gateway Pundit received this video from WeThePeopleAZAlliance. The video conference took place on March 3rd, 2022, the … Continue reading

 The Gateway Pundit

They are so desperate!

The mixer was sold as "an evening of guest speakers sharing their stories, expertise, and a myriad of views from across the political spectrum."

They all shared the same views on the rigged 2020 Presidential election, claiming it was the most secure election in history.

**Local Patriot Liz Harris witnessed Katie Hobbs telling event staff about The Gateway Pundit correspondent Jordan Conradson before speakers took the stage. Organizers then double-checked the list for Conradson's name and saw that he was on the list.**

The full list of speakers included,

- Stephen Richer, Maricopa County Recorder



- Dr. Heather Carter, Executive Vice President with Greater Phoenix Leadership
- Raquel Terán, Arizona State Senator for LD 30 (D)
- Mike Noble, Chief of Research & Managing Partner of OH Predictive Insights (OHPI)
- Garrett Archer, Data Analyst with ABC15
- Katie Hobbs, Arizona Secretary of State

> Join us as we follow the raging debate on this crucial democratic process: holding elections and exercising the right to vote. How do we ensure that elections are both secure and inclusive? Should elections be more competitive, open, and less partisan? If so, what practices can be put in place to improve the quality of our elections to further our founders' aim of creating a more perfect union? Come hear from experts on ways to ensure free, fair, and secure elections.
>
> **The Issue**
>
> We have heard from the loudest sides. Some point to possible weaknesses in the elections system and even claim the existence of widespread voter fraud. Others see new restrictions on voting as partisan suppression of marginalized communities and even compare these tactics to the Jim Crow era. There are those who view the design of the electoral system as being flawed in favor of hyper-partisanship.
>
> In a democracy, the government derives authority from the consent of the electorate. What can we do to maintain faith in our electoral process? Where should the balance between secure elections and voter access lie? Where does election integrity end and voter suppression begin? These are some of the most important questions that can be asked pertaining to this ongoing experiment that is our Republic.

Election thief Katie Hobbs, who is currently under investigation by the Arizona Attorney General for 2020 and 2022 elections law violations, read a scripted speech to the crowd.

After Hobbs called supporters of election integrity "Democracy deniers" and finished her speech, Conradson attempted to respectfully approach her.



**Hobbs immediately started to run before Conradson could ask a single question.**

In the video below, Conradson catches Katie Hobbs running from him and says,

> **Secretary Hobbs, Secretary Hobbs, Secretary Hobbs are you worried that the Attorney General will prosecute you?**

Katie Hobbs ran inside the building, and another attendee stopped Conradson saying, "the Secretary of State just went inside."

Minutes later, Conradson was removed from the event while next to Maricopa County Recorder Stephen Richer.

"You're making one of our patrons very uncomfortable," said the venue employee.

This same thing happened one year ago with Katie Hobbs. She is deeply disturbed by the truth coming out.

> **"Why Are You Working So Hard to Shut the Audit Down? What Are You Hiding" – TGP Reporter Confronts AZ Secretary of State Katie Hobbs – Katie Hobbs Runs! (VIDEO)**

**These people are terrified of real questions about the stolen 2020 election!**



Submit a Correction



Jordan Conradson

Recent Posts | Contact

Turncoat Mike Pence Teases Potential 2024 Run Against President Trump

PATRIOTS IN ARIZONA: Document Your Affidavit Of Corrupted Voting Experience HERE

Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"

(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered

BREAKING: Another Absolutely Fraudulent Ballot Drop Makes Katie Hobbs Arizona Governor - Demons Stole Arizona!

See more...

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!


x

**Gateway** Pundit
*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

**Home**
**About**
**Advertise**
**Privacy**
**Facebook**

**GETTR**
**YouTube**
**Terms**
**Contact**

