# Exhibit 10

Article "BREAKING: Maricopa County's Ministry of Truth BLOCKS The Gateway Pundit Reporter Access To 2022 Midterm Election Coverage In County"

*The Gateway Pundit*
October 1, 2022

# BREAKING: Maricopa County 's Ministry of Truth BLOCKS The Gateway Pundit Reporter Access To 2022 Midterm Election Coverage In County

By Jordan Conradson
Published October 1, 2022 at 8:00am
1017 Comments

**Maricopa County has officially denied The Gateway Pundit a press credential to cover the 2022 General Elections.**

The new email came days after The Gateway Pundit reported that Maricopa County has created its own Ministry of Truth or "Elections Command Center to Share Info with Voters, Combat Disinformation."

> BREAKING: Maricopa County Creates "Ministry Of Truth" To Silence The Gateway Pundit – Now Requiring Official Press Pass For Media "To ENTER ITS FACILITIES And/Or Cover Events Related To The 2022 General Election"

"Maricopa County will require an official Press Pass for members of the press to enter its facilities and/or cover events related to the 2022 General Election," **stated** a new order from the County, allowing them to hand-pick who gets to cover their (s)election.

They are so terrified of The Gateway Pundit that they blocked us from covering the 2022 elections.

The Gateway Pundit received an email from the County stating, "You (a) do not avoid real or perceived conflicts of interest and (b) are not free of associations that would compromise journalistic integrity or damage credibility. Therefore, you are not a bona fide correspondent of repute in your profession."

The Gateway Pundit correspondent Jordan Conradson received the following email from CAOMedia@maricopa.gov last night.

> Dear Mr. Conradson,



> Thank you for applying for a Maricopa County Press Pass. This email is to notify you that you have been **denied** a press credential based on the following criteria which is listed on Maricopa.gov:
>
> - **#4: You (a) do not avoid real or perceived conflicts of interest and (b) are not free of associations that would compromise journalistic integrity or damage credibility. Therefore, you are not a bona fide correspondent of repute in your profession.**
>
> If you would like to appeal this decision, please reply to this email stating the reasons it should be reconsidered.
>
> Further, any press conference about the 2022 Election will be streamed to a Maricopa County YouTube channel and you are welcome to view it.
>
> Thank you,
>
> Elections Command Center

Seriously?

This is likely because Conradson reports the truth, like when we released information so damning that it led to the **resignation** of Maricopa County Supervisor Steve Chucri. Chucri **admitted**, "I don't feel comfortable with Dominion [Voting Machines]," and that Maricopa County Recorder Stephen Richer agrees with him.

Chucri also **admitted** that he believed there was "multifaceted" voter fraud that occurred through ballot harvesting and dead voters.

> **BREAKING – LEAKED AUDIO: Maricopa County Supervisor Steve Chucri Admits: "I DON'T FEEL COMFORTABLE WITH DOMINION" – And County Recorder Stephen Richer AGREES!**

This also comes after the incredibly botched 2022 Primary Election in Maricopa County. The Gateway Pundit previously **reported** on the election day incompetence in Maricopa County, where Republican voters were turned away from the polls after being told they've already voted and facing printer malfunctions which led to ballots not being available. We also **reported** on



other issues stemming from the County's shady felt-tipped pen recommendation.

And it comes after corrupt Maricopa County Supervisor Bill Gates – who former Supervisor Steve Chucri said was **scared of a 2020 election audit** "because he barely won" – **said** the election of Trump-Endorsed candidates in the Primary was a "catastrophe" for Democracy and "I think they are electable, which is frightening," all while suggesting that the GOP must lose or face "humiliation at the ballot box."

**"What may have to happen is that we lose elections," said Bill Gates.**

Elections officials in Arizona are openly rooting against Trump Republicans, and who knows what they'll do to make sure they don't win?

**Gates is just terrified because Trump-endorsed candidates will get to the bottom of 2020.**

We have even reported on footage of individuals **illegally deleting** 2020 election files from the Elections Management Server in April 2021.

And **much more.**

What about the far-left Fake Newspapers that are desperately trying to control the narrative surrounding Maricopa County's elections?

What about the reporters from these organizations who have real AND perceived "conflicts of interest" or biases? Will they be allowed to cover the 2022 election?

Will Far-Left Hack Jen Fifield from the lying Arizona Republic, who did **everything she could** to compromise the integrity of the Maricopa County full forensic audit – which found **hundreds of thousands** of potentially fraudulent or illegal ballots – be awarded a press credential?

She probably deserves it after Save America Attorney Christina Bobb decimated her in an argument that Fifield started last year when she got WRECKED by Vernon Jones at the audit facility. Someone should give this woman a bandaid with her press pass.



> "You're Upset About This?? I REALLY Don't Care!" – EPIC: Christina Bobb REFUSES To Take Leftist Reporter's BS in Arizona

What about Far-Left Hack Stacey "Karen" Barchenger, also from the Arizona Republic, who is such a poor and biased journalist that she didn't even air an **interview with Kari Lake** because it went against her narrative? Will she be allowed a press credential?

We **reported** on this interview too. It was embarrassing, to say the least.

Will leftist **anti-America** Hack Brahm "Beta Male" Resnik, who **almost got sued** for calling Congressman Paul Gosar a "white nationalist" and calls everybody that he disagrees with Nazis or white supremacists/nationalists, **including the Arizona GOP**, receive a credential?

Resnik compares AZGOP to Nazis



What about Far-left Arizona Mirror's Dillon Rosenblatt? Oh, that's right, he got fired after Trump-Endorsed Senate Candidate Blake Masters **exposed** his racist, sexist, homophobic tweets. LOL.

Are these the "bona fide correspondents" that the County is looking for?

The Gateway Pundit likely has more readers than all of these frauds combined. The Gateway Pundit had **nearly one BILLION** pageviews in 2021 despite Twitter banning our account in, Facebook eliminating 95% of our traffic, T-Mobile blocking our content, powerful leftist organizations targeting us, and Google smearing us and blocking traffic to our website. This is because we report the TRUTH.

Jen Fifield, who previously hinted that the Maricopa County Ministry of Truth was created to target The Gateway Pundit, again accused us of "intimidating journalists and public officials."





Finally, she got something right. They are extremely intimidated by our questions about the Fraudulent 2020 Election, the shady 2022 Primary Election, and the already corrupt 2022 General Election.



x

This is a violation of our First Amendment.

They don't want The Gateway Pundit reporting on the election only because we don't carry water for corrupted politicians and election officials.

We have a record of exposing shady politicians and fraudulent elections.

What are they hiding?

Submit a Correction

 Jordan Conradson

Recent Posts   Contact

Turncoat Mike Pence Teases Potential 2024 Run Against President Trump

PATRIOTS IN ARIZONA: Document Your Affidavit Of Corrupted Voting Experience HERE

Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"

(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered

BREAKING: Another Absolutely Fraudulent Ballot Drop Makes Katie Hobbs Arizona Governor - Demons Stole Arizona!

See more...

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!



x

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

**Home**
**About**
**Advertise**
**Privacy**
**Facebook**

**GETTR**
**YouTube**
**Terms**
**Contact**

