# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications, LLC, *et al.*, | Case No. 2:22-cv-01925-JJT |
| Plaintiffs, | |
| v. | **DECLARATION OF CASSIDY S. CURRAN** |
| Jack Sellers, *et al.*, | |
| Defendants. | |

I, Cassidy S. Curran, hereby declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am a Paralegal employed at the law firm of Randazza Legal Group, PLLC ("RLG"), counsel for Plaintiffs in the above-captioned matter.

3. I submit this declaration in support of Plaintiffs' Notice of Filing Exhibits in Support of Emergency *Ex Parte* Motion for Temporary Restraining Order and Request for Judicial Notice (the "Notice").

4. On November 15, 2022, at 7:08 p.m. eastern time, while at the Massachusetts office of RLG and using the Google Chrome browser on a MacBook Air laptop, I visited the *Gateway Pundit* article titled ""Why Are You Working So Hard to Shut the Audit Down? What Are You Hiding" – TGP Reporter Confronts AZ Secretary of State Katie Hobbs — Katie Hobbs Runs! (VIDEO)" at the URL: https://www.thegatewaypundit.com/2021/05/working-hard-shut-audit-hiding-tgp-reporter-confronts-az-secretary-state-katie-hobbs-katie-hobbs-runs-video/. Immediately

- 1 -
Declaration of Cassidy S. Curran
2:22-cv-01925-JJT

after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Notice as **Exhibit 1**.

5. On November 15, 2022, at 7:17 p.m. eastern time, while at the Massachusetts office of RLG and using the Google Chrome browser on a MacBook Air laptop, I visited the *Gateway Pundit* article titled "EXCLUSIVE… Maricopa County Supervisor Steve Chucri Caught in Leaked Recording: The Maricopa County Voting Machine Company Audit and Recount – "Was Pretty BULLSH*T By The Way" (AUDIO)" at the URL: https://www.thegatewaypundit.com/2021/09/exclusive-maricopa-county-supervisor-steve-chucri-caught-leaked-recording-maricopa-county-voting-machine-company-audit-recount-pretty-bullsht-way-audio/. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Notice as **Exhibit 2**.

6. On November 15, 2022, at 7:12 p.m. eastern time, while at the Massachusetts office of RLG and using the Google Chrome browser on a MacBook Air laptop, I visited the *Gateway Pundit* article titled "EXCLUSIVE: Maricopa County Supervisor Steve Chucri on 2020 Election in Leaked Recording: "I Think It Was Done Through DEAD PEOPLE Voting. I Think IT WAS MULTIFACETED – BALLOT HARVESTING" (AUDIO)" at the URL: https://www.thegatewaypundit.com/2021/09/exclusive-maricopa-county-supervisor-steve-chucri-2020-election-leaked-recording-think-done-dead-people-voting-think-multifaceted-ballot-harvesting-audio/. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Notice as **Exhibit 3**.

7. On November 15, 2022, at 7:12 p.m. eastern time, while at the Massachusetts office of RLG and using the Google Chrome browser on a MacBook Air laptop, I visited

the *Gateway Pundit* article titled "BREAKING: Maricopa County Supervisor Steve Chucri RESIGNS From Office After TGP Exposé: "There Was No Cover-Up, The Election Was Not Stolen. Biden Won."" at the URL: https://www.thegatewaypundit.com/2021/09/maricopa-county-supervisor-steve-chucri-resigns-office-tgp-expose-no-cover-election-not-stolen-biden-won/. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Notice as **Exhibit 4**.

8. On November 15, 2022, at 7:12 p.m. eastern time, while at the Massachusetts office of RLG and using the Google Chrome browser on a MacBook Air laptop, I visited the *Gateway Pundit* article titled "BREAKING: County Supervisor Steve Chucri Leaked Audio: "I've Had DEMOCRATS Telling Me They Don't Have Confidence, They Don't Like DOMINION – Why In The World Would Governor Ducey Really Say No To Giuliani?"" at the URL: https://www.thegatewaypundit.com/2021/09/breaking-county-supervisor-steve-chucri-leaked-audio-democrats-telling-dont-confidence-dont-like-dominion-world-governor-ducey-really-say-no/. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Notice as **Exhibit 5**.

9. On November 15, 2022, at 7:11 p.m. eastern time, while at the Massachusetts office of RLG and using the Google Chrome browser on a MacBook Air laptop, I visited the *Gateway Pundit* article titled "Leaked Audio… Maricopa County Supervisor Steve Chucri: "Dominion, Whether They're Right or Wrong… The Damage Is Done"" at the URL: https://www.thegatewaypundit.com/2021/09/leaked-audio-maricopa-county-supervisor-steve-chucri-dominion-whether-right-wrong-damage-done/. Immediately after

visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Notice as **Exhibit 6**.

10. On November 15, 2022, at 7:11 p.m. eastern time, while at the Massachusetts office of RLG and using the Google Chrome browser on a MacBook Air laptop, I visited the *Gateway Pundit* article titled "BREAKING: Maricopa County Creates "Ministry Of Truth" To Silence The Gateway Pundit – Now Requiring Official Press Pass For Media "To ENTER ITS FACILITIES And/Or Cover Events Related To The 2022 General Election"" at the URL: https://www.thegatewaypundit.com/2022/09/breaking-maricopa-county-creates-ministry-truth-silence-gateway-pundit-now-requiring-official-press-pass-media-enter-facilities-cover-events-related-2022-ge/. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Notice as **Exhibit 7**.

11. On November 15, 2022, at 7:11 p.m. eastern time, while at the Massachusetts office of RLG and using the Google Chrome browser on a MacBook Air laptop, I visited the *Gateway Pundit* article titled "EXCLUSIVE: Former Maricopa County Recorder Steve Chucri Full January Phone Call With We The People AZ Alliance: "I Think It Was DONE Through Dead People Voting; I Think It Was Multifaceted" (AUDIO)" at the URL: https://www.thegatewaypundit.com/2021/12/exclusive-former-maricopa-county-recorder-steve-chucri-full-january-phone-call-people-az-alliance-think-done-dead-people-voting-think-multifaceted/. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Notice as **Exhibit 8**.

12. On November 15, 2022, at 7:09 p.m. eastern time, while at the Massachusetts office of RLG and using the Google Chrome browser on a MacBook Air laptop, I visited

1 the *Gateway Pundit* article titled "MUST SEE VIDEO: Arizona Secretary of State Katie Hobbs RUNS From TGP's Jordan Conradson AGAIN — Won't Answer Questions At Free and Fair Elections Event" at the URL: https://www.thegatewaypundit.com/2022/03/must-see-video-arizona-secretary-state-katie-hobbs-runs-tgps-jordan-conradson-wont-answer-questions-free-fair-elections-event/. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Notice as **Exhibit 9**.

13. On November 15, 2022, at 7:11 p.m. eastern time, while at the Massachusetts office of RLG and using the Google Chrome browser on a MacBook Air laptop, I visited the *Gateway Pundit* article titled "BREAKING: Maricopa County 's Ministry of Truth BLOCKS The Gateway Pundit Reporter Access To 2022 Midterm Election Coverage In County" at the URL: https://www.thegatewaypundit.com/2022/10/breaking-not-bona-fide-correspondent-maricopa-county-s-ministry-truth-blocks-gateway-pundit-reporter-access-2022-election-coverage-maricopa-county/. Immediately after visiting this page, I created a printout of it using the Chrome browser's "print to PDF" function. A true and correct copy of this printout is attached to the Notice as **Exhibit 10**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 15, 2022.

*Cassidy Curran*
Cassidy S. Curran