AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-01925-JJT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Jack Sellers</u> was received by me on *(date)* <u>Nov 14, 2022, 11:22</u>
am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Callie Hunt (Clerk)</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Maricopa County Board of Supervisors</u> on *(date)* <u>Mon, Nov 14 2022</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$150.00</u>.

I declare under penalty of perjury that this information is true.

Date: 11/14/2022

_____
*Server's signature*

Ignacio Martinez MC-9044
_____
*Printed name and title*

Process Server Associates, LLC.
522 N Central Ave. #1812 Phoenix, AZ 85001
_____
*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: Nov 14, 2022, 4:55 pm MST at Clerk of the Board of Supervisors: 301 W Jefferson St, Phoenix, AZ 85003 received by Jack Sellers, Scott Jarrett, Thomas Galvin, Bill Gates, Clint Hickman, and Steve Gallardo c/o Callie Hunt (Clerk). Age: 27; Ethnicity: Caucasian; Gender: Female; Weight: 145; Height: 5'8"; Hair: Brown;