Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Tel: (702) 420-2001
ecf@randazza.com

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119
Tel: 314-329-5040
Fax: 314-282-8136
TBLF@pm.me

Attorneys for Plaintiffs
TPG Communications, LLC and Jordan Conradson

*pro hac vice forthcoming

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications, LLC, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Jack Sellers, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01925-JJT<br><br>**PROOF OF SERVICE<br>BY ACCEPTANCE** |

## PROOF OF SERVICE BY ACCEPTANCE

PLEASE TAKE NOTICE that on November 15, 2022, service of process upon Defendants Rey Valenzuela, Megan Gilbertson, and Marcus Milam was accomplished by acceptance by the Maricopa County Attorney's Office through its attorney Thomas Liddy. *See* **Exhibit 1**, Email from Thomas Liddy.

Dated: November 16, 2022.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044

John C. Burns, MBE# 66462*
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119

Attorneys for Plaintiffs
TPG Communications, LLC and
Jordan Conradson

*pro hac vice forthcoming*

Case No. 2:22-cv-01925-JJT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2022, a true and correct copy of the foregoing document is being served upon counsel for Defendants via electronic mail and U.S. Mail at the following address:

Thomas Liddy
Maricopa County Attorney's Office
225 West Madison Street
Phoenix, AZ 85003
<liddyt@mcao.maricopa.gov>

/s/ Marc J. Randazza
MARC J. RANDAZZA