# **EXHIBIT 1**

Email from Thomas Liddy,
Maricopa County Attorney's Office



Trey Rothell <tar@randazza.com>

## SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

**Thomas Liddy (MCAO)** <liddyt@mcao.maricopa.gov>                                                         Tue, Nov 15, 2022 at 1:21 PM
To: Marc Randazza <mjr@randazza.com>, "Trey A. Rothell" <tar@randazza.com>
Cc: David Gingras <david@gingraslaw.com>, John <john@burns-law-firm.com>, Staff <staff@randazza.com>, "Joseph Vigil (MCAO)" <vigilj@mcao.maricopa.gov>, "Joseph Branco (MCAO)" <brancoj@mcao.maricopa.gov>, "Charles Trullinger (MCAO)" <trullinc@mcao.maricopa.gov>, "Joseph LaRue (MCAO)" <laruej@mcao.maricopa.gov>

Trey:  I will accept service for Scott Jarrett, Rey Valenzuela, Megan Gilbertson, Marcus Milam and Recorder Stephen Richer.


Thank you.


Tom Liddy

Chief, Civil Division

MCAO

602-506-1738


**From:** Marc Randazza <mjr@randazza.com>
**Sent:** Tuesday, November 15, 2022 12:30 PM
**To:** Trey A. Rothell <tar@randazza.com>
**Cc:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>; David Gingras <david@gingraslaw.com>; John <john@burns-law-firm.com>; Staff <staff@randazza.com>; Joseph Vigil (MCAO) <vigilj@mcao.maricopa.gov>; Joseph Branco (MCAO) <brancoj@mcao.maricopa.gov>; Charles Trullinger (MCAO) <trullinc@mcao.maricopa.gov>
**Subject:** Re: SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona


Mr. Liddy,


Our process server was turned away by security and told to "Call to make an appointment"

It may surprise you to hear that those calls are not being returned.

I would normally say this shouldn't matter, as the Defendants are aware of the proceedings and the hearing.  However, I do not wish to leave anything to chance.  If your clients are still barring you from accepting service, and they insist on being served in person, but they won't allow service to occur, I guess my only option is a motion for alternate service, which we are writing right now.

I am, however, reaching out to meet and confer with you on this matter prior to filing such a motion.

Are you willing to reconsider accepting service, or are you in a position to inform your clients that if they insist on being served by appointment, they should schedule that appointment before we file our motion?

11/16/22, 11:33 AM  Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | LP Communications, Page Sellers, et al. | District of Arizona

Case 2:22-cv-01925-JJT Document 15-1 Filed 11/16/22 Page 3 of 7

On Tue, Nov 15, 2022 at 11:49 AM Trey A. Rothell <tar@randazza.com> wrote:

> Mr. Liddy,
>
> We are aware that you prefer service to be done at that address. We are honoring your request. However, given the short time frame, we are also sending you documents by email. We would prefer to prevail in this matter on the merits, and not because you were delayed in your ability to receive and review documents.
>
> We also believe that as a matter of courtesy and professionalism, that we should minimize any delay in delivering information to you. If we didn't provide it to you this way, you might not have notice of the hearing until after it has been concluded.
>
> If it is your sincere request that we not provide you documents quickly and efficiently by email (in addition to mailing them or having them served by process server) please make that clear.
>
> As I understand it, the recorder and the board of supervisors were formally served yesterday. We were directed by the clerk at the Board of Supervisors to serve the remaining defendants at a different address (not the one you provided), and that should happen today. So, if you would like to enter your appearance in the case, that would certainly streamline things.
>
> Thank you for your attention to this matter.
>
> **Trey A. Rothell\*** | **Randazza Legal Group, PLLC**
>
> 2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
> Tel: (702) 420-2001 | Email: tar@randazza.com
>
> \* Licensed to practice law in Nevada.
>
>> On Nov 15, 2022 at 8:35 AM, <Thomas Liddy (MCAO)> wrote:
>>
>> Mr. Rothell: As you have previously been advised. Service upon Maricopa County must be made to:
>>
>> Clerk of the Board of Supervisors
>>
>> 301 W. Jefferson Street, 10th Floor
>>
>> Phoenix, AZ 85003
>>
>> Tom Liddy
>>
>> **From:** Trey Rothell <tar@randazza.com>
>> **Sent:** Monday, November 14, 2022 4:52 PM

11/16/22, 11:33 AM  Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

Case 2:22-cv-01925-JJT Document 15-1 Filed 11/16/22 Page 4 of 7

**To:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>
**Cc:** Marc Randazza <mjr@randazza.com>; David Gingras <david@gingraslaw.com>; john@burns-law-firm.com; staff@randazza.com; Joseph Vigil (MCAO) <vigilj@mcao.maricopa.gov>; Joseph Branco (MCAO) <brancoj@mcao.maricopa.gov>
**Subject:** RE: SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

Mr. Liddy,

Please see attached Certificate of Service filed in this matter.

Thank you,

**Trey A. Rothell**\* | **Randazza Legal Group, PLLC**

4974 S. Rainbow Blvd., Suite 100, Las Vegas, NV 89118

Tel: (702) 420-2001 | Email: tar@randazza.com

\* Licensed to practice law in Nevada.

