1  RACHEL H. MITCHELL
   MARICOPA COUNTY ATTORNEY
2
3  By:   THOMAS P. LIDDY (019384)
         JOSEPH J. BRANCO (031474)
4        JOSEPH E. LA RUE (031348)
         CHARLES E. TRULLINGER (018936)
5        Deputy County Attorneys
6        liddyt@mcao.maricoa.gov
         brancoj@mcao.maricopa.gov
7        laruej@mcao.maricopa.gov
         trullingc@mcao.maricopa.gov
8
9  CIVIL SERVICES DIVISION
   225 West Madison Street
10 Phoenix, Arizona 85003
11 Telephone (602) 506-8541
   Facsimile (602) 506-4316
12 ca-civilmailbox@mcao.maricopa.gov
13 MCAO Firm No. 00032000

14 *Attorneys for Maricopa County Board of*
   *Supervisors, Maricopa County Recorder*
15 *Stephen Richer, Rey Valenzuela, Scott Jarrett,*
   *Megan Gilbertson, and Marcus Milam*
16

17              **IN THE UNITED STATES DISTRICT COURT**
18
                    **FOR THE DISTRICT OF ARIZONA**
19

20 | TGP Communications, LLC, d/b/a The Gateway Pundit, a Missouri limited liability company; and Jordan Conradson, an individual, | NO. CV-22-01925-JJT |
   |---|---|
   | | **MARICOPA COUNTY DEFENDANTS' NOTICE OF APPEARANCE** |
   | Plaintiffs, | |
   | v. | |
   | Jack Sellers, Thomas Galvin, Bill Gates, Clint Hickman, and Steve Gallardo, in their respective official capacities as members of the Maricopa County Board of Supervisors; Stephen Richer, in his official capacity as the Maricopa County | |

Recorder; Rey Valenzuela and Scott Jarrett, in their official capacities as Maricopa County Election Directors; and Megan Gilbertson and Marcus Milam, in their official capacities as Maricopa County Communications Officers,

                Defendants.

Defendants Jack Sellers, Thomas Galvin, Bill Gates, Clint Hickman, and Steve Gallardo (in their official capacities as members of the Maricopa County Board of Supervisors), Stephen Richer (Maricopa County Recorder), Rey Valenzuela and Scott Jarrett (Maricopa County Election Directors) and Megan Gilbertson and Marcus Milam (Maricopa County Communications Officers) (together, where appropriate, the "County"), give notice that, Maricopa County Attorney's Office attorneys Thomas P. Liddy (019384), Joseph J. Branco (031474), Joseph E. LaRue (031348) and Charles E. Trullinger (018936) hereby enter their appearance in the above-captioned matter. Thomas P. Liddy, Joseph J. Branco, Joseph E. LaRue and Charles E. Trullinger's contact information is as follows:

        Thomas P. Liddy
        AZ Bar No. 019384
        Joseph J. Branco
        AZ Bar NO 031474
        Joseph E. LaRue
        AZ Bar NO 031348
        Charles E. Trullinger
        AZ Bar NO 018936
        Maricopa County Attorney's Office
        Civil Services Division
        225 West Madison Street
        Phoenix, Arizona 85003
        Telephone No. (602) 506-8541
        Fax No. (602) 506-4317
        liddyt@mcao.maricoa.gov
        brancoj@mcao.maricopa.gov
        laruej@mcao.maricopa.gov
        trullingc@mcao.maricopa.gov

**RESPECTFULLY SUBMITTED** this 16th day of November 2022.

                RACHEL H. MITCHELL
                MARICOPA COUNTY ATTORNEY

                BY:  /s/Charles E. Trullinger
                       THOMAS P. LIDDY
                       JOSEPH J. BRANCO
                       JOSEPH E. LA RUE
                       CHARLES E. TRULLINGER
                       Attorneys for Maricopa County Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16th, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable John J. Tuchi
Judge of the United States District Court
Sandra Day O'Connor U. S. Courthouse Suite 525
401 West Washington Street SPC 83
Phoenix Arizona 85003 2161

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
ecf@randazza.com

David S. Gingras
GINGRAS LAW OFFICE, PLLC
David@GingrasLaw.com

John C. Burns
BURNS LAW FIRM
TBLF@pm.me
*Attorneys for Plaintiffs*
*TPG Communications, LLC and Jordan Conradson*

*/s/ D. Shinabarger*

S:\CIVIL\CIV\Matters\GN\2022\TGP Communications v. Sellers 2022-\Pleadings\Drafts\NOA.docx