1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8

9 TGP Communications, LLC, d/b/a The
Gateway Pundit, a Missouri limited
10 liability company; and Jordan
Conradson, an individual,

NO. CV-22-01925-JJT

**DEFENDANT EXHIBIT LIST**

11

Plaintiffs,

12

13 v.

14 Jack Sellers, Thomas Galvin, Bill Gates,
Clint Hickman, and Steve Gallardo, in
15 their respective official capacities as
members of the Maricopa County Board
16 of Supervisors; Stephen Richer, in his
official capacity as the Maricopa County
17 Recorder; Rey Valenzuela and Scott
Jarrett, in their official capacities as
18 Maricopa County Election Directors;
and Megan Gilbertson and Marcus
19
Milam, in their official capacities as
20 Maricopa County Communications
Officers,
21

22 Defendants.

23

24 EXHIBIT LIST:

25 Ex. 1 Maricopa County 2022 Elections Press Pass Criteria

26 Ex. 2 Press Access Memorandum

27
Ex. 3 MC Requiring Official Press Pass Article.

28

Ex. 4 Tucker Carlson Interview of Kari Lake

Ex. 5 September13.2022 Conradson article

Ex. 6 OVER 100 More Democratic Poll Workers article

Ex. 7 Wendy Rogers Event 10.3.21

Ex. 8 JC Pic Status.

Ex. 9 JC Pic Audit Volunteers reunion.

Ex. 10 Conradson at Hamilton and Trump event.

Ex. 11 Conradson at Hamilton and Trump event 2.

Ex. 12 Code of Ethics.

Ex. 13 Email to J. Conradson Denying Media Credentials

Ex. 14 Tweet JC - Escort out of Elections facility.

Ex. 15 - Reply email

Ex. 16 Georgia Workers Sue Over False Fraud Allegation

Ex. 17 Pro Trump Target Election workers

Ex. 18 Reuters-Kill them -AZ Election workers face midterm threats

Ex. 19 AZ Election workers threats midterm.

Ex. 20 Senator Ugenti-Rita.

Exhibit 1

Search

# MARICOPA COUNTY 2022 ELECTIONS PRESS PASS

 Maricopa County will require an official Press Pass for members of the press to enter its facilities and/or cover events related to the 2022 General Election. Because of logistical and security considerations, it is impossible to give the public and media limitless access to Members of the Board of Supervisors, the County Recorder and election experts for events such as press conferences and availabilities.

Select Language

# Official Press Pass Criteria

Search

The official press pass will allow a member of the press to attend news conferences or enter the Elections Department's office to conduct interviews, take photos, and/or video.
(see disclaimer below)

"Member of the press" will be evaluated by Maricopa County on the following criteria:

 Is the person requesting press credentials employed by or affiliated with an organization whose principal business is news dissemination?

 Does the parent news organization meet the following criteria?
**a.** It has published news continuously for at least 18 months, and;
**b.** It has a periodical publication component or an established television or radio presence.

 Is the petitioner a paid or full-time correspondent, or if not, is acting on behalf of a student-run news organization affiliated with an Arizona high school, university, or college?

**4** Is the petitioner or its employing organization engaged in any lobbying, paid advocacy, advertising, publicity, or promotion work for any individual, political party, corporation, or organization?

**5** Is the petitioner a bona fide correspondent of repute in their profession, and do they and their employing organization exhibit the following characteristics?
**a.** Both avoid real or perceived conflicts of interest;
**b.** Both are free of associations that would compromise journalistic integrity or damage credibility;
**c**. Both decline compensation, favors, special treatment, secondary employment, or political involvement where doing so would compromise journalistic integrity; and
**d.** Both resist pressures from advertisers, donors, or any other special interests to influence coverage.

This list is not exhaustive. The time, manner, and place limitations or needs of any one event may require consideration of additional factors.

Members of the news media must submit this form for review.

Each staff member must apply. Maricopa County will not issue a generic pass to a news organization to be used by any staff member.

Please allow at least three days before an event for pass approval.  Passes must be picked up in person at the Maricopa County Tabulation and Elections Center,  510 S. 3rd Ave. Phoenix AZ 85003. Be prepared to show a valid driver license, state ID, or passport to receive credentials.

