Exhibit 10



Exhibit 11



Exhibit 12

*Society of Professional Journalists*

# C**SPJ**DE *of* ETHICS

## PREAMBLE

Members of the Society of Professional Journalists believe that public enlightenment is the forerunner of justice and the foundation of democracy. Ethical journalism strives to ensure the free exchange of information that is accurate, fair and thorough. An ethical journalist acts with integrity.

The Society declares these four principles as the foundation of ethical journalism and encourages their use in its practice by all people in all media.

## SEEK TRUTH AND REPORT IT

Ethical journalism should be accurate and fair. Journalists should be honest and courageous in gathering, reporting and interpreting information.

Journalists should:

► Take responsibility for the accuracy of their work. Verify information before releasing it. Use original sources whenever possible.

► Remember that neither speed nor format excuses inaccuracy.

► Provide context. Take special care not to misrepresent or oversimplify in promoting, previewing or summarizing a story.

► Gather, update and correct information throughout the life of a news story.

► Be cautious when making promises, but keep the promises they make.

► Identify sources clearly. The public is entitled to as much information as possible to judge the reliability and motivations of sources.

► Consider sources' motives before promising anonymity. Reserve anonymity for sources who may face danger, retribution or other harm, and have information that cannot be obtained elsewhere. Explain why anonymity was granted.

► Diligently seek subjects of news coverage to allow them to respond to criticism or allegations of wrongdoing.

► Avoid undercover or other surreptitious methods of gathering information unless traditional, open methods will not yield information vital to the public.

► Be vigilant and courageous about holding those with power accountable. Give voice to the voiceless.

► Support the open and civil exchange of views, even views they find repugnant.

► Recognize a special obligation to serve as watchdogs over public affairs and government. Seek to ensure that the public's business is conducted in the open, and that public records are open to all.

► Provide access to source material when it is relevant and appropriate.

► Boldly tell the story of the diversity and magnitude of the human experience. Seek sources whose voices we seldom hear.

► Avoid stereotyping. Journalists should examine the ways their values and experiences may shape their reporting.

► Label advocacy and commentary.

► Never deliberately distort facts or context, including visual information. Clearly label illustrations and re-enactments.

► Never plagiarize. Always attribute.

## MINIMIZE HARM

Ethical journalism treats sources, subjects, colleagues and members of the public as human beings deserving of respect.

Journalists should:

► Balance the public's need for information against potential harm or discomfort. Pursuit of the news is not a license for arrogance or undue intrusiveness.

► Show compassion for those who may be affected by news coverage. Use heightened sensitivity when dealing with juveniles, victims of sex crimes, and sources or subjects who are inexperienced or unable to give consent. Consider cultural differences in approach and treatment.

► Recognize that legal access to information differs from an ethical justification to publish or broadcast.

► Realize that private people have a greater right to control information about themselves than public figures and others who seek power, influence or attention. Weigh the consequences of publishing or broadcasting personal information.

► Avoid pandering to lurid curiosity, even if others do.

► Balance a suspect's right to a fair trial with the public's right to know. Consider the implications of identifying criminal suspects before they face legal charges.

► Consider the long-term implications of the extended reach and permanence of publication. Provide updated and more complete information as appropriate.

## ACT INDEPENDENTLY

The highest and primary obligation of ethical journalism is to serve the public.

Journalists should:

► Avoid conflicts of interest, real or perceived. Disclose unavoidable conflicts.

► Refuse gifts, favors, fees, free travel and special treatment, and avoid political and other outside activities that may compromise integrity or impartiality, or may damage credibility.

► Be wary of sources offering information for favors or money; do not pay for access to news. Identify content provided by outside sources, whether paid or not.

► Deny favored treatment to advertisers, donors or any other special interests, and resist internal and external pressure to influence coverage.

► Distinguish news from advertising and shun hybrids that blur the lines between the two. Prominently label sponsored content.

## BE ACCOUNTABLE AND TRANSPARENT

Ethical journalism means taking responsibility for one's work and explaining one's decisions to the public.

Journalists should:

► Explain ethical choices and processes to audiences. Encourage a civil dialogue with the public about journalistic practices, coverage and news content.

► Respond quickly to questions about accuracy, clarity and fairness.

► Acknowledge mistakes and correct them promptly and prominently. Explain corrections and clarifications carefully and clearly.

► Expose unethical conduct in journalism, including within their organizations.

► Abide by the same high standards they expect of others.

The SPJ Code of Ethics is a statement of abiding principles supported by additional explanations and position papers (at spj.org) that address changing journalistic practices. It is not a set of rules, rather a guide that encourages all who engage in journalism to take responsibility for the information they provide, regardless of medium. The code should be read as a whole; individual principles should not be taken out of context. It is not, nor can it be under the First Amendment, legally enforceable.

