Exhibit 18



My View     Following     Saved

8 minute read · November 6, 2022 4:04 AM MST · Last Updated 9 days ago

# 'Kill them': Arizona election workers face midterm threats

By Linda So, Peter Eisler and Jason Szep



[1/3] Eliza Luna, a ballot designer with the Maricopa County Elections Department, counts ballots for the Arizona Presidential Preference Election at the Maricopa County Tabulation and Election Center in Phoenix, Arizona, U.S., March 17, 2020. REUTERS/Cheney Orr/File Photo

**Read more**





Nov 6 (Reuters) - Election workers in Arizona's most fiercely contested county faced more than 100 violent threats and intimidating communications in the run-up to Tuesday's midterms, most of them based on election conspiracy theories promoted by former President Donald Trump and his allies.

The harassment in Maricopa County included menacing emails and social media posts, threats to circulate personal information online and photographing employees arriving at work, according to nearly 1,600 pages of documents obtained by Reuters through a public records request for security records and correspondence related to threats and harassments against election workers.

Advertisement · Scroll to continue

Between July 11 and Aug. 22, the county election office documented at least 140 threats and other hostile communications, the records show. "You will all be executed," said one. "Wire around their limbs and tied & dragged by a car," wrote another.

**Register for free to Reuters and know the full story**

Register now

The documents reveal the consequences of election conspiracy theories as voters nominated candidates in August to compete in the midterms. Many of the threats in Maricopa County, which helped propel President Joe Biden to victory over Trump in 2020, cited debunked claims around fake ballots, rigged voting machines and corrupt election officials.

## Latest Updates

Legal
**Siebel Newsom, wife of California governor, accuses Harvey Weinstein of rape**
10:14 AM MST

Legal
**Lawyer Michael Cohen can sue Trump's company to cover legal bills**
14 min ago

View 2 more stories ⌄

Other jurisdictions nationwide have seen **threats and harassment** this year by the former president's supporters and prominent Republican figures who question the legitimacy of the 2020 election, according to interviews with Republican and Democratic election officials in 10 states.

The threats come at a time of **growing concern over the risk of political violence,** highlighted by the Oct. 28 attack on Democratic House Speaker Nancy Pelosi's husband by a man who embraced right-wing conspiracy theories.

Advertisement · Scroll to continue

election workers, according to previously unreported incidents documented in the emails and interviews with county officials.

A number of temporary workers quit after being accosted outside the main ballot-counting center following the Aug. 2 primary, Stephen Richer, the county recorder who helps oversee Maricopa's elections, said in an interview. One temporary employee broke down in tears after a stranger photographed her, according to an email from Richer to county officials. The unidentified worker left work early and never returned.

She wasn't a political person, she told Richer. She just wanted a job.

On Aug. 3, strangers in tactical gear calling themselves "First Amendment Auditors" circled the elections department building, pointing cameras at employees and their vehicle license plates. The people vowed to continue the surveillance through the midterms, according to an Aug. 4 email from Scott Jarrett, Maricopa's elections director, to county officials.

"It feels very much like predatory behavior and that we are being stalked," wrote Jarrett.

## ATTACKS PERSISTED

Since the 2020 election, **Reuters has documented** more than 1,000 intimidating messages to election officials across the country, including more than 120 that could warrant prosecution, according to legal experts.

Many officials said they had hoped the harassment would wane over time after the 2020 results were confirmed. But the attacks have persisted, fueled in many cases by right-wing media figures and groups that continue without evidence to cast election officials as complicit in a vast conspiracy by China, Democratic officials and voting equipment manufacturers to rob Trump of a second presidential term.

In April, local election officials in Arizona participated in a drill simulating violence at a polling site in which several people were killed, according to an April 26 email from Lisa Marra, the president of the Election Officials of Arizona, which represents election administrators from the state's 15 counties. The drill aimed to help officials prepare for Election Day violence, and left participants "understandably, disturbed" said the email to more than a dozen local election directors.

In a statement, Marra said: "This is just one other tool we can use to ensure election safety for all."

message boards calling for workers to be executed or hung. Some messages sought officials' home
addresses, including one that promised "late night visits." Employees were filmed arriving and leaving
work, according to emails among county officials.

