Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Tel: (702) 420-2001
ecf@randazza.com

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119
Tel: 314-329-5040
Fax: 314-282-8136
TBLF@pm.me

Attorneys for Plaintiffs
TPG Communications, LLC and Jordan Conradson

*pro hac vice forthcoming

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Jack Sellers, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-01925-JJT <br><br> **PLAINTIFFS' NOTICE OF FILING FIRST AMENDED LIST OF WITNESSES** |

Plaintiffs TPG Communications, LLC d/b/a The Gateway Pundit, and Jordan Conradson ("Plaintiffs") hereby file their list of witnesses expected to appear and testify at the hearing on Plaintiffs' Corrected Emergency *Ex Parte* Motion for a Temporary Restraining Order (Dkt. No. 7) scheduled in this matter on November 17, 2022, at

10:00 a.m. This list of witnesses is provided for the purposes of scheduling only. Plaintiff reserves the right to call additional witnesses as necessary, should a compelling need arise.

**Plaintiffs' List of Witnesses:**

1. Joe Hoft, Vice President of TGP Communications, LLC (Plaintiff)
2. Jordan Conradson (Plaintiff)
3. Charles Glasser, Esq. (testifying as an expert in journalistic practices and journalistic ethics)

Plaintiffs reserve the right to call and/or examine any witness called by any other party.

Dated: November 16, 2022.   Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044

John C. Burns, MBE# 66462*
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119

Attorneys for Plaintiffs
TPG Communications, LLC and
Jordan Conradson

*pro hac vice forthcoming

Case No. 2:22-cv-01925-JJT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
Marc J. Randazza