Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Tel: (702) 420-2001
ecf@randazza.com

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119
Tel: 314-329-5040
Fax: 314-282-8136
TBLF@pm.me

Attorneys for Plaintiffs
TPG Communications, LLC and Jordan Conradson

*pro hac vice forthcoming

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications, LLC, *et al.*, | Case No. 2:22-cv-01925-JJT |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF FILING SECOND AMENDED LIST OF WITNESSES** |
| Jack Sellers, *et al.*, | |
| Defendants. | |

Plaintiffs TPG Communications, LLC d/b/a The Gateway Pundit, and Jordan Conradson ("Plaintiffs") hereby file their list of witnesses expected to appear and testify at the hearing on Plaintiffs' Corrected Emergency *Ex Parte* Motion for a Temporary Restraining Order (Dkt. No. 7) scheduled in this matter on November 17, 2022, at

10:00 a.m. This list of witnesses is provided for the purposes of scheduling only. Plaintiff reserves the right to call additional witnesses as necessary, should a compelling need arise.

**Plaintiffs' List of Witnesses:**

1. Joe Hoft, Vice President of TGP Communications, LLC (Plaintiff)
2. Jordan Conradson (Plaintiff)
3. Charles Glasser, Esq.[1] (testifying as an expert in journalistic practices and journalistic ethics) (*see* **Exhibit 1**, curriculum vitae; **Exhibit 2**, Columbia University faculty profile).
4. Gregg Leslie (testifying as an expert in journalistic practices and journalistic ethics) (*see* **Exhibit 3**, curriculum vitae; **Exhibit 4**, Arizona State University faculty profile).

Plaintiffs reserve the right to call and/or examine any witness called by any other party.

Dated: November 16, 2022.   Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044

---

[1] With leave of the Court, Mr. Glasser will be appearing telephonically or via Zoom – whichever manner the Court prefers.

John C. Burns, MBE# 66462*
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119

Attorneys for Plaintiffs
TPG Communications, LLC and
Jordan Conradson

*pro hac vice forthcoming

Case No. 2:22-cv-01925-JJT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
Marc J. Randazza