# EXHIBIT 1

Glasser
*curriculum vitae*

  

**PROFESSIONAL EXPERIENCE**

**Charles J. Glasser, Esq., LLC / charlesglasser.net**                    **June 2013 to Present**

    *Media Consultancy.* Providing on-demand services to media entities, journalists, and multinational corporations, including pre and post-publication review, reputation management, Freedom of Information requests and appeals, strategic planning for emerging business, particularly digital information platforms and advice on international privacy, data, defamation, managing intellectual property distribution and regulatory issues. Adjunct Professor at New York University Graduate School of Journalism and CUNY/Newmark Graduate School of Journalism teaching Media Law. Represents several NGO's in media matters regarding regulatory, intellectual property issues, human rights and free press issues. Serves as expert witness in a variety of defamation and intellectual property cases in arbitration and both state and federal courts.

**Bloomberg News, NY, NY**                    **May 2002 to May 2013**

    *Global Media Counsel.* Reported to Editor-in-Chief and Board of Directors. Responsible for pre-publication review and ethics standards worldwide of all Bloomberg-branded content, including Bloomberg News, *Bloomberg Businessweek* and Bloomberg Television. Oversight of more than 2,200 reporters in 120 bureaus globally on a 24/7 basis. Provided analysis and advice for acquisition of content-providing products and strategic partnerships in broadcast as well as management of financial regulatory issues around the world. Ombudsman for resolution of correction demands and significant reader complaints. Responsible for managing litigation of newsroom issues, including defamation, privacy, copyright and Freedom of Information. Particular expertise includes international media law, preparation of investigative and financial reporting, cyberspace and social media issues, and broadcast journalism. Legal work on award-winning stories including Pulitzer Finalist stories, Gerald Loeb Award, Society of American Business Editors and Writers (SABEW) and National Press Club Award (Political Reporting).

**Willkie Farr & Gallagher, NY, NY**                    **March 1999 to May 2002**

    *Senior Litigation Associate*. Responsible for litigating media law and newsroom issues for Bloomberg L.P., including motion practice and trial preparation. Extensive litigation in trademark, copyright, internet and contractual issues including licensing and media content distribution.

**Squadron, Ellenoff, Plesent & Sheinfeld, NY, NY**                    **January 1998 to March 1999**

    *Litigation Associate.* Practice in Media Litigation Group, representing News Corporation, Fox Television Stations, *New York Post*, *Star Magazine*, *National Enquirer*, *New York Magazine*, *Readers' Digest* and others in libel, privacy, copyright actions. Brief writing, motion practice, taking and defending depositions, discovery management, research and pre-publication review.

**Preti, Flaherty, Beliveau & Pachios, Portland, ME**                    **August 1996 to January 1998**

    *Litigation Associate.* Practice in Litigation Practice Group, including commercial litigation, pre-publication review for newspapers and weeklies, brief writing, motion practice, taking and defending depositions, discovery management, oral argument before trial and appellate courts, including United States Court of Appeals. Worked with Senator George Mitchell on media regulatory matters for Gannett family interests, including Gannett television stations in New England.

**NBC News / Law Department, NY, NY**                    **Sept. 1995 to June 1996**

    *Law Clerk.* Assisted in pre-publication libel and privacy vetting for NBC network news programming, including *Dateline, NBC Nightly News* and network-owned stations. Also provided substantive research for intellectual property issues such as network-owned trademark filings and opposition filings.

**SIGNIFICANT CASES**

- *Mirafuentes v. Estevez and Forbes Magazine* (E.D. Va., Nov. 20, 2015) (Dismissal of libel claims brought by Mexican government official and millionaire against reporter and Forbes Magazine.)

- *Bloomberg, LP v. Board. of Governors of the Federal Reserve*, 601 F.3d 143 (2d Cir. 2010) *cert. den.* (Precedent-setting Freedom of Information case against Federal Reserve Bank exposing details of secret pre-TARP bank bailouts).

- *Computerized Thermal v. Bloomberg L.P*., 312 F.3d 1292 (10th Cir. 2002) (Dismissal of $150 million libel complaint on common-law grounds).

- *Johnnie Cochran v. NYP Holdings*, 58 F.Supp.2d 1113 (C.D. Cal. 1998) (Dismissal of libel claim against *New York Post* on constitutional grounds)

- *Levinsky v. Wal-Mart*, 127 F.3d 122 (1st. Cir. 1997) (Reversed $600,000 libel verdict on constitutional grounds).

- *Rudolph v. City of Portland (Unreported)* (August 15, 1997, D. ME) (Lead Counsel for ACLU pro-bono matter upholding free speech rights of homeless under Section 1983). https://archive.bdnblogs.com/1997/08/15/for-500-portland-settles-panhandling-lawsuit-brought-by-homeless-man/

**ASSOCIATIONS AND ADMISSIONS**

- Admitted to State of Maine (1996), New York, (1998); First Circuit (1997); Second Circuit (1998) Tenth Circuit (2000).

- Member, New York City Bar Association Committee on Media Law; Reporters Committee for Freedom of the Press; Committee to Protect Journalists; Resident Expert at Columbia University Global Freedom of Expression Project.

**EDUCATION**

**Juris Doctorate, New York University School of Law**                          **June 1996**

Classes included First Amendment Law; Federal Appellate Practice; Trademark and Copyright Law; Advanced Trademark Litigation Seminar; Constitutional Law; Justice Wm. Brennan Seminar on Constitutional Issues; Trial Advocacy.

