# <u>EXHIBIT 2</u>

Glasser
Columbia University Profile

Columbia University in the City of New York



Global Freedom of Expression
COLUMBIA UNIVERSITY

EN | ES | FR | عربي | PYC | PT

**NEWSLETTER SIGN UP**

# Charles Glasser

Charles Glasser spent twelve years as the Global Media Counsel for Bloomberg News *(https://www.bloomberg.com/)*, where he was responsible for pre-publication review, ethics issues, and training more than 2,200 reporters in more than 120 bureaus around the world on legal issues and journalistic fundamentals, particularly focusing on investigative and business news. He also managed media litigation globally, and is acknowledged as an expert in international media law. He is the author and editor of "The International Libel and Privacy Handbook" (Third Edition, 2013, John Wiley and Sons) and is a regular panelist and contributor for several media law and journalism organizations including The Media Law Resource Center, The Committee to Protect Journalists, and the Media Law Defence Institute (UK). Mr. Glasser also served as the news organization's ombudsman, and was responsible for managing complaints, corrections and interacting with public relations and investor relations professionals who sought input into Bloomberg content, both before and after publication. Prior to joining Bloomberg, Mr. Glasser represented a wide variety of general circulation publications including Reader's Digest, the New York Post, Star Magazine, and others. He is currently managing his own consultancy, providing legal and media ethics advice to publishers, managing Freedom of Information litigation and providing content and privacy guidelines to web-based startups. He currently acts as a media consultant to a wide range of news and content platforms at www.charlesglasser.net.

© 2022 Columbia University | Statement on Disability

**Global Freedom of Expression**
Columbia University
91 Claremont Ave, Suite 523
New York, NY 10027
**1-212-854-6785**

📞**1-212-854-6785**    ✉**GLOBALFREESPEECH@COLUMBIA.EDU**    🐦**COLUMBIAGFOE**
▶**YOUTUBE**