# **EXHIBIT 3**

Leslie
*curriculum vitae*

**GREGG P. LESLIE**
ASU Sandra Day O'Connor College of Law
111 E. Taylor St., MC 8820
Phoenix, AZ 85004
(480) 727-7398
Gregg.Leslie@asu.edu

---

**ASU Sandra Day O'Connor College of Law**

*Professor of Practice; Executive Director, First Amendment Clinic*

Founded and directs a legal clinic that give students hands-on experience promoting and defending First Amendment and Freedom of Information rights.

**The Reporters Committee for Freedom of the Press**
*Legal Defense Director, 2000 – present Staff*
*Attorney, 1994-1999*

- Responsible for legal and editorial work of the Reporters Committee. Supervise and prepare *amicus* briefs, protest letters and comments.
- Engaged in advocacy before legislatures and Congress related to reporters' shield laws, anti-SLAPP laws, newsgathering restrictions, court and government access rules, and credentialing issues.
- Manage legal defense hotline calls, which are handled by both myself and a staff of young lawyers under my supervision. Hotline work involves a wide range of activities, including reviewing journalists' articles before publication, counseling on how to contest subpoenas, helping to gain access to courtrooms and other proceedings, and making referrals to other attorneys as necessary.
- Handle media inquiries and interviews, speaking on behalf of the organization, on First Amendment issues.
- Regularly create coalitions of media companies for the briefs and letters, often getting 30-50 media organizations to join.
- Edited quarterly magazine, *The News Media & The Law*, as well as regular news items on our web site. Supervise lawyers and journalism student interns in preparing articles.
- Created our first web site in 1995, including our automated FOIA letter generator, and continued to develop and maintain the site since.

**Georgetown University School of Continuing Studies**
*Adjunct Professor, Media Law, Summer 2014*
- Taught media law to graduate students in the Master of Professional Studies in Journalism program.

**Various freelance writing, legal and volunteer positions, 1989-1994**
- Jan. 1993 – Sept. 1994 (and other times overlapping with positions below): Freelance journalism (tech/legal) writer.

- Sept. 1992 – March 1993: Various volunteer and staff positions with the Clinton campaign, transition team, and Janet Reno confirmation team.
- April 1991 – August 1992: Legal fellowship at the Reporters Committee for Freedom of the Press.
- Sept. 1989 – March 1991: Legal research for a nonprofit organization working on immigration law reform.

**Regardie's Magazine**
*Writer and Research Director, 1985-1989*

- Wrote stories and led research projects for monthly political and business magazine in the Washington, D.C., area. Had sole responsibility for compilation of annual research projects on the 100 wealthiest and 100 most powerful people in Washington. Managed a staff of interns each semester to help on these and other projects.

**PROFESSIONAL ACTIVITIES**

**Member, Governing Committee, ABA Communications Law Forum** (Jan. 2015 to present). Help manage the largest organization of media lawyers in the country, and help plan events including an annual conference.

**Member, Advisory Board, Howard Center for Investigative Reporting, ASU Walter Cronkite School of Communications** (Jan. 2022 to present). Serve as expert advisor for the investigative reporting center underwritten by the Scripps-Howard Foundation.

**Member, Advisory Council, Foundation for Individual Rights and Expression (FIRE)'s Student Press Freedom Initiative.** (Feb. 2022 to present). Serve on council to advise on student media rights issues for FIRE, a nationwide advocacy and assistance organization.

**Chairman, D.C. Bar Arts, Entertainment, Media & Sports Law Section** (2014-2016). Ran section of the bar that hosted events and seminars for lawyers practicing in these fields. Responsible for managing budget, recruiting members and running monthly meetings of the steering committee.

**Member, ABA Fair Trial/Free Press Task Force** (2011). Served as a member of the committee tasked with updating standards for lawyers and judges involving how they interact before, during and after civil and criminal trials. Was the sole representative speaking for the interests of the news media generally, and specifically represented the ABA Communications Law Section and Litigation Section's First Amendment subcommittee.

**Chairman, District of Columbia Bar Media Law Committee** (2006-2010). Duties included hosting monthly meetings of Washington media lawyers, creating agenda and arranging speakers for meetings, and planning and hosting occasional evening seminars for a larger audience of attorneys and members of the public.

**EDUCATION Georgetown University Law Center** (J.D., 1990)

- Coursework included: Free Press Seminar; Communications Law and Policy; Communicative Torts; and Administrative Law.

**Georgetown University** (B.A., 1985)

- Majored in Philosophy, minored in Government. Served as editor-in-chief (senior year) and news editor (junior year) of weekly campus newspaper, *The Georgetown Voice.*