# **EXHIBIT 4**

Leslie
ASU Faculty Profile





ASU Search



# Gregg Leslie

**Professor of Practice**, Sandra Day O'Connor College of Law

gregg.leslie@asu.edu                    480-727-7398

Sandra Day O'Connor College      **Mail code:** 9520
of Law 111 E. Taylor St. Office    **Campus:** Dtphx
578
Phoenix, AZ 85004

## Biography          Teaching

**Long Bio**

Gregg Leslie is the executive director of the First Amendment Clinic. He was previously a staff attorney with the Reporters Committee for Freedom of the Press, a Washington, D.C. nonprofit association that provides legal assistance to journalists, and served as the organization's legal defense director for 17 years.

Leslie serves on the governing committee of the Communications Law Forum of the American Bar Association, and was a member of the ABA's Fair Trial and Free Press Task Force in 2011. He also served as chairman of the D.C. Bar's Media Law Committee and Arts, Entertainment, Media & Sports Law Section, and taught media law in Georgetown University's Master of Professional Studies in Journalism program.

**Expertise Areas**

Media Law



**ASU Search**





Copyright and Trademark

Accessibility

Privacy

Terms of Use

Emergency

COVID-19 Information