# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - TEMPORARY RESTRAINING ORDER HEARING

Phoenix Division

CV-22-01925-PHX-JJT         DATE: 11/17/2022
Year   Case No   Initials

Title: TGP Communications, et al.   vs.   Jack Sellers, et al.
         Plaintiffs                              Defendants

---

HON: JOHN J. TUCHI

Deputy Clerk: Julie Martinez              Court Reporter: Elaine Cropper

David Gingras and Marc Randazza           Charles Trullinger and Tom Liddy
Attorney(s) for Plaintiff(s)              Attorney(s) for Defendant(s)

---

**PROCEEDINGS:**   X  Open Court   __ Chambers   ___ Other

10:03 a.m. Court convenes. This is the time set for Temporary Restraining Order Hearing re: Corrected Emergency Ex Parte Motion for Temporary Restraining Order (Doc. [7]). Discussion held. Gregg Leslie is sworn and examined. Witness is excused. Jordan Conradson is sworn and examined. Witness is excused. 11:18 a.m. Court is in recess.

11:26 a.m. Joseph Hoft is sworn and examined. Witness is excused. Roy Fields Moseley is sworn and examined. Witness is excused. Closing arguments. Discussion held. **IT IS ORDERED** taking this matter under advisement. Formal order to issue.

12:34 p.m. Court adjourned.

Time in court: 2 hrs. 23 mins.
Start: 10:03 AM
End: 12:34 PM