# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# CIVIL WITNESS LIST

__X__ TRO Hearing   _____ Non-Jury Trial   ___ Jury Trial

Case Number CV-22-01925-PHX-JJT   Start Date: 11/17/2022

TGP Communications LLC, et al., v. Jack Sellers, et al.

__X__ Plaintiff/Petitioner   __X__ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Gregg Leslie (Plaintiff's Witness) | 11/17/2022 | 11/17/2022 |
| Jordan Conradson (Plaintiff's Witness) | 11/17/2022 | 11/17/2022 |
| Roy Fields Moseley (Defense Witness) | 11/17/2022 | 11/17/2022 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |