Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Tel: (702) 420-2001
ecf@randazza.com

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119
Tel: 314-329-5040
Fax: 314-282-8136
TBLF@pm.me

Attorneys for Plaintiffs
TPG Communications, LLC and Jordan Conradson

*pro hac vice forthcoming

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| TGP Communications, LLC, *et al.*, | Case No. 2:22-cv-01925-JJT |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF FILING EXHIBIT** |
| Jack Sellers, *et al.*, | |
| Defendants. | |

## NOTICE OF FILING EXHIBIT

Plaintiffs TGP Communications, LLC and Jordan Conradson give notice of filing the attached exhibit that was presented by Plaintiffs at the hearing on their Emergency *Ex Parte* Motion for a Temporary Restraining Order, which was held on November 17, 2022. The exhibit, attached hereto as **Exhibit 1**, is a true and correct screen capture of a Twitter post made by Defendant Stephen Richer located at the URL: <https://twitter.com/stephen_richer/status/1574836130419130368>.

Dated: November 18, 2022.      Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044

John C. Burns, MBE# 66462*
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119

Attorneys for Plaintiffs
TPG Communications, LLC and
Jordan Conradson

*pro hac vice forthcoming*

Case No. 2:22-cv-01925-JJT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
MARC J. RANDAZZA