# **EXHIBIT 1**

Twitter Post





