Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Tel: (702) 420-2001
ecf@randazza.com

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119
Tel: 314-329-5040
Fax: 314-282-8136
TBLF@pm.me

Attorneys for Plaintiffs
TPG Communications, LLC and Jordan Conradson

*pro hac vice forthcoming

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| TGP Communications, LLC, *et al.*, | Case No. 2:22-cv-01925-JJT |
| Plaintiffs, | |
| v. | **DECLARATION OF TREY A. ROTHELL** |
| Jack Sellers, *et al.*, | |
| Defendants. | |

# DECLARATION OF TREY A. ROTHELL

I, Trey A. Rothell, declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am an attorney employed by the law firm of Randazza Legal Group, PLLC, counsel for Plaintiffs in the above-captioned matter.

3. I submit this declaration in support of Plaintiffs' Notice of Filing Exhibit (the "Notice").

4. On November 18, 2022, at approximately 4:39 p.m. Pacific, I accessed the Twitter profile @stephen_richer and located a tweet dated September 27, 2022, replying to a separate tweet by Twitter user @JenAFifield. The Richer tweet was located at the URL https://twitter.com/stephen_richer/status/1574836130419130368. I created a true and correct PDF printout of the tweet as it appeared on the webpage using the Google Chrome Extension "Awesome Screenshot." The webpage printout is attached to Plaintiffs' Notice as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2022.

TREY A. ROTHELL