# <u>EXHIBIT 1</u>

Comments from TGP Article



BREAKING: Corrupt Obama Appointed Judge Who Banned TGP Reporter From Maricopa County Press Access Sanctions ...     Promotion - 3     👤 Flagged once

Rick  ·  9 hours ago                                                              p*************@gmail.com  ·  ***.***.***.116

Please join us tomorrow at ███████████████ to protest against a dirty Obama appointed judge. This address is the home of John Tuchi, the dirty Judge who is blocking election fraud cases brought by Kari Lake and others. Hope to see you all there!

more

⬆ 1   ⬇ 0   Edit   Reply

✔ Approve     ⊘ Spam     🗑 Delete



BREAKING: Corrupt Obama Appointed Judge Who Banned TGP Reporter From Maricopa County Press Access Sanctions Kari Lake And Mark Finchem For Lawsuit To Ban Mac...    No issue detected

**LockNload** · 2 days ago
d*******@hotmail.com · ***.***.***.130

These piss ant Judges are soft targets. A place to start cleaning house.

✔ Approve    ❗ Spam    🗑 Delete







BREAKING: Corrupt Obama Appointed Judge Who Banned TGP Reporter From Maricopa County Press Access Sanctions Kari Lake And Mark Finchem For La...     Low Rep     Bullying - 2     Violence - 3

**pedophilejoebiden**  ·  2 days ago
w*************@gmail.com  ·  ***.***.***.144

rope dance this corrupt official.

✔ Approve       ❶ Spam       🗑 Delete



BREAKING: Corrupt Obama Appointed Judge Who Banned TGP Reporter From Maricopa County Press Access Sanctions Kari Lake And Mark Finchem For Lawsuit To B...    Bullying - 2    Violence - 1

**metlgod1** · 2 days ago
m*******@gmail.com · ***.*******.173

This "judge" needs to decorate a lamp post.

✔ Approve    ❶ Spam    🗑 Delete