# **EXHIBIT 2**

TGP Statement re: Threats

# Friendly Reminder: The Gateway Pundit Is a "Zero Tolerance for Threats" Zone

By **Jim Hoft**
Published December 6, 2022 at 3:15pm
1172 Comments



f **Share**       **Gab**       **Gettr**       **Share**



**To our Gateway Pundit readers and commenters:**  As you all know, we write about controversial topics. Some of those topics get people upset. You should be upset! And when you get upset, you should get involved. By

"get involved" we mean vote, write to your elected leaders, spread the word about our issues.

But, some people seem to think "get involved" means to make comments that dox other people. For example, someone thought it was a good idea to publish Federal Judge Tuchi's home address in the comments, with a call for people to go to his house.

*Was this a loyal TGP reader? We doubt it.* What is more likely is that it is a false flag by one of the many trolls who want to discredit our responsible and hard-hitting reporting. This kind of activity comes right out of the Leftist Playbook.

So we are calling for action on your part, if you are a loyal TGP fan:

First, if you are a TGP fan, and you are even tempted to write a threatening, racist, anti-semitic, sexist, doxing comment (or anything I missed that you wouldn't say to or about your own sister) then DON'T. It does not further the discourse. It does not help. And it is not tolerated here. Be civil. Be Patriotic. And don't act like online Antifa.

Second, if you SEE any comments like that (we can't patrol all of them at all times) then PLEASE flag the comment. And comment under it that you condemn it, and call for the commenter to delete it.

TGP is about journalism and about getting good information to you – information that the corporate press wants to suppress. It is not about threats or intimidation.

When we find threatening information like this, we not only take it down, but we report it to law enforcement. The commenter who doxed Judge Tuchi? He's been reported to the U.S. Marshals and they are investigating.

12/7/22, 4:56 PM
Case 2:22-cv-01925-JJT Document 30-2 Filed 12/07/22 Page 4 of 5
Friendly Reminder: The Gateway Pundit is a Zero Tolerance for Threats Zone

TGP hopes that the marshals find him and bring him to justice – and TGP is going to cooperate in that investigation every way that it can.

Thank you to our loyal members of TGP nation. And for those of you trying to make us look bad with false flags, we are on to you, and we are going to help bring you to justice.



 **Jim Hoft**

More Info | Recent Posts | Contact

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.

The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

GETTR

YouTube

Terms

Contact