# **EXHIBIT 3**

Emails with Disqus

**From:** Michael ▮▮▮ ▮▮▮@disqus.com
**Subject:** Re: request for info on commenter on TheGatewayPundit.com
**Date:** December 6, 2022 at 1:12 PM
**To:** Ted ▮▮▮ ▮▮▮@gmail.com



Hi Ted,

Sorry for the delay – this is the feedback I received from our Support Manager:

> *We need to receive a subpoena directly from law enforcement to release any commenter information. They can contact [priority.support@disqus.com](mailto:priority.support@disqus.com) with a subpoena or court order on official letterhead.*

I understand this isn't directly what is requested, but is part of fulfilling our obligations to Disqus Terms of Service and the law.

The direct comment link will help our team address a request promptly:
https://thegatewaypundit.disqus.com/▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Kindly,
Michael




Senior Publisher Account Manager

www.disqus.com
1 California St., Suite 1225, San Francisco, CA, 94111

---

**From:** Ted ▮▮▮ <▮▮▮@gmail.com>
**Date:** Tuesday, December 6, 2022 at 12:01 PM
**To:** Michael ▮▮▮ <▮▮▮@disqus.com>
**Subject:** Re: request for info on commenter on TheGatewayPundit.com

[=EXTERNAL=]
This email was sent from/by an external system unknown to IT/Information Security. Before clicking on any links or submitting any forms, please confirm with the sender that these are safe and as intended. If this email has any attachments, ensure that the attachments are from a known sender before opening. If you're not sure, click the "Report Message" button and choose "Phishing" so Information Security can review.

Michael,

The US Marshals have contacted The Gateway Pundit's attorneys about this particular comment. If you're able to provide any additional info about this person, TGP's attorneys will pass that along to the US Marshals to follow up with him and ensure that he's not a real threat. I'm assuming the guy was just spouting off, but doxing a judge is just plain bad, a different level of bad.

Ted.

---