# **EXHIBIT 4**

Emails with Defendants' Counsel
and U.S. Marshals



Marc Randazza <mjr@randazza.com>

## Re: [EXTERNAL] Re: TGP - Doxing Comment
1 message

**Marc Randazza** <mjr@randazza.com>  Tue, Dec 6, 2022 at 3:19 PM
To: "▓▓▓▓▓▓ (USMS)" ▓▓▓▓▓▓
Cc: "▓▓▓▓▓▓ (USMS)" ▓▓▓▓▓▓, Jonathon Burns <john@burns-law-firm.com>, "▓▓▓▓▓▓ (USMS)" ▓▓▓▓▓▓>, "▓▓▓▓▓▓ (USMS)" ▓▓▓▓▓▓, "▓▓▓▓▓▓ (USMS)" ▓▓▓▓▓▓, "plummerd@mcao.maricopa.gov" <plummerd@mcao.maricopa.gov>, "Thomas Liddy (MCAO)" <liddyt@mcao.maricopa.gov>

Okay, but that is an awfully long time in internet-time for his personal info to be up there. I've been searching, but I can't find it. So, sooner the better. And I hope that everyone is making note of the fact that we are prepared to nuke these comments right away. I'm really terribly confused about how they could be found and reported, but now that TGP is standing by to do something about it, nobody has any record of where they are?

**Mr. Liddy, you must have sent them over to the DOJ, can you please tell us where they are so that we can ban whoever is doing it?**

On Tue, Dec 6, 2022 at 6:15 PM ▓▓▓▓▓▓ (USMS) <▓▓▓▓▓▓> wrote:

> I just with Joe, who is currently traveling back to Phoenix. He will provide the requested info as soon as he can get it, likely tomorrow morning.
>
> Thanks!
>
> ▓▓▓▓▓▓
>
> Senior Inspector JSC-West
>
> Judicial Security Division
>
> CIT Coordinator
>
> Threat Liaison Officer -2171
>
> U.S. Marshals Service
>
> ▓▓▓▓▓▓
>
> **From:** Marc Randazza <mjr@randazza.com>
> **Sent:** Tuesday, December 6, 2022 6:11 PM
> **To:** ▓▓▓▓▓▓ (USMS) ▓▓▓▓▓▓
> **Cc:** ▓▓▓▓▓▓ (USMS) ▓▓▓▓▓▓; Jonathon Burns <john@burns-law-firm.com>; ▓▓▓▓▓▓ (USMS) ▓▓▓▓▓▓; ▓▓▓▓▓▓ (USMS) ▓▓▓▓▓▓; ▓▓▓▓▓▓ (USMS) ▓▓▓▓▓▓; plummerd@mcao.maricopa.gov; Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>
> **Subject:** Re: [EXTERNAL] Re: TGP - Doxing Comment
>
> Thank you, but we remain concerned that there are allegations of comments on the site that are in any way harassing Mr. Liddy or his family, and we have not been provided with the links so that we can both take them down and ban the poster. Could someone provide them to us?
>
> Please make sure that you have preserved the information you need, first, of course.
>
> On Tue, Dec 6, 2022 at 6:03 PM ▓▓▓▓▓▓ (USMS) ▓▓▓▓▓▓ wrote:
>
>> I apologize for the mistype on Joe's email. It should have been plummerd@mcao.maricopa.gov.
>>
>> Thanks!
>>
>> ▓▓▓▓▓▓
>>
>> Senior Inspector JSC-West
>>
>> Judicial Security Division
>>
>> CIT Coordinator
>>
>> Threat Liaison Officer -2171
>>
>> U.S. Marshals Service
>>
>> ▓▓▓▓▓▓