Marc J. Randazza, #027861
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Tel: (702) 420-2001
ecf@randazza.com

David S. Gingras, #021097
GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

John C. Burns, MBE# 66462*
Burns Law Firm
P.O. Box 191250
Saint Louis, MO 63119
Tel: 314-329-5040
Fax: 314-282-8136
TBLF@pm.me

Attorneys for Plaintiffs
TPG Communications, LLC and Jordan Conradson

*pro hac vice

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Jack Sellers, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-01925-JJT <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LIMITED EARLY DISCOVERY** |

Upon consideration of Plaintiffs' Motion for Limited Early Discovery (Dkt. No. __), the Court makes the following findings:

1. There is good cause to allow Plaintiffs to take the requested early discovery.

2. The requested discovery is relevant to the claims and defenses of the Parties.

3. Plaintiffs' need for the requested discovery outweighs any prejudice to the responding parties.

Accordingly,

IT IS SO ORDERED that Plaintiffs Motion for Limited Early Discovery is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs are granted leave to take early discovery in the following form:

- Plaintiffs may serve a subpoena upon Disqus for the IP address and any other identifying information relating to the accounts that posted threats on The Gateway Pundit's website;
- Plaintiffs may serve requests for production of documents to the Maricopa County Attorney's Office for a copy of any alleged threats sent to counsel for Defendants, along with any associated metadata;
- Plaintiffs may serve subpoenas on any internet service provider associated with an IP address related to an account that posted any threats on The Gateway Pundit's website or transmitted any threats to counsel for Defendants; and,
- Plaintiffs may conduct further third party discovery that may be necessary to identify the individual(s) who posted or transmitted any threats related to this case.

DATED this _____ day of _____, 2022.

Hon. John J. Tuchi
United States District Judge