IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications LLC, *et al.*, | No. CV-22-01925-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Jack Sellers, *et al.*, | |
| Defendants. | |

Plaintiffs TGP Communications, LLC d/b/a The Gateway Pundit and Jordan Conradson have filed a Motion for Limited Early Discovery in this matter (Doc. 30). Upon review of Plaintiffs' motion, the Court will require an expedited response from Defendants. In light of this expedited timeline, Defendants' response may, but need not, be relatively brief or summary.

**IT IS HEREBY ORDERED** that Defendants shall file a Response to Plaintiffs' Motion for Limited Early Discovery (Doc. 30) no later than **12:00 PM** (Arizona time)**, December 13, 2022**.

Dated this 9th day of December, 2022.

Honorable John J. Tuchi
United States District Judge