RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   CHARLES E. TRULLINGER (018936)
      THOMAS P. LIDDY (019384)
      JOSEPH J. BRANCO (031474)
      JOSEPH E. LA RUE (031348)
      Deputy County Attorneys
      trullingc@mcao.maricopa.gov
      liddyt@mcao.maricoa.gov
      brancoj@mcao.maricopa.gov
      laruej@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

*Attorneys for Defendant Maricopa County*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| TPG Communications, LLC, d/b/a The Gateway Pundit, a Missouri limited liability company; and Jordan Conradson, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Jack Sellers, Thomas Galvin, Bill Gates, Clint Hickman, and Steve Gallardo, in their respective official capacities as members of the Maricopa County Board of Supervisors; Stephen Richer, in his official capacity as the Maricopa County Recorder; Rey Valenzuela and Scott Jarrett, in their official capacities as Maricopa County Election Directors; | NO. 22-CV-01925-JJT<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LIMITED EARLY DISCOVERY** |

and Megan Gilbertson and Marcus Milam, in their official capacities as Maricopa County Communications Officers,

          Defendants.

Maricopa County Supervisors Jack Sellers, Thomas Galvin, Bill Gates, Clint Hickman, and Steve Gallardo, Maricopa County Board of Supervisors, Stephen Richer, Maricopa County Recorder, Rey Valenzuela and Scott Jarrett, Maricopa County Election Directors and Megan Gilbertson and Marcus Milam, Maricopa County Communications Officers respond to Plaintiffs' Motion for Early Limited Discovery, as follows:

    1. Defendants deny Plaintiffs' introductory paragraph concerning "certain unsupported allegations made by Defendants" concerning The Gateway Pundit's readers making threats against Maricopa County officials. Threats against Maricopa County officials and others have been reported multiple times and Plaintiff Conradson personally scared Secretary of State Katie Hobbs with his aggressive tactics on two reported occasions:

        a. Defendants' Exhibit 16 at the TRO hearing: Eisler, Peter. "Two Georgia election workers sue far-right website over false fraud allegations." *Reuters* (Media & Telecom). December 2, 2021 (summarizing a lawsuit brought against TGP by Wandrea Moss and Ruby Freeman for allegations that the Pundit's "lies" about the two women "instigated a deluge of intimidation, harassment, and threats. . . ."

        b. Defendants' Exhibit 17 at the TRO hearing: Eisler, Peter. "Pro-Trump news site targets election workers, inspiring wave of menace." *Reuters* (Special

Report). December 3, 2021 (documenting 25 election workers targeted by more than 100 violent threats or hostile messages citing the Pundit).

c. Defendants' Exhibit 22 at the TRO hearing. Grigg, Nicole. "ELECTIONS IN ARIZONA: In Arizona, election officials have faced death threats." Grigg, Nicole. *Twitter* thread. October 23, 2022 (publishing threats and harassment made against her personally).

d. Defendants' Exhibit 24 at TRO hearing. Bowling, Joshua. "Ducey orders DPS protection for Secretary of State Katie Hobbs and her family following death threats." *Arizona Republic*. May 7, 2021 (reporting on Secretary of State Hobbs being "chased by a man she did not recognize" and noting that Plaintiff Jordan Conradson posted a tweet that Hobbs "runs in fear as I ask her tough questions about the #ArizonaAudit." ).

e. Plaintiffs' Exhibit 9 at TRO hearing. Conradson, Jordan. "MUST SEE VIDEO: Arizona Secretary of State Kate Hobbs RUNS from TGP's Jordan Conradson AGAIN—Won't Answer Questions At Free and Fair Elections Event." *The Gateway Pundit*. March 23, 2022 (acknowledging Secretary Hobbs running from him, being removed from the event, and the same thing happening the year before).

2. Defendants object to the proposed discovery on the grounds that both the comment about Judge Tuchi's home address and a threat made against Mr. Liddy occurred *after* Plaintiff Conradson's press pass was denied on September 30, 2022 and are therefore not relevant to the present litigation regarding why Plaintiffs were denied a press pass. It is

Defendants' understanding that law enforcement is handling both investigations and will likely determine the identities of the individual(s) on their own.

3. TGP's negative article about Judge Tucci came out on December 1, 2022. Defendants know about the article and the threat made to Judge Tucci in the comments only because counsel for the plaintiffs informed Defense counsel of it; however, any legal issues regarding that threat arises from separate facts from those that serve as the basis for the current lawsuit and, therefore, should be in a separate lawsuit.

4. Unfortunately, there have been many threats against Mr. Liddy. Some of them he received personally, and some were provided by the F.B.I. But he has not been on the Gateway Pundit Website and has no knowledge of any person posting anything in the comments section of the Gateway Pundit website, threats or otherwise. Nor are threats made against him part of the present litigation. In short, none of the threats made against Mr. Liddy are before this Court, he is not a witness to the present litigation, and only law enforcement need investigate the threats made against him.

5. Moreover, the supposition that the comment disclosing Judge Tuchi's address, and the threats made against Mr. Liddy were merely attempts to discredit The Gateway Pundit in light of their present litigation against the County is pure speculation. Even if one of these post-complaint threats was indeed made by someone seeking to discredit TGP, that does not "illuminate" whether the threats made against Arizona election workers and others during the relevant time period (documented partially above) was someone trying to discredit TGP before they filed the present complaint against the County. Defendants would not object to discovery attempting to determine who made harassing or threatening

comments against Maricopa County officials and/or poll workers during the relevant time period, though Plaintiffs have not requested to do that early discovery. Thus, Defendant's object to the requested discovery in the present litigation.

6. However, if the Court is inclined to grant Plaintiffs' motions, Defendant's request that if the individual(s) who made the threat against Judge Tuchi or Mr. Liddy is identified, the name(s) be immediately turned over to both the Defendants' counsel and law enforcement. Defendants request that neither party contact the individual(s) in any way (letter, email, phone call, in-person, etc.) until the criminal investigation is completed. Defendants further request that after getting clearance from law enforcement that it is okay to contact the individual(s) identified, no party contact the identified person(s) in any way unless and until both parties are present, preferably at a scheduled deposition. Plaintiffs' motion makes it clear they have a strong interest in proving that the person(s) who posted the comment did so only to discredit TGP.  Defendants believe it is just as likely the comment was inspired only by the article. Thus, both parties should be present when the person(s) is questioned about their motivation for posting the comment.

**RESPECTFULLY SUBMITTED** this 13th day of December 2022.

          RACHEL H. MITCHELL
          MARICOPA COUNTY ATTORNEY

          BY: /s/ Charles E. Trullinger
            CHARLES E. TRULLINGER
            THOMAS P. LIDDY
            JOSEPH J. BRANCO
            JOSEPH E. LA RUE
            Attorneys for Maricopa County Defendants

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 13th, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable John J. Tuchi
Judge of the United States District Court
Sandra Day O'Connor U. S. Courthouse Suite 525
401 West Washington Street SPC 83
Phoenix Arizona 85003 2161

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
ecf@randazza.com

David S. Gingras
GINGRAS LAW OFFICE, PLLC
David@GingrasLaw.com

John C. Burns
BURNS LAW FIRM
TBLF@pm.me
*Attorneys for Plaintiffs*
*TPG Communications, LLC and Jordan Conradson*


*/s/D. Shinabarger*

S:\CIVIL\CIV\Matters\GN\2022\TGP Communications v. Sellers 2022-3214\Pleadings\Word\Def. Resp. to Mtn. for Limited Early Discovery Final.docx