# EXHIBIT 1

Emails with U.S. Marshals

**RANDAZZA LEGAL GROUP**

Marc Randazza <mjr@randazza.com>

## RE: [EXTERNAL] Re: TGP - Doxing Comment
1 message

███████ (USMS) <███████@usdoj.gov>      Tue, Dec 6, 2022 at 5:51 PM
To: Marc Randazza <mjr@randazza.com>, "███████ (USMS)" <███████@usdoj.gov>
Cc: Jonathon Burns <john@burns-law-firm.com>, "███████ (USMS)" <███████@usdoj.gov>, "███████ (USMS)" <███████@usdoj.gov>, "███████ (USMS)" <███████@usdoj.gov>, "███████@macao.maricopa.gov" <███████@macao.maricopa.gov>

Good evening, Mr. Randazza.

I just got off the phone with the Maricopa County Attorney's Office (MCAO), who advised their Chief Civil Division Attorney, Tom Liddy, had his home address posted and there are comments about going after his kids.

I have cc'd Joe Plummer from the MCAO.

Thanks!

███████

Senior Inspector JSC-West

Judicial Security Division

CIT Coordinator

Threat Liaison Officer -2171

U.S. Marshals Service

███████

---

**From:** Marc Randazza <mjr@randazza.com>
**Sent:** Tuesday, December 6, 2022 4:07 PM
**To:** ███████ (USMS) <███████@usms.doj.gov>
**Cc:** Jonathon Burns <john@burns-law-firm.com>; ███████ (USMS) <███████@usms.doj.gov>; ███████ (USMS) <███████@usms.doj.gov>; ███████ (USMS) <███████@usms.doj.gov>; ███████ (USMS) <███████@usms.doj.gov>
**Subject:** Re: [EXTERNAL] Re: TGP - Doxing Comment

Mr. ███████,

Are you going to seek a subpoena? Is there any reason we should / should not do so from the civil side?

On Tue, Dec 6, 2022 at 3:48 PM ███████ (USMS) <███████@usdoj.gov> wrote:

> Mr. Burns-
>
> Thank you for sharing these with my team. We ask that you continue to request of Disqus to remove posts regarding the judge's address and anything else you find to be of a threatening nature. We would appreciate that you continue to forward those posts to us.
>
> **███████ I SUPERVISORY DEPUTY US MARSHAL**
>
> **DISTRICT OF ARIZONA I JUDICIAL SECURITY UNIT**
>
> ███████ (DESK) I ███████ (CELL)
>
> **From:** Jonathon Burns <john@burns-law-firm.com>
> **Sent:** Tuesday, December 6, 2022 1:33 PM
> **To:** ███████ (USMS) <███████@usms.doj.gov>; Jonathon Burns <john@burns-law-firm.com>
> **Cc:** Marc Randazza <mjr@randazza.com>; ███████ (USMS) <███████@usms.doj.gov>; ███████ (USMS) <███████@usms.doj.gov>; ███████ (USMS) <███████@usms.doj.gov>; ███████ (USMS) <J███████@usms.doj.gov>
> **Subject:** Re: [EXTERNAL] Re: TGP - Doxing Comment
>
> Marshal ███████: