IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TPG Communications, LLC, d/b/a The Gateway Pundit, a Missouri limited liability company; and Jordan Conradson, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Jack Sellers, Thomas Galvin, Bill Gates, Clint Hickman, and Steve Gallardo, in their respective official capacities as members of the Maricopa County Board of Supervisors; Stephen Richer, in his official capacity as the Maricopa County Recorder; Rey Valenzuela and Scott Jarrett, in their official capacities as Maricopa County Election Directors; and Megan Gilbertson and Marcus Milam, in their official capacities as Maricopa County Communications Officers,<br><br>Defendants. | NO. 22-CV-01925-JJT<br><br>**[PROPOSED] ORDER ON JOINT MOTION TO STAY PENDING RULING ON INTERLOCUTORY APPEAL** |

Pending before the Court is a Joint Motion to Stay Pending Ruling on Interlocutory Appeal.

The Court finds good cause to approve it.

Accordingly,

**IT IS ORDERED:**

1. The Motion is **granted**.
2. Proceedings in the above-titled case are stayed until thirty days after the Ninth Circuit Court of Appeals rules on the pending interlocutory appeal.
3. By the thirtieth day following the Ninth Circuit ruling on the interlocutory appeal, the parties shall file a Joint Report to the Court indicating the status of settlement discussions or readiness to reset the Pretrial Scheduling Conference.

DATED this _____ day of _____ 2023.

_____
*Honorable John J. Tuchi*
*United States District Judge*