# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications LLC, *et al.*, | No. CV-22-01925-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Jack Sellers, *et al.*, | |
| Defendants. | |

At issue is the parties' Joint Motion to Stay Pending Ruling on Interlocutory Appeal (Doc. 38). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Joint Motion to Stay Pending Ruling on Interlocutory Appeal (Doc. 38) as follows:

1. Proceedings in the above-titled case are stayed until 30 days after the Ninth Circuit Court of Appeals rules on the pending interlocutory appeal.
2. By the thirtieth day following the Ninth Circuit ruling on the interlocutory appeal, the parties shall file a Joint Report to the Court indicating the status of settlement discussions or readiness to reset the Pretrial Scheduling Conference.

**IT IS FURTHER ORDERED** vacating the February 21, 2023 Rule 16 Scheduling Conference.

Dated this 24th day of January, 2023.

Honorable John J. Tuchi
United States District Judge