RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   CHARLES E. TRULLINGER (018936)
      THOMAS P. LIDDY (019384)
      JOSEPH J. BRANCO (031474)
      JOSEPH E. LA RUE (031348)
      Deputy County Attorneys
      trullingc@mcao.maricopa.gov
      liddyt@mcao.maricoa.gov
      brancoj@mcao.maricopa.gov
      laruej@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

*Attorneys for Defendant Maricopa County*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| TPG Communications, LLC, d/b/a The Gateway Pundit, a Missouri limited liability company; and Jordan Conradson, an individual,<br><br>               Plaintiffs,<br><br>v.<br><br>Jack Sellers, Thomas Galvin, Bill Gates, Clint Hickman, and Steve Gallardo, in their respective official capacities as members of the Maricopa County Board of Supervisors; Stephen Richer, in his official capacity as the Maricopa County Recorder; Rey Valenzuela and Scott Jarrett, in their official capacities as | NO. 22-CV-01925-JJT<br><br>**NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Maricopa County Election Directors; and Megan Gilbertson and Marcus Milam, in their official capacities as Maricopa County Communications Officers,

          Defendants.

Plaintiff and Defendants, having resolved their dispute through a written settlement agreement, hereby stipulate and agree, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), to dismissal of the above-captioned and numbered matter, with prejudice, and with each party to pay his/her/its own attorney fees and costs.

**RESPECTFULLY SUBMITTED** this 28th day of April 2023.

    RACHEL H. MITCHELL
    MARICOPA COUNTY ATTORNEY

    BY: */s/ Charles E. Trullinger*
    CHARLES E. TRULLINGER


    RANDAZZA LEGAL GROUP, PLLC

    BY: */s/ Marc J. Randazza (w/permission)*
    MARC J. RANDAZZA

    GINGRAS LAW OFFICE, PLLC

    BY: */s/ David S. Gingras (w/permission)*
    DAVID S. GINGRAS

    BURNS LAW FIRM

    BY: */s/ John C. Burns (w/permission)*
        JOHN C. BURNS

# **CERTIFICATE OF SERVICE**

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ D. Shinabarger*

S:\CIVIL\CIV\Matters\GN\2022\TGP Communications v. Sellers 2022-3214\Settlement\Settlement Pleadings\Stipulation for Dismissal with Prejudice in District Court Final 4.28.23.docx