1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| TPG Communications, LLC, d/b/a The Gateway Pundit, a Missouri limited liability company; and Jordan Conradson, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>Jack Sellers, Thomas Galvin, Bill Gates, Clint Hickman, and Steve Gallardo, in their respective official capacities as members of the Maricopa County Board of Supervisors; Stephen Richer, in his official capacity as the Maricopa County Recorder; Rey Valenzuela and Scott Jarrett, in their official capacities as Maricopa County Election Directors; and Megan Gilbertson and Marcus Milam, in their official capacities as Maricopa County Communications Officers,<br><br>    Defendants. | NO. 22-CV-01925-JJT<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

The Court has reviewed the parties' Notice of Settlement and Rule 41(a) Stipulation for Dismissal with Prejudice and finds good cause to approve it.

Accordingly,

IT IS ORDERED dismissing the above-captioned and numbered matter, with prejudice, and with each party to bear his/her/its own attorney fees and costs.