IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TGP Communications LLC, *et al.*, | No. CV-22-01925-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Jack Sellers, *et al.*, | |
| Defendants. | |

UPON review of the parties' Notice of Settlement and Stipulation for Dismissal with Prejudice (Doc. 40), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 40). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** lifting the stay in this matter and directing the Clerk to close this matter.

Dated this 28th day of April, 2023.

Honorable John J. Tuchi
United States District Judge