**FILED**

MAY 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TGP COMMUNICATIONS, LLC, a Missouri limited liability company, DBA The Gateway Pundit; JORDAN CONRADSON, an individual, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> JACK SELLERS; et al., <br><br> Defendants-Appellees. | No.   22-16826 <br><br> D.C. No. 2:22-cv-01925-JJT District of Arizona, Phoenix <br><br> ORDER |

Before: CALLAHAN, R. NELSON, and H.A. THOMAS, Circuit Judges.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the motion to dismiss the appeal (Dkt. No. 55) is **GRANTED.** This order constitutes the mandate of this court.