On Nov 14, 2022, 3:12 PM -0800, Trey Rothell <tar@randazza.com>, wrote:

> Mr. Liddy,
>
> Please find attached an Order issued by the Court in this matter.
>
> The Court requires a response from Defendants by no later than 5:00 PM (Arizona time), November 16, 2022 and set a hearing for Thursday, November 17, 2022, at 10:00 AM (Arizona time) in Courtroom 505, 401 W. Washington Street, Phoenix, AZ 85003 before Judge John J. Tuchi.
>
> Thank you,
>
> **Trey A. Rothell**\* | **Randazza Legal Group, PLLC**
>
> 4974 S. Rainbow Blvd., Suite 100, Las Vegas, NV 89118
>
> Tel: (702) 420-2001 | Email: tar@randazza.com
>
> \* Licensed to practice law in Nevada.
>
> On Nov 14, 2022, 10:23 AM -0800, Trey Rothell <tar@randazza.com>, wrote:
>
> > Mr. Liddy,
> >
> > Please find attached a filed Second Certificate of Service regarding emailed service in this matter.
> >
> > Thank you,
> >
> > **Trey A. Rothell**\* | **Randazza Legal Group, PLLC**
> >
> > 2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
> >
> > Tel: (702) 420-2001 | Email: tar@randazza.com

11/16/22, 11:33 AM Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

Case 2:22-cv-01925-JJT Document 15-1 Filed 11/16/22 Page 5 of 7

\* Licensed to practice law in Nevada.

On Nov 14, 2022, 9:58 AM -0800, Trey Rothell <tar@randazza.com>, wrote:

> Mr. Liddy,
>
> Thank you. We are moving forward with personal service today as requested. Please find attached copies of all current file-stamped copies in the meantime.
>
> The case number is **2:22-cv-01925-JJT**.
>
> Thank you,
>
> **Trey A. Rothell**\* | **Randazza Legal Group, PLLC**
>
> 2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
>
> Tel: (702) 420-2001 | Email: tar@randazza.com
>
> \* Licensed to practice law in Nevada.
>
> On Nov 12, 2022, 1:39 PM -0800, Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>, wrote:
>
>> Service is at the Clerk of the Board of Supervisors, 301 W. Jefferson St., 10th Floor, Phoenix, AZ 85003
>
> ---
>
> **From:** Trey Rothell <tar@randazza.com>
> **Sent:** Saturday, November 12, 2022 2:09 PM
> **To:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>
> **Cc:** Marc Randazza <mjr@randazza.com>; David Gingras <david@gingraslaw.com>; john@burns-law-firm.com; staff@randazza.com
> **Subject:** Fwd: SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona
>
> Mr. Liddy,
>
> Thank you for reaching out to us by telephone. We confirm receipt of your message and your confirmation of representation of the defendants.
>
> Our prior and only email to the parties is included below. We will cease any direct contact with the Defendants pursuant to your request.
>
> We are still awaiting processing of the filing by the Clerk's office. In other words, the documents have been submitted for filing, but no judge has been assigned and no case number has assigned. We will update you once that has happened.
>
> Please let us know if you are willing to accept service on behalf of the Defendants or direct us to where we can make personal service on a person authorized to accept service. If you are willing to accept service, we will send over the formal request and waiver. For the purpose of Plaintiffs' request for emergency injunctive relief, please confirm receipt of the attached documents.
>
> We would, of course, be willing to open a line of communication between your office and ours in order to obviate the need for court intervention. If you would like to arrange a call, our team is copied on this email and we would be happy to set something up.

11/16/22, 11:33 AM    Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

Case 2:22-cv-01925-JJT Document 15-1 Filed 11/16/22 Page 6 of 7

Thank you,

**Trey A. Rothell**\* | **Randazza Legal Group, PLLC**

2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117

Tel: (702) 420-2001 | Email: tar@randazza.com

\* Licensed to practice law in Nevada.

---------- Forwarded message ----------
**From:** Trey Rothell <tar@randazza.com>
**Date:** Nov 12, 2022, 11:12 AM -0800
**To:** sellersj@mail.maricopa.gov, District2@maricopa.gov, district3@mail.maricopa.gov, chickman@mail.maricopa.gov, district5@mail.maricopa.gov, Recorder@risc.maricopa.gov, rvalenzuela@risc.maricopa.gov, voterinfo@risc.maricopa.gov, SJarrett@risc.maricopa.gov, mgilbertson@risc.maricopa.gov, mmilam@risc.maricopa.gov
**Cc:** Marc Randazza <mjr@randazza.com>, david@gingraslaw.com, john@burns-law-firm.com, staff@randazza.com
**Subject:** SERVICE OF COURT DOCUMENTS | TGP Communications, LLC v. Sellers, et al. | District of Arizona

> Dear Sir or Madam,
>
> This firm represents TGP Communications, LLC and Jordan Conradson. We have initiated a lawsuit against you which has been filed in the United States District Court for the District of Arizona. Plaintiffs are seeking emergency temporary relief. Copies of the pleadings and papers are attached as they have been submitted to the Court.
>
> Please forward these documents to any attorney that may be representing you in this action and ask that they reach out to our firm as soon as possible.
>
> The documents are pending processing by the Clerk's office, and a case number has not yet been assigned. Our office will forward that information to you or your attorney once that has been completed.
>
> Thank you for your attention to this matter.
>
> **Trey A. Rothell**\* | **Randazza Legal Group, PLLC**
>
> 2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
>
> Tel: (702) 420-2001 | Email: tar@randazza.com
>
> \* Licensed to practice law in Nevada.

--

_____

**Marc John Randazza, JD, MAMC, LLM**\* | **Randazza Legal Group**

2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117
30 Western Avenue, Gloucester, MA 01930
2 S Biscayne Boulevard, Suite 2680, Miami, FL 33131

11/16/22, 11:33 AM  Randazza Legal Group Mail - SERVICE OF DOCUMENTS - DP Communications, LLC v. Sellers, et al. | District of Arizona

Case 2:22-cv-01925-JJT Document 15-1 Filed 11/16/22 Page 7 of 7

Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Miami | New England

_____

* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.