Select Language

Search

Select Language

Exhibit 2

## MEMORANDUM

RE: Press Access
Date: 6/26/2019
From: Office of Legal Counsel
To: Office of the Governor and Office of the Lt. Governor, Communications

---

Because of logistical and security considerations, it is impossible to give the public and media limitless access to the Governor and Lt. Governor for events like press conferences and press avails. This memo is designed to provide guidance for determining how and when media is granted access to the Governor for exclusive/limited-access events.

The most important consideration is that access is based on neutral criteria. When an individual or organization petitions for media access, you should consider the following factors:[1]

1. Is the petitioner employed by or affiliated with an organization whose principal business is news dissemination?
2. Does the parent news organization meet the following criteria?
   a. It has published news continuously for at least 18 months, and;
   b. It has a periodical publication component or an established television or radio presence.
3. Is the petitioner a paid or full-time correspondent, or if not, is acting on behalf of a student-run news organization affiliated with a Wisconsin high school, university, or college?
4. Is the petitioner a bona fide correspondent of repute in their profession, and do they and their employing organization exhibit the following characteristics?
   a. Both avoid real or perceived conflicts of interest;
   b. Both are free of associations that would compromise journalistic integrity or damage credibility;
   c. Both decline compensation, favors, special treatment, secondary employment, or political involvement where doing so would compromise journalistic integrity; and
   d. Both resist pressures from advertisers, donors, or any other special interests to influence coverage.
5. Is the petitioner or its employing organization engaged in any lobbying, paid advocacy, advertising, publicity or promotion work for any individual, political party, corporation or organization?

---

[1] This guidance is based on established standards used by the Wisconsin Capitol Correspondents Board (http://presscredentials.legis.wisconsin.gov/) and the US Congress (https://www.dailypress.senate.gov/?page_id=70). This office will not do formal credentialing.

Exhibit 1

This list is not exhaustive. The time, manner, and place limitations or needs of any one event may require consideration of additional factors, and you are encouraged to seek legal advice at any point for guidance.

If you create any set media distribution lists, please consult with the Office of Legal Counsel prior to its use.

Exhibit 1

Exhibit 3

# BREAKING: Maricopa County Creates "Ministry Of Truth" To Silence The Gateway Pundit – Now Requiring Official Press Pass For Media "To ENTER ITS FACILITIES And/Or Cover Events Related To The 2022 General Election"

By Jordan Conradson
Published September 27, 2022 at 9:32pm
1087 Comments





**Maricopa County is already covering its tracks ahead of the 2022 General Election with what some are calling a "Ministry of Truth" to prevent real media and honest questions.**

"Maricopa County will require an official Press Pass for members of the press to enter its facilities and/or cover events related to the 2022 General Election," **stated** a new order from the County.

x

In order to register for a press credential, reporters must provide the following information, agree and sign their name attesting to the following:

> By signing this application for a Maricopa County Press Pass, I certify that I am a journalist without a conflict of interest or association that would compromise my journalistic integrity.
>
> Further, I do not receive compensation or special treatment from advertisers or political organizations that would influence my coverage related to Maricopa County or its elections.
>
> I am not a lobbyist, advertiser, paid advocate or influencer for any individual, political party, corporation, or organization.

Therefore, no left-wing media outlet should be allowed to cover the election. However, that is probably not the case.

This is part of an announcement of the newly formed "Elections Command Center to Share Info with Voters, Combat Disinformation."



x

The Gateway Pundit previously reported on these same tactics employed by the Biden Regime. After announcing the Biden Regime's failed "**disinformation governance board**," the White House later announced a new program called "the White House Task Force to Address Online Harassment and Abuse." This was created to "address" (silence) what the government deems to be "online harassment, abuse, and disinformation campaigns."

> **'Ministry of Truth' 2.0: Kamala Harris to Lead New Task Force Targeting "Online Harassment, Abuse, and Disinformation Campaigns"**

**Maricopa County** shared the following message on Twitter announcing the newly formed "Command Center."



**Maricopa County** ✔
@maricopacounty · **Follow**

NEW: Board, Recorder, and @maricopavote establish th 2022 Elections Command Center as a central hub of inf leading up to & following the Nov. 8 General Election. Plan to host regular news conferences in October and November for credentialed media.
More: content.govdelivery.com/accounts/AZMAR...