Exhibit 13

| | |
|---|---|
| **From:** | CAO Media - CAOX |
| **Sent:** | Friday, September 30, 2022 3:55 PM |
| **To:** | Jordanc@thegatewaypundit.com |
| **Subject:** | Media Credential |

---

Dear Mr. Conradson,

Thank you for applying for a Maricopa County Press Pass. This email is to notify you that you have been denied a press credential based on the following criteria which is listed on Maricopa.gov:

- #4: You (a) do not avoid real or perceived conflicts of interest and (b) are not free of associations that would compromise journalistic integrity or damage credibility. Therefore, you are not a bona fide correspondent of repute in your profession.

If you would like to appeal this decision, please reply to this email stating the reasons it should be reconsidered.

Further, any press conference about the 2022 Election will be streamed to a Maricopa County YouTube channel and you are welcome to view it.

Thank you,

Elections Command Center

Exhibit 14

twitter.com/BenBergquam/status/15908934572...



**Twitter**

← **Tweet**



**Ben Bergquam - Real America's Voice (RAV-TV) News**
@BenBergquam

···

Here's the video! Maricopa County elections official
uses sheriff deputies to deny our 1st Amendment right
and threatens to arrest arrest me and
@ConradsonJordan of the Gateway Pundit. Simple
question, what are they trying to hide? Is it
incompetence or corruption?
@RealAmVoice



▶  208.6K views                    0:43 / 6:51  🔊  ⤢

7:25 PM · Nov 10, 2022 · Twitter for iPhone

**3,105** Retweets   **336** Quote Tweets   **5,845** Likes

💬          ⟲          ♡          ⬆

## Navigation (left)

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

⚇ Profile

⊙ More

**Tweet**

🔍  Search Twitter

**Relevant people**



**Ben Bergquam - Real ...**
@BenBergquam
Host of "Law & Border " on RAV News
/ Founder of Frontline America /
Christian Conservative Husband &
Father. MyPillow.com. TriggerALib.us
promo code: FRONTLINE



**Jordan Conradson** 🇺🇸
@ConradsonJordan
📰#GatewayPundit #ElectionAudit
Correspondent 🇺🇸America FIRST 📍
Phoenix, AZ ☀



**Real America's Voice ...**
@RealAmVoice
Delivering news programs and live-
event coverage that captures the
authentic voice and passion of real
people all across America. Just Real
News & Honest Views!

**What's happening**

US elections · LIVE
**Arizona: Election news and
updates**



#DisneyStrangeWorld 🍿
In theaters 11/23, get tickets NOW!
▶ Promoted by Disney's Strange World

Exhibit 15

 Gmail

**Jonathon Burns <john@burns-law-firm.com>**

---

### Fwd: Re: Media Credential
1 message

---

**jordanc@thegatewaypundit.com** <jordanc@thegatewaypundit.com>
To: john@burns-law-firm.com

Thu, Nov 10, 2022 at 4:51 PM

-------- Original Message --------
Subject: Re: Media Credential
Date: 10.11.2022 15:31
From: jordanc@thegatewaypundit.com
To: CAO Media - CAOX <CAOMedia@maricopa.gov>

On 30.09.2022 15:55, CAO Media - CAOX wrote:
Dear Mr. Conradson,

Thank you for applying for a Maricopa County Press Pass. This email
is to notify you that you have been denied a press credential based on
the following criteria which is listed on Maricopa.gov:

* #4: You (a) do not avoid real or perceived conflicts of interest
and (b) are not free of associations that would compromise
journalistic integrity or damage credibility. Therefore, you are not a
bona fide correspondent of repute in your profession.

If you would like to appeal this decision, please reply to this email
stating the reasons it should be reconsidered.

Further, any press conference about the 2022 Election will be streamed
to a Maricopa County YouTube channel and you are welcome to view it.

Thank you,

Elections Command Center

Hello,

I applied for a media credential recently and I was denied. The denial of my request was sent to
JordanC@thegatewaypundit.com. I am writing you to appeal this denial, as it violates my First Amendment rights to free
speech and free press. Your denial of press credentials to me and my organization is a text-book impermissible content-
based prior restraint of speech and in direct violation of my rights.

I will be coming in shortly to attend a press conference and receive my credentials.

Thank you,

Jordan Conradson

Exhibit 16

**Media & Telecom**

3 minute read · December 2, 2021 10:53 PM MST · Last Updated a year ago

# Two Georgia election workers sue far-right website over false fraud allegations

By Peter Eisler





My View    Following    Saved



Dec 2 (Reuters) - Two Georgia election workers targeted by former U.S. President Donald Trump in a vote-rigging conspiracy theory have sued a far-right website that trumpeted the false story, alleging it incited months of death threats and harassment against them.

The defamation suit against The Gateway Pundit was filed Thursday by Wandrea "Shaye" Moss, a voter registration officer in the Fulton County elections office, and her mother, Ruby Freeman, who was a temp worker for the 2020 election. The women **were featured in a Reuters report published Wednesday** on their ordeal.

Advertisement · Scroll to continue

writer Joe Hoft. It alleges they repeatedly published demonstrably false claims that portrayed the women as "traitors" who conspired to "steal the presidential election in Georgia."