Two days after the Aug. 2 primary election, the county's information security officer emailed the FBI
pleading for help.

"I appreciate the limitations of what the FBI can do, but I just want to underline this," wrote Michael
Moore, information security officer for the Maricopa County Recorder's Office. "Our staff is being
intimidated and threatened," he added. "We're going to continue to find it more and more difficult to get
the job done when no one wants to work for elections."

A special agent for the FBI acknowledged the agency's limitations, according to the emails. "As you put
it, we are limited in what we can do - we only investigate violations of federal law," the FBI agent
responded in an Aug. 4 email. Reporting threats to local law enforcement is "the only thing I can
suggest," the agent wrote, "even if at this point it has not resulted in any action."

The FBI declined to comment on the agent's response to Moore. It also declined to confirm or deny the
existence of ongoing investigations into the threats.

Moore did not respond to requests for comment, but Richer, his boss, said in a statement that he greatly
appreciated the FBI's partnership and vigilance. "This is an inherently emotional topic - communications
of the most vile nature have been repeatedly sent to my team," the statement said.

One anonymous sender using the privacy-protective email service ProtonMail sent "harassing emails"
for almost a year, Moore, wrote in an Aug. 4 email to the FBI. One message warned Richer that he'd be
"hung as a traitor."

"I'd like to have a black and white poster in my office of you hanging from the end of a rope," the sender
wrote.

The harassment and threats were affecting the mental health of election workers, Jarrett wrote in his
Aug. 4 memo. "If our permanent and temporary staff do not feel safe, we will not be able (to) recruit and
retain staff for upcoming elections."

In all, county officials referred at least 100 messages and social media posts to FBI and state counter-
terrorism officials. Reuters found no evidence in the correspondence that officials saw any of the

the territory of a prosecutable threat.

The U.S. Justice Department declined to comment on specific ongoing investigations but said it has opened dozens of cases nationwide involving threats to election workers. Eight people face federal charges for threats, including two who targeted Maricopa County officials.

DOJ spokesperson Joshua Stueve said that while the "overwhelming majority" of complaints the agency receives "do not include a threat of unlawful violence," he said the messages are "often hostile, harassing, and abusive" towards election officials and their staff. "They deserve better," Stueve said.

## ONLINE INSPIRATION

Misinformation on right-wing websites and social media fueled much of the hostility towards election staff, according to the internal messages among Maricopa officials.

On July 31, the Gateway Pundit, a pro-Trump website with a history of publishing false stories, reported that a Maricopa County election official allowed a staff technician to gain unauthorized access to a computer server room, where he deleted 2020 election data that was set to be audited. The website published the names and photos of the official and the tech; readers responded with threats against both.

"Until we start hanging these evil doers nothing will change," one reader wrote in the Gateway Pundit's comment section. Another suggested death for the computer tech identified in the story: "hang that crook from (the) closest tree so people can see what happens to traitors."

The tech hadn't deleted anything, according to a Maricopa spokesperson. The county election director had instructed him to shut down the server for delivery to the Arizona State Senate in response to a subpoena. A review of server records confirmed nothing was deleted, the spokesperson told Reuters, and all data from the 2020 election had been archived and preserved months earlier.

Election employees singled out in Gateway Pundit stories "tend to see a surge in being targeted" for threats and harassing messages, Moore, the county's information security officer, said in a Nov. 18, 2021, email to the FBI. Those stories, he added, are often "flagrantly inaccurate." **A Reuters investigation** published last December found the Gateway Pundit cited in more than 100 threatening and hostile communications directed at 25 election workers in the year after the 2020 election.

allegations against Maricopa officials. In August, right-wing provocateur Charlie Kirk posted a comment in Telegram accusing Richer, the county recorder, and "his cronies" of making Arizona's elections "a Third-World circus."

"When do we start hanging these people for treason?" one reader commented. Another simply added, "Kill them."

The Gateway Pundit and Kirk did not respond to requests for comment.

After a security assessment by the U.S. Department of Homeland Security in late 2021, Maricopa strengthened doors, added shatterproof film on windows and bought more first aid kits, according to the documents.

But the harassment has continued.

"This goes beyond just onsite security. It is a mental health issue," Jarrett, the county elections director, wrote in an email to county officials two days after the primary.