- Managing Editor, *The NYU Law Commentator*; Articles and Note Editor, JOURNAL OF INTERNATIONAL LAW AND POLITICS.

- *Papers and Publications: Drafting Constitutionally Permissible Restrictions on Libel in the Campaign Context*, (Prof. Burt Neuborne, Justice Wm. Brennan); *Deference to Juries and Independent Appellate Review in First Amendment Cases After Connaughton*, (Judge Harry Edwards, Appellate Practice Seminar)

- *Awards*: Arthur T. Vanderbilt Medal, (Community Service) Larry Fleisher Prize in Sports and Entertainment Law, American Bar Association, Legal Editorial Writing, 1995

**B.A., Hunter College (City University of New York)**                          **June 1993**

*Summa cum laude*. Thomas Hunter Honors Program, double major in Political Science and Philosophy. Captain, Varsity Fencing Team, 1991-1993.

- *Awards:* Interdisciplinary Honors, 1989, 1990, 1991, 1992. Hunter Scholar-Athlete, 1992; NCAA Division III Team Foil Champions; Kathryn Booker Prize, (Political Science Writing), 1992

**JOURNALISM EXPERIENCE**

**TIME INC. (*People* Magazine)**                                              **1987-1992**

   ***Copy Editor/Factchecker.*** Staff position closing *People* Magazine on a weekly basis, responsible for copy and style editing, copyfitting, fact-checking features and coordinating page layouts with Senior Editors.

**AGENCE FRANCE-PRESSE (AFP), THE ASSOCIATED PRESS            1983-1985**

*Photojournalist/Reporter.* Contract photojournalist and reporter to one of Europe's largest news agencies. Wrote and photographed magazine stories in England, (six months) and India (year and a half). Stories published in *Geo, New York Times Magazine, Smithsonian Magazine, Boston Globe Sunday Magazine*. Covered President Ronald Reagan; reported on the fall of the Somoza government in Nicaragua and guerrilla fighting in El Salvador; covered the Coast Guard interdiction in the Caribbean drug wars. Also filed stories from Guatemala, Honduras, Mexico, Jamaica, Puerto Rico, Haiti, and Cuba.

**SIGNIFICANT PROFESSIONAL PUBLICATIONS:**

Books:   "*The International Libel and Privacy Handbook: A Global Reference for Journalists, Publishers, Webmasters and Lawyers*" LEXIS NEXIS, 6th Edition, 2022 https://store.lexisnexis.com/categories/shop-by-jurisdiction/national-194/international-libel-and-privacy-handbook-skuusSku23170467

Articles: "*Purposeful Avoidance of the Truth: The Other Side of Actual Malice*", Article 19, November 10, 2016 https://www.article19.org/resources/purposeful-avoidance-of-the-truth-the-other-side-of-actual-malice/

"*This Just In, and the Rush to Publish*" Five-part series TALKING BIZ NEWS, June 26, 2013 https://talkingbiznews.com/they-talk-biz-news/this-just-in-and-the-rush-to-publish

"*Congress Should Pass the Federal Shield Law for Journalists, Bloggers*", THE WASHINGTON EXAMINER, August 05, 2013   https://www.washingtonexaminer.com/congress-should-pass-the-federal-shield-law-for-journalists-bloggers

"*Media Law Policy in the Internet Age*" THE UNIVERSITY OF HONG KONG INTERNATIONAL CONFERENCE, October 18, 2013 https://www.youtube.com/watch?v=0MM2lf2Zo6c

Selected   "*US Gun Law Debate: Is Partisan Politics Harming Public Safety?*" I24 GLOBAL NEWS, May 25, 2022
Press:          https://youtu.be/53cN2rEcZyo

"*The President, the Press, and the Dossier*"  LEGAL TALK NETWORK, September 4, 2020 https://legaltalknetwork.com/podcasts/lawyer-2-lawyer/2020/09/the-president-the-press-and-the-dossier/

"*Disney "Pink Slime" Lawsuit Settled for Whopping $177 million*" CBS NEWS, August 10, 2017 https://www.cbsnews.com/news/disney-pink-slime-lawsuit-settled-for-177-million-abc-news/

"*No Apology, No Explanation: Fox News And The Seth Rich Story*" NATIONAL PUBLIC RADIO "MORNING EDITION" September 15, 2017 https://www.npr.org/2017/09/15/551163406/fox-news-has-yet-to-explain-what-what-wrong-in-seth-rich-story#

**SIGNIFICANT EXPERT WITNESS WORK:**

*Ciabatonni v. Teamsters Local 326 et. als.,* (Del. Sup. Ct, 2017)  No.: N15C-14-059 VLM (Expert witness for plaintiff explaining defamatory meaning).

*AIG v. Walt Disney, ABC News* (Private arbitration, Cal.) (Expert witness for insurance company explaining "Actual Malice" shown in infamous "Pink Slime" libel suit regarding AIG's duty to defend in $25 million settlement).

*Steve Wynn v. Lisa Bloom,* (D. Nev, 2018) 2:18-cv-00609-RFB-GWF (Expert witness for defense explaining standards of care in defamation case).

*State of Tennessee v. Boyd*, (Hamilton Cty. Crim. Court, 2018) No. 304647 (Expert witness for County Prosecutor explaining where criminal speech is not protected by First Amendment).