11:38 AM · Sep 27, 2022





♥ 19    💬 Reply    ⬆ Share                                           ✕

Read 42 replies

The official **announcement** states,

## Maricopa County Forms Elections Command Center to Share Info with Voters, Combat Disinformation

Six elected officials and a team of elections and communications professionals are coming together as one ahead of the 2022 November General Election in Maricopa County.  Today, Board of Supervisors Chairman Bill Gates and Recorder Stephen Richer established the "2022 Elections Command Center" which will serve as a central hub of information for the weeks leading up to and following the Nov. 8 General Election.

"At the beginning of the year, I promised we would run the most transparent elections this county has seen, and I'm proud of what the Board of Supervisors, the Recorder's Office, and our elections team have done to date," said Chairman Bill Gates, District 3.  "The Command Center will further deliver on that promise by creating a structure that allows us to reach more people, faster, with factual information about how elections are run and how people can successfully participate."

"We ran a terrific Primary Election, but because of our 'continuous improvement' work ethic, we will have an incredible communications team assembled that will allow us to better respond to constituent concerns and combat misinformation during the General Election," said Maricopa County Recorder Stephen Richer.  "I look forward to partnering with the Board of Supervisors to make this a great election for Maricopa County voters."



The Elections Command Center will bring together communicators and subject matter experts from the Elections Department, Recorder's Office, County Manager's Office, and other county agencies for the following purposes:

- Clear, consistent communication about voting deadlines and election processes to Maricopa County's more than 2.4 million eligible voters which enables them to cast their ballot in the way they choose.
- Outreach and response to local, national, and international media covering Arizona elections
- Quick and accurate response to mis-, dis-, and mal-information related to the administration of elections in Maricopa County
- Updates on tabulation and reporting of results following Election Day

**Starting today, all media requests related to the November General Election in Maricopa County should be directed to the Elections Command Center using the following email address:** **media@risc.maricopa.gov.** This applies to requests for interviews as well. The Elections Command Center will host regular news conferences in October and November for credentialed media.  Reporters interested in getting credentialed can **apply here**.  News conferences will also be streamed live via social media for members of the public.

For reliable information about Maricopa County election administration, visit **elections.maricopa.gov** and follow Maricopa County, Maricopa County Elections Department, and Maricopa County Recorder's Office on **social media**.

Arizona GOP Chairwoman Dr. Kelli Ward told The Gateway Pundit,



x

**Ward: Suppression of the free press by a government entity is a clear violation of the First Amendment. Arizona does not want or need its own "Ministry of Truth." Again, what is Maricopa County trying to hide? Especially regarding elections?**

Liberal Hack journalist Jen Fifield, the same "reporter" who got **smacked down by Save America attorney Christina Bobb** and **Vernon Jones** at the Arizona audit, hinted that this new Ministry of Truth was designed specifically to target The Gateway Pundit correspondent Jordan Conradson for "trying to listen in" on Fake News reporters' conversations and asking questions that "intimidate public officials."

This is because of the incredibly botched 2022 Primary Election in Maricopa County. The Gateway Pundit previously **reported** on the election day incompetence in Maricopa County, where Republican voters were turned away from the polls due to printer malfunctions and ballots not being available while facing other issues stemming from the County's shady felt-tipped pen recommendation.

**We also reported that 145 more Democratic activists than Republicans were hired by the RINO-controlled County to watch the polls, which is likely illegal.**

**BREAKING: Maricopa County Election Day Incompetence – PRINTERS NOT WORKING, Voters Told They've ALREADY VOTED, Polling Locations Not Seen On AZSOS Webpage – UPDATES**

They truly are intimidated by our real questions.



x



x

Abe Hamadeh's War Room account came to our defense and declared they "proudly stand in journalistic solidarity" with The Gateway Pundit correspondent Jordan Conradson and The Western Journal's Olivia Brown.



Stephen Richer also boasted about the County's suppression of The Gateway Pundit, and grassroots activist Merissa Hamilton slammed his Orwellian tactics.





x

Watch on Twitter

GIF

**Jen Fifield** ✔️ @JenAFifield

County elections getting all fancy. Really gonna miss The Gateway Pundit rolling in and trying to listen in on legitimate reporter conversations/intimidate public officials.

**Merissa Hamilton** 🗳️ 📊 🗽
@merissahamilton · **Follow**

How very 1984 of @maricopacounty to create a Ministry of Truth policy



x



2:07 PM · Sep 27, 2022

❤ 20     💬 Reply     ⬆ Share

Kelli Ward slammed Maricopa County for discriminating against the free press on Twitter.