**Register for free to Reuters and know the full story**

**Register now**

A lawyer for Jim Hoft and The Gateway Pundit did not immediately respond to a comment request Thursday morning. Joe Hoft did not respond to a comment request.

The lawsuit, filed in St. Louis Circuit Court, alleges that the Pundit's "lies" about Freeman and Moss "devastated" their reputations and "instigated a deluge of intimidation, harassment, and threats that has forced them to change their phone numbers, delete their online accounts, and fear for their physical safety." the suit says. Freeman went into hiding.



**[1/4]** An employee of the Fulton County Board of Registration and Elections processes ballots in Atlanta, Georgia, U.S., November 4, 2020. REUTERS/Brandon Bell/File Photo

‹    1  2  3  4    ›

## Latest Updates

Lifestyle

**Beyonce ties Jay-Z as most nominated artists in Grammy awards history**

29 min ago

Lifestyle

**Factbox: Key nominations for the 2023 Grammy Awards**

an hour ago

View 2 more stories ⌄

The lawsuit, which seeks unspecified damages, revolves around false allegations first raised by a volunteer Trump campaign attorney at a Dec. 3 hearing of Georgia state legislators. Freeman and Moss worked in heavily Democratic Fulton County, which includes Atlanta, where a strong showing by Democrat Joe Biden helped give him a narrow Georgia victory.

Trump, a Republican, and his surrogates falsely alleged that Freeman and Moss pulled "suitcases" full of fake ballots for Biden and processed them late at night on Election Day, Nov. 3, after most poll workers and election observers left.

Advertisement · Scroll to continue

State officials including Republican Secretary of State Brad Raffensperger quickly and forcefully debunked the allegations, explaining that the "suitcases" were standard ballot containers and the votes were properly counted under the watch of an independent monitor and a state investigator.

The Gateway Pundit covered the false allegations in multiple stories, including one that identified Freeman by name with the headline: "What's Up, Ruby? Crooked Operative Filmed Pulling Out Suitcases of Ballots in Georgia IS IDENTIFIED." The Pundit identified Moss in another story.

The Pundit stories continued through the summer, even as multiple audits and reviews confirmed the accuracy of Fulton County's vote results.

"I couldn't have imagined the lies that The Gateway Pundit would tell about me, pushing people to harass me and my family and to threaten us with violence," Freeman said in a statement issued by her lawyers.

**Register for free to Reuters and know the full story**

**Register now**

    

Our Standards: **The Thomson Reuters Trust Principles.**

## Read Next / Editor's Picks

Lifestyle

**Beyonce leads Grammy nominees, ahead of Kendrick Lamar and Adele**

31 min ago

Lifestyle

**Factbox: Key nominations for the 2023 Grammy Awards**

an hour ago

World

**North Korea sees more use of cell phones, WiFi networks - U.S. researchers**

November 14, 2022

Technology

**Analysis: Twitter executives could face big FTC fines - former officials**

November 14, 2022

**Newsletter** | Sent every weekday.

## Reuters Daily Briefing

All the world, U.S. and business news you need to start your day, curated by Reuters journalists.

Sign up

## More from Reuters



**New truckers' strike could bring Spain to a halt**
01:18



**China property rescue package lifts stocks, bonds**
01:20



**EV makers burn through cash amid sky-high costs**
01:22



**Legal Explainer: Regulators face unique hurdles in**
02:01



**Bezos to give away most of his $124 billion net worth**
00:41



**U.S. stocks fade as Fed fears simmer**
02:03



**Analyst: Amazon layoffs mark 'dark times in tech'**
01:41



**Live for the work week. Find your Fidelity today.**



Sponsored by Fidelity Investments

**7 Secrets People Who Retire Comfortably Know About Financial Advisors**



Sponsored by smartasset

**11 Credit Cards You Should Not Ignore If You Have Excellent Credit**



Sponsored by NerdWallet

## Media & Telecom

# prison stock

Finance · November 14, 2022

Scion Asset Management's Michael Burry, known for his timely bets against housing ahead of the 2008 financial crisis, added five new companies to his portfolio in the last quarter including prison operator CoreCivic , filings released on Monday showed.

---

Lifestyle

**Adele returns to Las Vegas for delayed concerts**

November 14, 2022

---

Legal

**Google to pay nearly $400 million to settle U.S. location-tracking probe**

November 14, 2022

---

World

**Mexico's president dismisses mass protest against electoral overhaul**

November 14, 2022

---

World

**Factbox: Deadly Istanbul blast echoes past attacks in Turkey**

November 14, 2022

**Your Savings Could Blossom With a High-interest Account**

Sponsored by NerdWallet



**Do You Have Enough To Retire? Use Our Free Retirement Calculator.**

Sponsored by Personal Capital



**The 4 Dumbest Things We Keep Spending Too Much Money On**

Sponsored by The Penny Hoarder

**7 Tips for First-Time Home Buyer**

Sponsored by Charles Schwab



**Credit Cards You Should Not Ignore If You Have Excellent Credit**

Sponsored by NerdWallet



**10 Lucrative Dividend Stocks With Double Digit Dividend Yields**

Sponsored by Liberty Through Wealth

Latest

Home

Media

🎥 **Videos** ↗
📷 **Pictures** ↗
🖼 **Graphics** ↗

Browse

World

Business

Legal

Markets

Breakingviews

Technology

Investigations ↗

Lifestyle

**About Reuters** ⬀
**Careers** ⬀
**Reuters News Agency** ⬀
**Brand Attribution Guidelines** ⬀
**Reuters Leadership** ⬀
**Reuters Fact Check** ⬀
**Reuters Diversity Report** ⬀