"I very much respect freedom of speech and welcome public scrutiny," Jarrett added. "However, allowing this predatory activity to occur is damaging and threatening the viability of the elections department."



**Register for free to Reuters and know the full story**

*Register now*

Reporting by Linda So, Peter Eisler and Jason Szep; Editing by Suzanne Goldenberg



Our Standards: **The Thomson Reuters Trust Principles.**

## Read Next / Editor's Picks

United States

**Trump to make new White House bid, aiming to get a jump on rivals**

30 min ago

California tries to harness megastorm floods to ease crippling droughts

4:13 AM MST

---

United States

**Republicans on verge of U.S. House majority in midterm elections**

9:32 AM MST

---

Lifestyle

**NASA prepares for third attempt at Artemis lunar rocket launch**

30 min ago

---

**Newsletter** | Sent every weekday.

**Reuters Daily Briefing**

All the world, U.S. and business news you need to start your day, curated by Reuters journalists.

Sign up

## More from Reuters



**Britain, France sign new illegal migration deal**
02:29



**U.S. would defend allies from N Korea - Biden at G20**
01:04

**Biden departs White House for COP27**
01:12



**Warnock says Georgia runoff about 'right and**
01:38



**Election 'was a good day' for democracy - Biden**
01:55



**Georgia U.S. Senate race heads to runoff, again**

a 'good day' for
democracy
02:08

## Sponsored Content



Arizona:
The List
Of The
Top
Financial
Advisor
Firms Is
Out



Hands
Down
One of
the
Best
Cards
for
Good
Credit

Uncover
unique
insights on the
economy,
global
transformation
& more.



Sponsored
by
smartasset

Sponsored by Bank
of America Institute

Sponsored
by The
Motley

The 4

**United States**

# Siebel Newsom, wife of California governor, accuses Harvey Weinstein of rape

Legal · November 15, 2022 · 10:14 AM MST

Jennifer Siebel Newsom, a documentary filmmaker and the wife of California's governor, testified on Monday that former film producer Harvey Weinstein raped her in 2005 when she was trying to build a career as a producer and actor.

---

Legal

**Trump, U.S. win dismissal of Michael Cohen lawsuit over alleged book retaliation**

November 14, 2022

---

United States

**Trump defied Jan 6 committee subpoena, panel says**

5:39 AM MST

---

Business

**U.S. says six airlines issue $622 million in refunds**

November 14, 2022

---

Legal

**Oscar-winner Paul Haggis must pay total of $10 million in civil rape case**

November 14, 2022

When the S&P 500 Lost 20%... They Gained 246%. Tips and Tricks Inside



Sponsored by Trade Of The Day

Our exclusive guide has steps to start and build a thriving RIA.



Sponsored by Fidelity Investments

Reputation matters. Yours and ours. Apply today.

Sponsored by Fidelity Investments

Arizona Residents With Credit Card Debt Should Read This



Sponsored by Freedom

Which Travel Card Has The Most Valuable



Hands Down the Best Card for Holiday Shopping



Latest

Home

Media

📹 Videos ↗
📷 Pictures ↗
🖼 Graphics ↗

About Reuters

About Reuters ↗
Careers ↗
Reuters News Agency ↗
Brand Attribution Guidelines ↗
Reuters Leadership ↗
Reuters Fact Check ↗
Reuters Diversity Report ↗

Browse

World
Business
Legal
Markets
Breakingviews
Technology
Investigations ↗
Lifestyle

Download the App⤢

**Newsletters** ⤢

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

**Westlaw** ⤢

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource** ⤢

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint** ⤢

The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

**Refinitiv Workspace** ⤢

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Refinitiv Data Catalogue** ⤢

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**Refinitiv World-Check** ⤢

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us** ⤢     **Advertising Guidelines** ⤢

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** ⤢     **Terms of Use** ⤢     **Privacy** ⤢     **Digital Accessibility** ⤢     **Corrections** ⤢     **Site Feedback** ⤢

© 2022 Reuters. All rights reserved

Exhibit 19

 

TALES FROM THE **TERRITORIES**    Watch Tonight at 10pm on VICE TV

 **News**

# Arizona Election Workers Are Being Bombarded With Threats

"You will all be executed," read one communication to Maricopa County election officials.