❤ 47     💬 Reply     ⬆ Share                    ✕

Read 4 replies

This all comes after former Maricopa County Supervisor Steve Chucri resigned because The Gateway Pundit released undercover audio tapes where he admits that he does not feel comfortable with Dominion Voting Machines and that County Recorder Stephen Richer agreed with him.

> **BREAKING – LEAKED AUDIO: Maricopa County Supervisor Steve Chucri Admits: "I DON'T FEEL COMFORTABLE WITH DOMINION" – And County Recorder Stephen Richer AGREES!**

The same leftist news organizations promulgating conspiracy theories about "Russian collusion" in the 2016 Presidential Election will be allowed in, but likely not The Gateway Pundit and other conservative truth-telling outlets.

**Contact Maricopa County now to demand free and fair press coverage during the 2022 Election.**

**Submit a Correction**



| f Share | Tweet | Gab | | ▲ Gettr | ↱ | • Share | ✉ | ↪ |

**Jordan Conradson**

| Recent Posts | Contact |

**Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"**

**(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered**

**BREAKING: Another Absolutely Fraudulent Ballot Drop Makes Katie Hobbs Arizona Governor -**

**Demons Stole Arizona!**

**BREAKING: Maricopa County Dumps Damning Batch - Kari Lake Picks Up 56.8% But It's Likely Not Enough**

**ARIZONA VOTERS: Check Your Ballot Status Now In Case It Needs To Be CURED - Deadline Is Wednesday**

**See more...**

x

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

GETTR

YouTube

Terms

Contact



Exhibit 4

# WATCH: Trump-Endorsed Kari Lake Joins Tucker Carlson After Italy Elects Its FIRST Female Populist Leader: "If They're Not Attacking You, You're Probably Not Truly Representing The People Of Your Country"

By Jordan Conradson
Published September 26, 2022 at 10:20pm
173 Comments





Trump-Endorsed Kari Lake joined Tucker Carlson Tonight on Monday to respond to the election of Italy's new Prime Minister, Giorgia Meloni.

The Gateway Pundit recently reported on his historic feat of electing their first female leader – who is also a Center Right populist.

> ## BREAKING: Italy Elects Its First Female and Populist Leader in History – Giorgia Meloni

**Meloni understands what is good and what is right: God, family, and country.**

Because of this, the globalist left Fake News Media tried all they could to smear her as a fascist and prevent her from being elected.

Republican Arizona Gubernatorial Nominee Kari Lake, who is in a similar position and facing the same attacks, recently spoke out in support of Meloni.

The video below tells you exactly why the globalist elitist establishment tried so hard to stop her.





7:00 AM · Sep 26, 2022

❤ 9K      💬 Reply      ⬆ Share

**Read 205 replies**

On Monday, Kari Lake joined Tucker Carlson after an incredible opening, where he explained the tactics used to stop Meloni.

The Gateway Pundit previously reported on her last appearance, where Tucker said he could see why the establishment is trying to stop Kari.

**"I Can See Why They're Trying To Silence You" – Tucker Carlson On Trump-Endorsed Kari Lake After She Gave THE BEST Response To Propagandist's 2020 Election Question**

On tonight's appearance, Lake told Tucker, "What I am scared to death of is what happens if we don't step in right at this moment and do something, afraid of the world that our children will live in."

Rep. Marjorie Taylor Greene agreed with Lake and shared the same fears in a recent tweet.

Rep. Marjorie Taylor Greene🇺🇸 ✓
@RepMTG · **Follow**

.@KariLake and I share the same fear.

The fear of not stopping the evil attacks on our children's future.

To be extremely clear.

WE WILL NEVER BACK DOWN.

The American Revival is only beginning.

We have just begun.



**Kari Lake** ✔ @KariLake
Governor candidate, AZ

.@KariLake: "I'm not afraid of the fake news, I'm not afraid of the globalists, I'm not afraid of anything that I'm facing on the campaign trail. I'm not afraid of the cartels. But I'm scared to death of what happens if we don't step in right at this moment, and DO something"

6:06 PM · Sep 26, 2022

❤ **6.1K**     💬 **Reply**     ⬆ **Share**

**Read 1.7K replies**

Watch the full interview below.

> **Carlson:** So you were one of the very first American politicians to weigh in on this election. You were paying attention, which I appreciated. What do

you make of this?