Stay Informed
**Download the App** ⬀
**Newsletters** ⬀

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

**Westlaw** ⬀

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource** ⬀

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint** ⬀

The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

**Refinitiv Workspace** ⬀

**Refinitiv Data** ⬀

**Refinitiv World-Check** ⬀

highly-customised workflow experience on desktop, web and mobile.

of real-time and historical market data and insights from worldwide sources and experts.

globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us** ↗    **Advertising Guidelines** ↗

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** ↗    **Terms of Use** ↗    **Privacy** ↗    **Digital Accessibility** ↗    **Corrections** ↗    **Site Feedback** ↗

© 2022 Reuters. All rights reserved

Exhibit 17

A REUTERS SPECIAL REPORT

# Pro-Trump news site targets election workers, inspiring wave of menace

Gateway Pundit founder Jim Hoft. The Iowa native writes many of the site's articles himself, along with his twin brother and a half-dozen or so contributors.

The Gateway Pundit, which started as a tiny opinion blog, saw readership surge to nearly 50 million views a month as it amplified Donald Trump's false stolen-election claims. Reuters documented the impact: 25 election workers targeted by more than 100 violent threats or hostile messages citing the Pundit.

By PETER EISLER and JASON SZEP    | Filed Dec. 3, 2021, noon GMT

*This story contains offensive language.*

The story had a bombshell headline: "Thousands of fake votes" had been discovered in Madison, Wisconsin, two weeks after Democrat Joe Biden narrowly beat then-President Donald Trump in the state.

The bogus report from the far-right website Gateway Pundit drew attention to a set of initials — MLW — inscribed on what it claimed were "fake" ballots. Then a reader posted a comment on the story correctly identifying MLW: Maribeth L. Witzel-Behl, the Madison city clerk, whose duties include administering elections.

Other commenters soon called for Witzel-Behl's execution. She found one post especially unnerving. It recommended a specific bullet for killing her — a 7.62 millimeter round for an AK-47 assault rifle.

Witzel-Behl was stunned by the threats and the angry calls that poured into her office. Contrary to the story's insinuation that the initials meant the ballots were fake, in reality she and her staff wrote her initials on all absentee ballots, before they were given to voters, as a matter of policy.

Witzel-Behl is among 25 election officials and workers targeted by more than 100 threatening and hostile communications that have cited the Gateway Pundit since last year's election, according to a Reuters review of the materials, which included emails, letters and phone messages, as well as comments posted on the website's stories.

The messages targeted officials and staff in four jurisdictions that featured repeatedly in false or misleading Pundit reports on voter-fraud claims: the Wisconsin cities of Madison and Milwaukee; Fulton County, Georgia; and Maricopa County, Arizona.

At least five of the officials, including Witzel-Behl, received threats they considered serious enough to report to law enforcement. Among those targeted were a municipal election director in Milwaukee and a Republican supervisor in Maricopa County. The targets also included Ruby Freeman and Wandrea "Shaye" Moss, a mother and daughter who staffed a ballot counting operation in Fulton County; their ordeal was detailed this week by Reuters.

After Gateway Pundit ran an Aug. 14 story about them, a commenter posted below the piece: "The two women are traitors to the country and should be hung by the neck until dead."

Two additional officials, a Fulton County election commissioner and another Maricopa county supervisor, blamed the Gateway Pundit for inciting serious threats of violence they received after the site implicated the officials in baseless claims of election-rigging. Those threats did not reference the website by name.

> *"The two women are traitors to the country and should be hung by the neck until dead."*
>
> THREAT TO GEORGIA ELECTION WORKERS POSTED UNDER A GATEWAY PUNDIT STORY

Most of the 25 officials received harassing messages that were less violent but often intimidating, racist or misogynistic. Many messages accused officials of treason, for instance, or called for their imprisonment.

The threats and harassment inspired by the Gateway Pundit illustrate the central role of disinformation in a campaign of fear being waged by Trump supporters against the frontline administrators of American democracy.

"The Gateway Pundit brought your betrayal of Wisconsin and America to my attention," said one threat emailed to Claire Woodall-Vogg, the Milwaukee elections director. "I hope you know there are consequences for your actions. I know a lot of information about you. I will have to think about what comes next."

The harassing communications linked to the Gateway Pundit are among more than 800 menacing messages to election officials documented by Reuters this year, including more than 100 threats that legal experts said could meet the legal threshold for federal criminal prosecution. Such threats are considered crimes if they instill fear of imminent violence or death. Law enforcement, however, <u>has held almost no one accountable</u>.