PB    By Paul Blest

November 7, 2022, 9:26am      



ELECTIONS WORKERS INSPECT MAIL-IN BALLOTS AS H UP AND SORTS MAIL-IN BALLOTS PRIOR TO TABULATION AT THE MARICOPA COUNTY TABULATION AND ELECTION CENTER ON NOVEMBER 06, 2022 IN PHOENIX, ARIZONA.(JUSTIN SULLIVAN/GETTY IMAGES)

Election workers in Arizona's largest county received more than 100 intimidating messages and threats of violence during a one-month period in the lead-up to the midterm elections this year, Reuters reported Sunday.

Maricopa County election officials received at least 140 such threats between July 11 and August 22, according to more than 1,600 pages of documents obtained by Reuters via public records request. The period covered in the request included the state's contentious August 2 primary, and many of the threats appear to have been fueled by coverage from far-right blogs and pundits.

ADVERTISEMENT

The threats to Maricopa County officials offer just a glimpse of the many threats faced by election workers all over the country this year, after two years of Republican politicians boosting the lie that the 2020 election was stolen from former President Donald Trump.

"You will all be executed," said one communication to Maricopa County election officials, according to Reuters. In a reply to an August Telegram post by Turning Point USA founder Charlie Kirk accusing Maricopa County's Republican county recorder and his "cronies" of turning the county's elections into a "Third World Circus," one user reportedly responded: "Kill them."

A temporary election employee reportedly broke down in tears and effectively quit on the spot after she was photographed outside of a ballot-counting center following the August primary. And on Aug. 3, a group of people wearing tactical gear and calling themselves "First Amendment Auditors" picketed outside of the elections department's offices and pointed cameras at employees and their license plates, Reuters reported Sunday.

ADVERTISEMENT

"It feels very much like predatory behavior and that we are being stalked," the county elections director wrote in an Aug. 4 email to Maricopa County officials.

In another instance, the pro-Trump misinformation blog Gateway Pundit published the names and photos of an election official and a technician the blog claimed had conspired to "illegally delete elections files" in April 2021—after which both the technician and the election official received threats, Reuters reported.

"We talk, shout, cry and scream for what?" one commenter on the post said. "Until we start hanging these evil doers, nothing will change."

The threats in Arizona have only continued to grow as the election has drawn closer. Armed vigilantes have posted up near ballot drop boxes during early voting claiming to monitor the boxes for illegal activity. They were encouraged by GOP Secretary of State nominee Mark Finchem, a self-described Oath Keeper, QAnon-adjacent state legislator and hard-line election denier.

ADVERTISEMENT

We must watch all drop boxes because they do not have live cameras on them streaming to the public for people to ensure there is no fraud in the process," Finchem tweeted.



Last week, a federal judge ordered them to stay at least 250 feet away from the boxes.

Maricopa County is expected to be pivotal in several races Tuesday, including the state's U.S. Senate race, gubernatorial election, and race for secretary of state to be Arizona's

they won't accept the results of the election .. they lose.

**Want the best of VICE News straight to your inbox? Sign up here.**

TAGGED:   ARIZONA , REPUBLICANS , ELECTION WORKERS , BIG LIE , EXTREMISM , THREATS , 2022 MIDTERMS



# GET THE LATEST FROM VICE NEWS IN YOUR INBOX. SIGN UP RIGHT HERE.

Your email address

Subscribe

By signing up, you agree to the Terms of Use and Privacy Policy & to receive electronic communications from Vice Media Group, which may include marketing promotions, advertisements and sponsored content.