**Lake: I'm so excited. You know, it's funny. I looked this Italian Ms. Meloni up when I heard about her about a week ago, and I couldn't find any straight-up information on her. Everything was, 'she's a fascist, she's a racist. She's this, she's that,' and I thought, 'wow. This is somebody who I can relate to' because they're doing the same thing about me. And it makes me realize that if they're not calling you all of these slurs, if they're not attacking you, then you're probably not truly representing the people of your country.**

**Carlson:** But it's just so interesting that this is a change. **If you're elected in Arizona, it will be a change. Donald Trump was a change.** The people who are rejected by voters in this representative democracy that we have, never for one second learn anything from that rejection. Why do you think that is?

**Lake:** I don't know. I can't get into their minds. But I mean, I think of the Marjorie Taylor Greenes of the world, the Congressman Paul Gosars, the Donald Trumps of the world, what's happening in Italy, myself. The people who are truly understanding what's happening in this country, which is we're losing this country, are the ones who are being attacked. And I'm on the campaign trail; we're working six to 10 events a day. We're working really hard, and I had somebody reach out to me the other day and say, 'Kari, you are fearless. You are so fearless. you're not afraid of anything.' And I stopped him, and I said, Actually, I have great fear. **I'm not afraid of the fake news. I'm not afraid of the globalist. I'm not afraid of anything that I'm facing on the campaign trail. I'm not afraid of the cartels. What I am scared to death of is what happens if we don't step in right at this moment and do something, afraid of the world that our children will live in. That's what scares me to death.**

## Submit a Correction



 Jordan Conradson

| Recent Posts | Contact |

Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"

(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered

BREAKING: Another Absolutely Fraudulent Ballot Drop Makes Katie Hobbs Arizona Governor - Demons Stole Arizona!

BREAKING: Maricopa County Dumps Damning Batch - Kari Lake Picks Up 56.8% But It's Likely Not Enough

ARIZONA VOTERS: Check Your Ballot Status Now In Case It Needs To Be CURED - Deadline Is Wednesday

See more...

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

**Home**

**About**

**Advertise**

**Privacy**

**Facebook**

**GETTR**

**YouTube**

**Terms**

**Contact**

Exhibit 5

# "It's F*cked Up. We Really Don't Have Real, True Freedom of Speech!" – YouTube Star and Pro Boxer Jake Paul Responds to Gateway Pundit Reporter's Question at Pre-Fight Conference, Calls Out Zuckerberg (VIDEO)

By Jordan Conradson
Published September 13, 2022 at 9:50pm
1200 Comments





Via Jake Paul on Twitter



**YouTube sensation turned pro boxer Jake Paul took a direct swipe at Mark Zuckerberg and big tech oligarchs on Tuesday for their censorship of the American people.**

Jake Paul recently came under fire by those who wish to silence views they disagree with. He came out against the censorship of social media influencer Andrew Tate, **saying**, "I don't roll with Andrew Tate… But, I roll with free speech."

Andrew Tate was recently banned from all social media platforms because of his views. Tate **says** that he was even banned from banks, Skype, Airbnb, and Uber in a "coordinated effort all at once." No matter how much you disagree with someone's speech, censorship is un-American.

The Regime is censoring everybody these days, including The Gateway Pundit. We recently **reported** that Jim Hoft of The Gateway Pundit is a key plaintiff in a **lawsuit** filed by the State of Missouri. The lawsuit alleges that the public statements, emails, and recently released documents, establish that the President of the United States and other senior officials in the Biden Administration violated the First Amendment by directing social-media companies to censor viewpoints that conflict with the government's messaging on Covid-19 and election integrity, which is a **direct assault** on the First Amendment.

The censorship of The Gateway Pundit is intended to harm dissidents of the Biden Regime and silence the truth about these issues.

As The Gateway Pundit reported, Jake Paul has been vocal in the past about the Biden Regime's failed policies that have led to "highest gas prices, worst inflation, plummeting crypto prices, highest rent prices ever, and creating new and incomprehensible language."

GP

## YouTube Stars Are Beginning To Turn On Biden, Showing A Younger Generation Is Fed Up With His Poor Leadership

✕

If you're reading this and voted for Biden and you still don't regret it then you are the American problem," Jake concluded on Twitter.

Jake Paul squared off with Anderson Silva in front of the media on Tuesday in preparation for their upcoming boxing match.