Threatening email sent to Milwaukee Elections Director Claire Woodall-Vogg after several Gateway Pundit stories suggested she conspired to rig the city's 2020 voting against Donald Trump.

In more than 10% of those 800 messages, the harassers cited the Gateway Pundit as the source of the information that caused them to lash out at election officials. No other media outlet or social-media platform was mentioned more than a handful of times.

The Federal Bureau of Investigation declined to comment on whether it was investigating any of the Gateway Pundit-inspired messages but said it "takes all threats of violence seriously." No arrests have been made. The Department of Justice, which in June launched a task force to address threats against election workers, did not respond to a comment request.

The Gateway Pundit has emerged as a major player in an expanding far-right media universe that includes <u>TV broadcasters One America News Network</u> and Newsmax, along with the video-sharing site BitChute and social media platforms Parler and Gab. Since the 2020 election, the Pundit has bolstered Trump's false stolen-election narrative with coverage that generated outrage and helped grow its audience.

The Pundit's U.S. web traffic approached 50 million monthly visits in the weeks after Trump's November loss, up from about 15 million a year earlier, according to Similarweb, an internet-traffic intelligence service. More recently – from July through September – the audience settled at an average of 33 million monthly visits. That's nearly double the 17 million monthly visits averaged over the same period by the website for MSNBC, the cable news channel known for left-leaning hosts.

GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media

Home    About    Privacy    Pro Trump News    Store    MORE

**BREAKING EXCLUSIVE: THOUSANDS of Fake Votes Found at Wisconsin Recount in Dane County – Photos and Report from GOP Observer**

By Jim Hoft
Published November 28, 2020 at 9:30am

f Share on Facebook (2k)    Tweet    Share    Email

Screenshot of a Gateway Pundit story targeting Maribeth Witzel-Behl. Captured Nov. 28, 2020 at 16:54 GMT. Source: Internet Archive

TRENDING

BREAKING: President Trump Announces Rally in Georgia on Saturday Night - December 5th

The Gateway Pundit describes itself as a publisher of news and commentary. Launched in 2004 as an opinion blog, it established itself as one of Trump's most dogged promoters in the 2016 presidential race. During the campaign, Trump regularly cited or retweeted Gateway Pundit stories. Once elected, he quickly granted the site White House press credentials.

A Trump spokesperson did not respond to requests for comment.

The U.S. Constitution's free-speech and free-press provisions give news outlets – even those that publish false stories that spur threats – broad protections against any legal liability, especially criminal charges. Media can be sued for defamation, but such cases can be especially challenging to win for public officials, including many election workers and administrators.

Officials must prove not only reputational damage but "actual malice." That standard, established by the U.S. Supreme Court, means plaintiffs must prove not only that they were harmed by the publication of false information, but also that the publisher either knew the information was false or operated with "reckless disregard for the truth," said Roy Gutterman, a Syracuse University media law professor.

"Defamation is difficult to win for everybody, but it's more difficult for public figures like most of these plaintiffs," Gutterman said.

The Gateway Pundit currently faces at least three defamation suits filed by people who allege they faced numerous threats after being vilified in false stories. The first two suits don't involve public officials; the site is contesting both, asserting it broke no laws and had no responsibility for the threats of violence. The third was filed yesterday by Freeman and Moss, the election workers in Georgia. A lawyer for Gateway Pundit had no comment on that suit.

The Pundit has faced some commercial blowback for its false and incendiary content. In September, it lost a major revenue source when Google stopped placing ads on the site, citing its publication of "demonstrably false" election stories. Over the previous 10 months, the Pundit earned an estimated $1.3 million from ads placed through Google's AdSense program, according to an analysis by the Center for Countering Digital Hate, which combats online extremism.

The Pundit has retained other advertising, mostly "clickbait" promotions placed by ad networks on behalf of hundreds or thousands of companies and products. The site gets paid based on the number of ads clicked.

**RELATED CONTENT**


Two Georgia election workers sue far-right website over false fraud allegations


Trump campaign demonized two Georgia election workers – and death threats followed


Reuters unmasks Trump supporters who terrified U.S. election officials


U.S. election workers get little help from law enforcement as terror threats mount


Trump-inspired death threats are terrorizing election workers


How AT&T helped build far-right One America News


The tech entrepreneur who founded Trump's go-to TV news network

Reuters asked five ad networks that have appeared prominently on Gateway Pundit if they were concerned about its content. Two, Jeeng and ZergNet, said they reviewed the site in response to the Reuters inquiry and decided to stop placing ads on it. Two others, Revcontent LLC and MGID, said they are reconsidering their relationships with the site. A fifth, LockerDome, did not respond to comment requests.

Gateway Pundit's owner and editor, Jim Hoft, is an Iowa native with a college biology degree and no previous journalism background. Hoft writes many of the articles, along with his twin brother, Joe Hoft, and a half-dozen or so contributors. After a mass shooting in 2016 killed 49 people at Pulse, a gay nightclub in Orlando, Florida, Hoft wrote a Breitbart News column in which he came out as gay. Noting that the shooter sympathized with radical Islamist groups, he argued that the best way to protect gay people from more attacks was to elect Trump because he would be tough on extremists.