# YOU
# MAY LIKE




**Earbuds…**

ADVERTISEMENT: …

**Anythi…**

ADVERTISEMEN…

**Before B…**

ADVERTISEMENT: H…

**Fat Like…**

ADVERTISEMENT: …






**Hands Down! The…**

ADVERTISEMENT: …

**Arizona Gov't Will…**

ADVERTISEMEN…

**Research 5 Star Roofing…**

ADVERTISEMENT: Y…

**Search For Payroll And HR…**

ADVERTISEMENT: Y…

# MORE FROM VICE

News

**'We Will Find You': Election Officials in Arizona Are Receiving Threats Before the Midterms**

DAVID GILBERT

10.26.22

News

**New Election Day Conspiracies Are Already Running Wild**

DAVID GILBERT

11.08.22

News

**Trumpism Didn't Kill Democracy—This Time**

TODD ZWILLICH

11.11.22

**A Democratic Candidate Was Beaten and Knocked Unconscious at His Home**

PAUL BLEST

11.01.22

News

**Arizona Has Become the Epicenter of Midterm Conspiracies and Possible Violence**

LIZ LANDERS

11.04.22

News

**'I'm Just Really Stressed Out': Arizona Republican Charged With Masturbating Near a Preschool**

PAUL BLEST

10.20.22

ADVERTISEMENT

ABOUT

JOBS

PARTNER

VICE VOICES

CONTENT FUNDING ON VICE

SECURITY POLICY

PRIVACY & TERMS

ACCESSIBILITY STATEMENT

DO NOT SELL MY INFO



© 2022 VICE MEDIA GROUP

Exhibit 20

# State Senator Michelle Ugenti Rita Has TGP Reporter Removed From Trump Rally And ARRESTED after She is Booed Off Stage (VIDEO)

By **Jordan Conradson**
**Published July 24, 2021 at 11:34pm**
**3037 Comments**





## On Saturday, President Trump spoke at the Rally to Protect Elections in Phoenix, Arizona.





### LIVE STREAM VIDEO: President Trump Speaks at TPUSA's "Rally to Protect Our Elections" in Phoenix, AZ – 6 PM ET …More: 200,000 Watching Live on RSBN

President Donald J. Trump speaks at a 'Rally To Protect Our Elections' sponsored by Turning Point USA. Trump is scheduled to speak at 6 PM Eastern time. The Gateway Pundit's Jordan Conradson and Julian Conradson are attending the rally today in Phoenix. There is A MASSIVE CROWD lined up to see President Trump today in … Continue reading

 The Gateway Pundit

The rally featured all candidates for Arizona's next Secretary of State, Governor, and U.S. Senator.

US Senate candidate Blake Masters gave a great speech on his America First agenda.





### AZ Senate Candidate Blake Masters at Trump Rally: "We Need to Break Up Google and Facebook and We Need to Punish Twitter" (Video)

Arizona Senate Candidate Blake Masters spoke at the 'Rally To Protect Our Elections' sponsored by Turning Point USA. President Trump is scheduled to speak at 6 PM Eastern. Blake Masters, a 34-year-old chief operating officer at investment firm Thiel Capital and native Arizonan, launched his campaign for US Senator from Arizona on Monday. Masters spoke ... Continue reading

 The Gateway Pundit

**Several local politicians were invited to speak at the rally today.**

**Arizona RINO State Senator Michelle Ugenti Rita also gave a speech but she was booed off of the stage as her words were muffled by the crowd, turned angry mob.**

In a contemptuous effort to save her speech, she yelled at her peasants "I'm going to win the primary!"

See the hilariously sad "speech" in the video below.



It wasn't planned either! This was an organic idea from the grassroots MAGA apparatus.

> **Crowd**: BOO!
>
> **Ugenti-Rita:** Pay attention…
>
> **Crowd:** BOO!
>
> **Ugenti-Rita:** We the people, We the people….
>
> **Crowd:** BOO!
>
> **Ugenti-Rita:** I'm running to be your next Secretary of State. I'm going to win the primary!

**She'll win without us?** Who has she struck a deal with?

After feeling the heat from the crowd of thousands, The Gateway Pundit's Jordan Conradson ran into her in another part of the arena.





He asked her why she killed Senator Kelly Townsend's chain of custody and election integrity bills.

> **Ugenti-Rita:** Because it was bad
>
> **Conradson:** Do you think that's why you got booed off stage?

**Ugenti-Rita left the building when asked questions by Conradson. Shortly after, she came back, and when he saw her again, she told officers on sight that Conradson was harassing her.**

The police did nothing because no laws were being violated.

Conradson compared this behavior to that of radical leftist Secretary of State Katie Hobbs, whose seat she is running for.

Roughly ten minutes later, Conradson was detained by event officials and escorted from the building for "harassing" Ugenti Rita.