The undefeated YouTube sensation is set to take on the former UFC champion from Brazil on October 29th at the Gila River Arena in Glendale, Arizona.

During the conference, The Gateway Pundit correspondent **Jordan Conradson** asked Paul, "what do you think of attempts to censor Americans by big tech companies and the current occupant of the White House?"

Everybody was caught off guard by the question, but Jake gave an excellent answer. He also used the opportunity to take a swipe at Zuckerberg and the Fake News Media for censoring information.

The crowd cheered when he agreed with our right to free speech. One attendee even shouted "f*ck Joe Biden!"

**Paul: I think it's a good question. I think the state of our society is in a really interesting place and a bad place at that. Simply put, man, I don't think there should be censorship; freedom of speech. And the fact that these privately held companies can just take someone right off of their platform is f*cked up, and in fact, the scary part about it is even speaking up against them – like I am currently doing – could get me censored. So we really don't have real, true freedom of speech**

✕

> anymore, which is scary. And personally, you just see Mark Zuckerberg
> admit to it live on Joe Rogan, and the news wasn't really talked about.
> So, all of these media platforms have controlled narratives by people
> who are paying them in their pockets.

The Gateway Pundit reported that Mark Zuckerberg admitted to Joe
Rogan that Facebook algorithmically censored the Hunter Biden laptop
story for seven days on a request from the FBI to protect the Bidens.

This is not the only critical content that Facebook has censored to control
the narrative.

> **Mark Zuckerberg Tells Joe Rogan Facebook Censored Hunter Biden**
> **Laptop Story For 7 Days on Request From FBI (VIDEO)**

**Watch below:**

OANN's Daniel Baldwin shared the clip on his Twitter account. Watch
below:





**Daniel Baldwin**
@baldwin_daniel_ · **Follow**

"We really don't have real, true freedom of speech anymore."

The great @jakepaul rips Big Tech for censoring private speech online during the #PaulSilva press conference. #JakePaul brings up Mark Zuckerberg on #JoeRogan as proof.

Great question from @ConradsonJordan

Watch on Twitter

2:04 PM · Sep 13, 2022 from Arlington, VA

Read the full conversation on Twitter

♥ 129        Reply       ⬆ Share

Read 14 replies

## Submit a Correction





"F*cked up" Really Did I Have real true freedom of speech?! YouTube Star Pro Boxer Jake Paul Responds to G...



**Jordan Conradson**

X

| Recent Posts | Contact |

BREAKING: Grassroots Group Releases Footage of Maricopa County Ballot Mules Stuffing Ballots in a Drop Box - VIDEO

Maricopa County Dumps More Ballots And Will Continue Counting After Stealing from GOP Candidates - Trump-Endorsed Abe Hamadeh Closes In On Democrat Attorney General Opponent

Maricopa County Supervisors Meeting TOMORROW (Wednesday) - AZ Patriots Sign Up To Speak By 8 AM

Turncoat Mike Pence Teases Potential 2024 Run Against President Trump

PATRIOTS IN ARIZONA: Document Your Affidavit Of Corrupted Voting Experience HERE

See more...

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!



11/16/22, 1:36 PM
Case 2:22-cv-01925-JLT Document 17-1 Filed 11/16/22 Page 38 of 52
F.cked Up We Really Don't Have Real True Freedom of Speech | YouTube Star, Pro Boxer Jake Paul Responds to G...

X

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

Home                  GETTR

About                 YouTube

Advertise             Terms

Privacy               Contact

Facebook



Exhibit 6

# Maricopa County Appointed OVER 100 More Democratic Poll Workers Than Republicans In Extremely Flawed Primary Election – ELEVEN Locations Had No Republicans At All

By Jordan Conradson
Published September 14, 2022 at 4:20pm
376 Comments





**Maricopa County officials are accused of violating the law that requires them to have an equal number of poll workers from each party in the highly flawed 2022 Primary Elections.**



Case 2:22-cv-01925-DJH   Document 17   Filed 11/16/22   Page 41 of 52

The Gateway Pundit previously **reported** on the election day incompetence in Maricopa County, where Republican voters were turned away from the polls due to printer malfunctions, ballots not being available, and faced issues stemming from the County's felt-tipped pen recommendation.

We also **reported** that Maricopa County stopped the counting in the middle of the night on election night, just after Trump-Endorsed Kari Lake took the lead. **It took the County over a week to finish the tabulation process.**

Similar election day discrepancies were **reported** in Arizona's three largest counties. Multiple polling locations in **Pinal County** even ran out of Republican ballots, and voters were prevented from voting.