Jim Hoft did not respond to interview requests sent to him and his lawyer. Joe Hoft also had no comment.



Gateway Pundit was given White House press credentials after Trump's election as president. Here, editor Jim Hoft listens as Trump speaks at a 2019 meeting with conservative social media figures. REUTERS/Carlos Barria

"We never support any violence," Jim Hoft said in an August deposition for a lawsuit. The suit alleged that his site defamed and incited threats against a former staffer of Dominion Voting Systems, a voting equipment maker often featured in the Pundit's coverage. "We report on different individuals every day, and we always consider their safety."

Hoft is seeking reader support through several online fundraising campaigns on GiveSendGo, a crowdfunding site. Those campaigns have raised more than $250,000 to date, according to the site. On the Pundit site, Hoft urges readers to show support by buying subscriptions. "There's a battle for survival of the Gateway Pundit," he says in the message.

## "We're coming for you, Claire"

The threat that came to Milwaukee election chief Woodall-Vogg – citing the Gateway Pundit on her "betrayal" – was sent to the private email address she reserves for friends and family. The subject line: "Hello Marxist Bitch."

The Pundit began targeting Woodall-Vogg days after the election, when she informed the Wisconsin Elections Commission that a flash drive used with the city's vote-tabulating machines was inadvertently left at a processing center on election night. The drive was retrieved within minutes and was never unattended, she explained in a letter to the commissioners. The county district attorney reviewed the matter and found no evidence of tampering.

The Gateway Pundit responded with a story headlined: "Milwaukee Elections Chief Lost Elections Flash Drive in Morning Hours of November 4th When Democrats Miraculously Found 120,000 Votes for Joe Biden."

Woodall-Vogg began getting angry emails almost immediately. The messages continued as multiple audits and reviews confirmed Milwaukee's results, which had helped Biden win Wisconsin.

In late July, another Pundit headline sparked a new wave of intimidation: "BREAKING EXCLUSIVE: Uncovered Email Shows Milwaukee Elections Executive Woodall-Vogg Laughing About the Election Steal on Election Night." The evidence: a joking email exchange between Woodall-Vogg and Ryan Chew, a staffer with The Elections Group, a nonprofit organization that provided free pre-election guidance to localities on improving 2020 voting processes.

Shortly after Milwaukee's final votes were reported late on election night, Chew wrote: "Damn, Claire, you have a flair for drama, delivering just the margin needed at 3:00 a.m. I bet you had those votes counted at midnight and just wanted to keep the world waiting!" Woodall-Vogg replied: "Lol. I just wanted to wait to say I had been awake for a full 24 hours."

Chew and Woodall-Vogg told Reuters the exchange was an unfortunate but meaningless joke. Chew said it would have been "absurd" for Woodall-Vogg to stay up late to add drama. "That absurdity was the essence of the joke," Chew said.

The Pundit characterized the exchange as evidence that Woodall-Vogg was part of a multi-state fraud to manufacture a late-night "drop" of Biden votes. Woodall-Vogg's inbox exploded with more than 70 furious messages. Many cited the Pundit. Some called for her execution. One asked if she had private security. Some people left threatening voicemails. One said: "We're coming for you, Claire."

Woodall-Vogg left town with her two children, working remotely for 10 days. She referred a half-dozen threatening messages to Milwaukee police. The department told Reuters it had referred the communications to the FBI after police determined they could not be prosecuted under state or local law.

0:00 / 0:20

■▶ Click to hear audio of a menacing voicemail left for Claire Woodal-Vogg

At the elections office, security glass and other protections are being added.

"The threats where I truly was concerned — the ones specific to me and my family — those didn't happen until the Gateway Pundit article," she said.

## 'Tick, Tick, Tick'

In June, Vernetta Nuriddin, a Democratic member of Georgia's Fulton County election board, was starting her summer vacation when her inbox filled with two dozen hostile emails. One subject line: "Tick, Tick, Tick."

"Not long now...," the email read.

Nuriddin said she found the email "frightening," suggesting a bomb or other "imminent danger."

**From:** Brian Lohman <███████@gmail.com>
**Sent:** Tuesday, June 29, 2021 11:12:37 AM
**To:** ███████@live.com <███████@live.com>
**Subject:** Tick, Tick, Tick

Not long now...

Message sent to Georgia official Vernetta Nuriddin, after her name and email address were reported by Gateway Pundit.

That morning, the email addresses of Nuriddin and other board members were published in a Gateway Pundit report that said they were named in an activists' lawsuit seeking a review of county absentee ballots. The suit was later dismissed.

Other outlets had reported on the suit days earlier, but the hostile messages to Nuriddin and other board members didn't start until the Pundit published their email addresses. Some of the messages cited the Gateway Pundit specifically; others, including the tick-tick email, did not. Nuriddin, who left the board this summer when her four-year term ended, said the Pundit's reports often sparked messages from "people wishing the absolute worst on you, who don't even know you."