After walking away, he called AZ State Senator Kelly Townsend, who encouraged him to come back peacefully and fight this.





While on the phone with the Senator and simply walking to meet her outside of the event, police grabbed Conradson and used handcuffs to put him in the back of a police car.

Conradson could hear police radios accusing him of being a member of the Proud Boys, a right-wing organization that the left has labeled as terrorists. Conradson has no affiliation with any political groups.

The police said he was facing a misdemeanor and a fine of up to $900.

This tyrant violated Conradson's free press rights.

State Senator Kelly Townsend raised hell when this happened which is most likely what led to Conradson's release.

The officers dropped Conradson off at his vehicle and said that he is permanently banned from the venue.

> **Kelly Townsend:** I think it's concerning that someone on our side has such disregard for the Constitution that she would seek to have a journalist arrested because he dared ask her a question about me that angered her. I am glad we were able to resolve the issue and correct what could have been a great miscarriage of justice.

**After this fiasco, Michelle Ugenti Rita went to Twitter to trash the audit**

> I've been on the frontlines of the battle for election integrity for the last 10 years. I wrote the law banning ballot harvesting, cleaned-up our mail-in voter rolls, strengthened ID requirements just to name a few of my accomplishments, (1of5)

Something every candidate on that stage praised. I'll put my record of fighting for election integrity up against anyone. What I won't do is vote for "show" legislation that does nothing to strengthen election integrity and introduced for self serving reasons. (2of5)

There's too much at stake. Our election system is under constant assault by the left, and I won't support bills that fail to strengthen our election system. The same holds true for the audit. I **supported the audit, but I do not support the Trump audit any longer. (3of5)**

I wanted to review our election processes and see what, if anything, could be improved. Sadly, it's now become clear that the audit has been botched. The total lack of competence by **@FannKfann** over the last 5 months has deprived the voters of Arizona a comprehensive…(4of5)

Accounting of the 2020 election. That's inexcusable, but it shows what can happen when Republicans do not take election integrity deadly serious. (5of5)



**Michelle Ugenti-Rita (MUR)**
@MichelleUgenti · Follow

I've been on the frontlines of the battle for election integrity for the last 10 years. I wrote the law banning ballot harvesting, cleaned-up our mail-in voter rolls, strengthened ID requirements just to name a few of my accomplishments, (1of5)

6:47 PM · Jul 24, 2021

Read the full conversation on Twitter

♥ 149    💬 Reply    ⬆ Share

Read 1.4K replies



This is a lie. She has been nowhere near the frontlines of this battle. How woud she know that the audit was botched? She hasn't even visited nor paid any attention whatsoever.

This was out of nowhere and was an obvious outlash at the MAGA movement for their scorn.

Michelle Ugenti Rita is out of the closet now.

It seems she has already started her party switch.

## Michelle Ugenti Rita clearly will not win the primary unless she has made a deal.



3:43 / 3:43



11/15/22, 10:54 PM State Senator Michelle Ugenti Rita TGP Reporter Removed from Trump Rally And Arrested after She is Booed Off Sta…

Case 2:22-cv-01925-JJT Document 17-3 Filed 11/16/22 Page 41 of 42

## Submit a Correction





**Jordan Conradson**

| Recent Posts | Contact |
|---|---|

**Maricopa County Supervisors Meeting TOMORROW (Wednesday) - AZ Patriots Sign Up To Speak By 8 AM**

**Turncoat Mike Pence Teases Potential 2024 Run Against President Trump**

**PATRIOTS IN ARIZONA: Document Your Affidavit Of Corrupted Voting Experience HERE**

**Kari Lake Speaks Out On BS Stolen Election: "Arizonans Know BS When They See It"**

**(VIDEO) Charlie Kirk Show Discusses Votes That Need To Be Cured - Republicans Must Cure Their Ballots And GOP Has Not Been Given The List, At Least One Dead Voter Discovered**

**See more...**

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!



11/15/22, 10:54 PM    State Senator Michelle Ugenti Rita TGP Reporter Removed From Trump Rally And Arrested After Side is Booed Off Sta…

Case 2:22-cv-01925-JJT   Document 17-3   Filed 11/16/22   Page 42 of 42

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

GETTR

YouTube

Terms

Contact