Two days after Election Day, The Maricopa County Republican Committee formally censured Maricopa County Recorder Stephen Richer, citing his election maladministration, which "resulted in significant failures (including reports of printers and scanners not working and the Pentel felt-tip pen smearing and not drying), unnecessary delays, and irregularities; all of which significantly tarnishing the reputation of Maricopa County on the national stage."

> **BREAKING EXCLUSIVE: Ultra-MAGA Patriots FIGHT BACK! Maricopa County Republican Committee Passes Resolution To Formally Censure County Recorder Stephen Richer**

And now, a letter from RNC attorney Eric Spencer may explain these issues.

**145 more Democratic activists than Republicans were hired by the RINO-controlled County to watch the polls. Eleven polling locations**



11/15/22, 5:12 PM    Maricopa County Appointed OVER 100 Democratic Poll Workers Than Republicans in Extremely Flawed Primary Election …

Case 2:22-cv-01925-DJH  Document 7-1  Filed 11/16/22  Page 42 of 52

were not assigned any Republicans.

X

Additionally, the receiving and inspection boards, responsible for receiving and inspecting ballots and ballot chain of custody, were filled with just ten Republican employees compared to 58 Democrats.

Breitbart **reported**,

> **Arizona law requires election officials to hire "an equal number" of Republican and Democrat election inspectors at all voting locations.**
>
> However, Maricopa county, which was the focus of several lawsuits and a contested recount stemming from the 2020 presidential election, hired over 100 more Democrat poll workers than Republicans during its August primary elections.
>
> **While Maricopa county hired 857 Democrat poll workers, the county only had 712 Republicans.**
>
> In a letter sent to Maricopa County Attorney's office, Eric H. Spencer, who works for a firm that represents the RNC with respect to oversight of Arizona election administration, demanded answers about the disparity in poll workers.
>
> Although Maricopa County Republican Committee chairwoman Mickie Niland provided the county with a list of "several hundred" Republican poll worker names ahead of the primary election, the letter revealed that **11 vote centers ended up with no GOP election inspectors at all.**
>
> Spencer also highlighted a "significant disparity between political parties in the central processing boards utilized at the Maricopa County Tabulation and Election Center (MCTEC) during the primary."

GP

x

**Only ten Republican poll workers ended up in the "receiving/inspection boards," compared to 58 Democrats. This disparity would violate the state's election procedures manual, which requires each central board to be "comprised of two members of different political parties."**

The RNC is requesting a written explanation as to why an equal number of Republican poll workers were not appointed for the primary and why the county did not utilize the list of names chairwoman Niland provided.

Further, the RNC requested any written documentation "that demonstrates the County's efforts to hire Republican poll workers at the 11 voting locations in question."

The letter also revealed that Maricopa county required some poll workers to make multi-day or multi-week commitments and work long or late hours.

"Rigorous working conditions are not uncommon during an election, but the County has artificially limited its pool of board workers (especially Republican board workers) by refusing to allow more manageable shifts," Spencer wrote.

The RNC is also requesting an answer as to why the county could not provide greater flexibility for work hours "in light of the substantial Republican volunteer workforce ready and willing to serve."

The letter to Maricopa county comes after the RNC **pressed** Kalamazoo, Michigan, for hiring 132 Democrats compared to 60 Republicans, and Flint, Michigan, for hiring just 27 Republicans compared to 442 Democrats.



The RNC demanded a response from Maricopa County officials no later than September 16.

Spencer wrote:

It is critical that the County provide this information as soon as possible, and no later than September 16, in order to assure the RNC and countless stakeholders that the requisite number of Republican workers will be recruited, trained, and assigned to all locations and positions for the forthcoming general election.

**Nobody is above the law, and Maricopa County must be held accountable before the General Elections.**



**Submit a Correction**

| f Share | ![twitter] Twitter | Gab | | ![gettr] **Gettr** | | ∎ Share | ✉ | ➔ |
|---|---|---|---|---|---|---|---|---|

    **Jordan Conradson**

| Recent Posts | Contact |
|---|---|

**Turncoat Mike Pence Teases Potential 2024 Run Against President Trump**

**PATRIOTS IN ARIZONA: Document Your Affidavit Of Corrupted Voting Experience HERE**

**Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"**

**(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered**

**BREAKING: Another Absolutely Fraudulent Ballot Drop Makes Katie Hobbs Arizona Governor -**



**Demons Stole Arizona!**

See more...