Nuriddin referred the tick-tick email to the Fulton County Police Department. It dropped the case after deciding the message was not an "articulated threat" that constituted a crime under Georgia law, said Fulton's chief, Wade Yates.



Vernetta Nuriddin is one of many Fulton County election officials who came under attack after a Gateway Pundit story. REUTERS/Elijah Nouvelage

Reuters identified the sender of the "Tick, Tick" threat: Brian Lohman, of Jacksonville, Florida. He was among nine people who said in interviews for a Nov. 9 Reuters report that they had harassed or threatened election officials.

Lohman told Reuters he didn't mean to suggest a bomb. He said he had read that Nuriddin was named in the lawsuit over Fulton County ballots and meant to suggest time was running out before she "had to go in front of a judge." He declined to say whether he got the news – or Nuriddin's email address – from the Gateway Pundit story.

'Hanging or guillotine?'

After the 2020 presidential election, the Pundit ran a slew of stories alleging voter fraud in Arizona's Maricopa County, which includes Phoenix, the state's largest city.

Many of these reports were false, including a May 9 article claiming the county deleted voting-machine data needed for a state audit. An hour after the story was published, county Board of Supervisors Vice Chair Bill Gates and other members received an email with a link to the article.

"You dirty mother f***ing ass holes," the subject line read. "You all have eyes in the back of your heads?" the message continued. "People have a limit."

---

*"People are going to be coming and visiting the homes of the board of supervisors and basically executing their families. Should be fun."*

VOICEMAIL LEFT FOR MARICOPA COUNTY SUPERVISOR CLINT HICKMAN

---

The Pundit continued publishing stories with false voter-fraud claims as multiple audits confirmed the results and Maricopa supervisors defended their accuracy. On Aug. 9, an email landed in the supervisors' public inbox, asking: "Hanging or Guillotine?" The message cited a debunked Gateway Pundit story that claimed completed ballots from the 2020 election were shredded before they were counted.

Over the next month, Gates and his fellow supervisors would get at least nine more emails from the same sender, several of them citing Gateway Pundit stories and all repeating the warning: "TREASON Hanging or Guillotine?"

The supervisors were already on edge. Gates' fellow Republican board member, Clint Hickman, had received a voicemail on Aug. 4 that warned: "People are going to be coming and visiting the homes of the board of supervisors and basically executing their families. Should be fun."



Maricopa County Supervisor Bill Gates. The Arizona county's election operation was the subject of a series of false Pundit stories. REUTERS/Caitlin O'Hara

The voicemail did not mention the Gateway Pundit. But Hickman and Gates said they blamed the Pundit's bogus reporting for inspiring many of the threats and harassing messages against board members. "There's no question this blog has generated threats toward me, my colleagues,

and even my family's 77-year-old business," Hickman said, adding that the site conjures "ridiculous scenarios" with "no fact-checking."

Gates told Reuters he has referred about a dozen hostile messages to police.

The Maricopa County Sheriff's Office said it has been assessing threats against the supervisors. It has made no arrests.

## Threats of hanging and shooting

Days after the election, Gateway Pundit posted a false story that targeted election officials in Rock County, Wisconsin, about an hour south of Madison.

The site reported that a software glitch led to 10,000 votes being "moved" from Trump to Biden "in just one Wisconsin county." Such glitches, it said, were a Democratic scheme to "steal" the race.

That article was tweeted by Eric Trump, the former president's son. He did not respond to an interview request sent through the former president's office.

In reality, the vote count never changed. The Associated Press had made an error in an election-results table it published and quickly corrected it.

The next morning, County Clerk Lisa Tollefson got a call about the story around 7 a.m. and raced to work, finding the phone lines jammed with enraged Trump voters yelling at her staff. The furor lasted four days, and "was bad enough that we let the sheriff know, and he put protection on us," Tollefson said.

Two weeks later, on Nov. 28, the Gateway Pundit turned its sights on Maribeth Witzel-Behl, the clerk in Madison, Wisconsin, whose initials appeared on the thousands of absentee ballots that the Pundit had wrongly characterized as "fake."

Concerned by the story's inaccuracies and the threats they provoked, she consulted with City Attorney Michael Haas, who sent Hoft an email requesting the Pundit correct the piece and remove the threatening comments.

"If there are additional threats or actual harassment against our employees we will be holding you accountable," Haas wrote.

The next day, the story was updated: The references to "fake votes" were changed to "suspect votes." All the comments also were removed from the page. The story was marked as "updated," but contained no correction.

Joe Hoft, the brother of site founder Jim Hoft, wrote a follow-up story about Haas's warning. Haas, he asserted, was attacking the Pundit's free-speech rights.

"We found the City Attorney's response threatening," he wrote.