X

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!

Gateway Pundit

*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

Home
About
Advertise
Privacy
Facebook

GETTR
YouTube
Terms
Contact



Exhibit 7

← **Tweet**

# Explore

# Settings



**Wendy Rogers** ✔
@WendyRogersAZ

Here are some photos from the #AZAudit volunteer reunion last night. Wonderful time. For those saying the audit is "fake" and "not real" and "nothing is going to happen" - take a look at these audit volunteers. Patriots, everyone of them - real people who did the Lord's work.



5:58 AM · Sep 16, 2021 · Twitter Web App

834 Retweets    145 Quote Tweets    3,428 Likes

○          ↑⟳          ♡          ⬆

🔍 Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Wendy Rogers** ✔          **Follow**
@WendyRogersAZ

Arizona Senator. Conservative America First. Pro-Trump Republican in #LDT. Air Force pilot, biz entrepreneur, homeschool mom. #MAGA #AmericaFirst 🇺🇸

## What's happening

NCAA Men's Basketball · Last night
**Bulldogs at Red Raiders**

Trending in United States

Exhibit 8



← **Tweet**

🔍 Search Twitter

**Wendy Rogers** ✓  ···
@WendyRogersAZ

**New to Twitter?**
Sign up now to get your own pers

Here are some photos from the #AZAudit volunteer reunion last night. Wonderful time. For those saying the audit is "fake" and "not real" and "nothing is going to happen" - take a look at these audit volunteers. Patriots, everyone of them - real people who did the Lord's work.

G  Sign up with G

 Sign up with A

Sign up with phone

By signing up, you agree to the Te
Privacy Policy, including Cookie U

5:58 AM · Sep 16, 2021 · Twitter Web App

**Relevant people**

**834** Retweets  **145** Quote Tweets  **3,428** Likes

**Wendy Rogers** ✓
@WendyRogersAZ
Arizona Senator. Co
First Pro-Trump Rep
Air Force pilot, biz e
homeschool mom.
#AmericaFirst 🇺🇸🇯

💬            ↻            ♡            ⬆

**Mastermattie** @mastermattie · Sep 16, 2021
Replying to @WendyRogersAZ
Show the results please, people are getting impatient.
💬 13        ↻ 3        ♡ 33        ⬆

**What's happening**

NCAA Men's Basketball · Last nig
**Blue Devils at Red Storm**

**DeeReedBrklyn**🕶 @DeeReedBrklyn · Sep 16, 2021
Replying to @mastermattie and @WendyRogersAZ
There are no results, or you would have seen them already.
💬 1            ↻            ♡ 55        ⬆

Trending in United States
**#TSxCapitalOne**
5,910 Tweets

Politics · Trending
**Zelensky**
187K Tweets

**The Ryan Express** @MENO5076 · Sep 16, 2021
Replying to @WendyRogersAZ
Enough of the cheerleading already....American's just want the results of the audit good or bad.
💬 8            ↻            ♡ 32        ⬆

US elections · LIVE
**Arizona: Election news and updates**

**Jmf** @JamesFales2 · Sep 16, 2021
Replying to @MENO5076 and @WendyRogersAZ
Sane Americans know the results.
💬            ↻            ♡ 11        ⬆

NCAA Men's Basketball · Last nig
**Beacons at Beavers**

Show more

**Proudly Smiling in AZ** @Sarah73770415 · Sep 16, 2021
Replying to @WendyRogersAZ

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   S

Explore

Settings

Search Twitter

💬 2          🔁 5          ♡ 34          ⬆️

This Tweet is from a suspended account. Learn more

**Martin Gardner** @mglovesfun · Sep 16, 2021   ...
Replying to @Sam07556462 and @WendyRogersAZ
No-one, of course.

💬          🔁          ♡ 2          ⬆️

**EnoughAlready** @DaustiniTheGr8t · Sep 16, 2021   ...
Replying to @WendyRogersAZ
This is a great idea.  Why wait until there are even results?  That's just silly. I think high school juniors should throw a reunion right now. Why wait 10 years?  No need to actually finish anything or wait that long.

💬 1          🔁          ♡ 73          ⬆️

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          S

Exhibit 9