*Editor's note: This story was updated to correct a misspelling of Jim Hoft's name in the penultimate paragraph, and to correctly state in paragraph 27 that Trump was elected (not re-elected) in 2016.*

## Facebook's struggle with Gateway Pundit highlights challenge of containing disinformation

T he Gateway Pundit, a far-right news site, has used its Facebook page - with more than 630,000 followers - to post bogus stories alleging the 2020 election was stolen from former President Donald Trump. Some commenters responded with threats of violence.

After Gateway Pundit posted a June story on Facebook that included debunked claims of voter fraud in Arizona, a commenter said the governor and secretary of state should be "fed feet first through a woodchipper." A story featuring false claims of vote-rigging in Fulton County, Georgia, drew comments on Facebook calling for an election worker to be hanged or "shot for treason."

For years, Facebook has imposed sanctions on Gateway Pundit's account to limit the spread of its misinformation. But Gateway Pundit still uses its Facebook page to amplify its reporting and raise money: The page features a prominent appeal asking readers to buy subscriptions to support its "battle for survival."

---

### Arizona officials should be "fed feet first through a woodchipper"

Facebook commenter reacting to a baseless Gateway Pundit story alleging voter fraud

---

Gateway Pundit's continuing presence on Facebook illustrates the platform's worldwide struggle to stop the spread of disinformation and to balance content-policing with free-speech concerns. Facebook has taken a barrage of criticism this year from critics and a company whistleblower who say its practices stoke anger and division to increase user engagement.

In a statement to Reuters, Facebook said it seeks to label misinformation and "reduce its spread." The company uses fact checkers and artificial intelligence to identify false or misleading material and warns readers who try to share it. Facebook partners with about 80 organizations, including Reuters, to independently fact-check content that appears on its site.

Facebook said repeat offenders, such as the Gateway Pundit, are subject to tougher sanctions, including having their posts pushed to the bottom of users' news feeds (the lists of posts they see), and being barred from Facebook's content-promotion services.

But Facebook almost never removes the offending posts or shuts down the pages – that happens only in rare circumstances, such as posts pushing COVID misinformation, the company says. Sites that directly threaten violence also may be shut down, but account holders are not held responsible for comments on their pages.

Twitter has taken a more aggressive approach with Gateway Pundit, permanently suspending the @gatewaypundit account of Jim Hoft, the site's founder and editor, as well as the account of his twin brother, Joe Hoft, a writer.

Jim Hoft declined a request for comment; Joe Hoft did not respond to comment requests.

Facebook and Twitter both have been blasted by right-leaning politicians for what they call censorship of conservative voices. Jim Hoft testified in a 2018 congressional hearing that his site's traffic from Facebook had tanked after the platform imposed restrictions on the spread of the Pundit's content, saying such sanctions make "book burning" look benign.

Yet Gateway Pundit's traffic has boomed: In the wake of the 2020 election, it peaked at nearly 50 million visits a month, according to one estimate, illustrating the power of viral disinformation. Reuters found the site's often-debunked election-fraud claims were cited in about 100 of more than 800 threatening or harassing messages sent to election officials since last November.

**Facebook has long recognized Gateway Pundit as a source of false and divisive content. A July 2019 internal report on "potential misinformation and polarization risks" listed the site as one of Facebook's "common misinfo offenders."**

Facebook has long recognized Gateway Pundit as a source of false and divisive content. A July 2019 internal report on "potential misinformation and polarization risks" listed the site as one of Facebook's "common misinfo offenders." The report was among a cache of documents provided to the U.S. Securities and Exchange Commission and Congress by Frances Haugen, a former Facebook product manager who left the company in May and has been a leading public critic of its practices.

Reuters identified a dozen Gateway Pundit stories on Facebook that contained baseless election-fraud claims, two of which Facebook labeled as containing false information. Under four of those stories, nine Facebook users called for the execution of election workers or officials. Only one of those four stories was flagged by Facebook for containing false information.

In August, Gateway Pundit reported that a Milwaukee official had been threatened after being featured in Pundit stories alleging voter fraud. The result? Even more threats. On the site's Facebook page, one reader commented: "There is only one punishment acceptable for traitors, being drawn and quartered."

**Campaign of Fear**
By Peter Eisler and Jason Szep, with additional reporting by Linda So
Photo editing: Corinne Perkins
Art direction: John Emerson
Edited by Brian Thevenot

   

 
Follow Reuters Investigates

REUTERS INVESTIGATES

 More Reuters investigations and long-form narratives

 Got a confidential news tip? Reuters Investigates offers several ways to securely contact our reporters

OTHER REUTERS INVESTIGATIONS



**The Green Machine**

U.S. colleges like to tout their green credentials. But many are burning highly polluting fuels in their campus power plants, Reuters has found.



**Besieged Barrister**

Chow Hang-tung is one of few Hong Kong activists still criticizing China's leaders. Her story shows how Beijing is trying to silence the city's rights lawyers.



**Going for Broke**

Wealthy company leaders regularly escape accountability for corporate scandals by demanding lifetime protection from related lawsuits in bankruptcy court.



**Russian Roulette**

When Russian troops fled the Ukrainian town of Balakliia last month, they left behind thousands of documents that show in unprecedented detail the inner workings of the Russian war machine.